UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as Secretary of Commerce <br><br> and <br><br> NATIONAL MARINE FISHERIES SERVICE, an agency within the United States Department of Commerce <br><br> Defendants. | No. 3:20-cv-01312-AWT <br><br><br><br> **DECLARATION OF DAVID BRENSILVER** <br><br><br><br><br> December 3, 2020 |

I, David Brensilver, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge and if called as a witness in these proceedings I could and would testify competently thereto under oath. Matters of opinion and judgment are my own.

2. I was born in Great Falls, Montana, and raised in Stonington, Connecticut, just a few miles from the Mystic Aquarium. Aside from a decade during which I lived elsewhere for college and graduate school, I've spent my life in Connecticut. I currently live in New Haven.

3. I have been a member of Friends of Animals since 2014. I support the organization's fierce commitment to serving the interests of all nonhuman species, its San Antonio, Texas, sanctuary, Primarily Primates, and its advocacy of veganism.

4. I visited the Mystic Aquarium multiple times growing up and saw all of the animals who at the time were held in captivity there.

1

5. My high school graduation ceremony, in 1988, was held inside the Mystic Aquarium due to a threat of rain. Specifically, the ceremony was held in the auditorium that's regularly used for dolphin shows.

6. In or around 2003, I returned to the Mystic Aquarium as part of my job as a newspaper reporter. That visit, the subject of which was Dr. Robert Ballard's deep-sea explorations, did not take me into the area that houses the tanks in which the belugas are held.

7. Over the past 10 years, I've become conscious of and active in animal-rights issues and advocacy. I believe that other species have the right to live free from exploitation. I don't believe that our species has the right to hold dominion over others, and I oppose and condemn the cruelty that our species visits on others. I don't think it's right or acceptable for the Mystic Aquarium or any other entity to hold animals captive and/or use them in humans' interests.

8. That the Mystic Aquarium seeks to exploit the subject belugas in the name of researching the whales' "neuroimmunological response to environmental and anthropogenic stressors" is on its face cruel and maddeningly ironic.

9. The Mystic Aquarium's practice of keeping animals in captivity and putting them on display is unjust.

10. I have returned in recent years to the Mystic Aquarium to participate in an organized effort to draw visitors' attention to the plight of the animals who are held captive inside. During these events, I and other animal-rights advocates have stood with signs and literature outside the Mystic Aquarium, near the entrance and in full view of arriving visitors, calling attention to the plight of the animals inside and the heartless and self-serving practices that put them there. No such events are currently scheduled due to the COVID-19 pandemic.

11. I urge people who support and/or voice support for the Mystic Aquarium to rethink that support. I stand with those who call for an end to the exploitation of animals at the Mystic Aquarium and elsewhere.

12. I understand that the National Marine Fisheries Service has permitted the Mystic Aquarium to import five beluga whales from Marineland in Canada. In my opinion, the Mystic Aquarium's plan to import these belugas is self-serving and unacceptable. It's *not at all* in the whales' interests. The plan, ultimately, is designed to attract paying visitors with new beluga whale exhibits. *The Day*, southeastern Connecticut's independent newspaper, pointed out in a Friday, Aug. 28, 2020, article, that "the new whales will bolster the three currently in the Alaskan Coast exhibit at the aquarium, which typically sees 800,000 visitors a year" and that "aquarium officials cheered the news of NOAA's approval."

13. In order to acquire these belugas, the Mystic Aquarium plans to transport them from Marineland in Canada to Connecticut by truck and airplane. These animals—whose lives were effectively stolen before they were born into captivity—will be subjected to environments that will cause them immeasurable stress and, potentially, physical harm. No thinking person could possibly believe that a long and involved journey (hundreds of miles) by truck and airplane is in the whales' best interests.

14. The Mystic Aquarium's purported justification for importing these belugas—to research the whales' "neuroimmunological response to environmental and anthropogenic stressors"—is, again, on its face cruel and maddeningly ironic. The stressors that these poor animals face are almost certainly the result of being held in captivity. The Mystic Aquarium's purported "research" is heartless and nonsensical.

15. The Mystic Aquarium claims that the proposed research would "inform the management and recovery of wild beluga whales." No species, including but not limited to beluga whales, is ours to manage.

16. The NMFS' permit approval perpetuates a system of exploitation.

17. While I have heard and read about the intelligence of belugas, that intelligence is irrelevant to the species' right to autonomy.

18. I don't think that the Mystic Aquarium should be exploiting animals—period. The NMFS' approval of the Mystic Aquarium's permit application and the imminent and continued suffering of the whales is reprehensible.

19. Helping animals means leaving them alone and/or sincerely serving their interests. My objection to the Mystic Aquarium's practices cannot possibly reflect the suffering each captive and exploited animal experiences.

20. The Mystic Aquarium's business model is built on exploitation. I continue to stand, in spirit if not in person, with those who call for an end to the exploitation of animals at the Mystic Aquarium and elsewhere.

21. It saddens and angers me to know, when I pass the Mystic Aquarium (I have family in the area and the Mystic Aquarium is visible from Interstate 95), that animals are being held captive inside. That the whales whom the Mystic Aquarium plans to import have been denied and will never experience freedom and autonomy is unconscionable.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on 12/2/20.

*/s/ David Brensilver [I don't have a printer at home. This was signed electronically.]*

David Brensilver