## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRIENDS OF ANIMALS, | ) | No. 3:20-cv-01312-AWT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILBUR ROSS, in his official capacity as Secretary of Commerce | ) | **DECLARATION OF TONI FROHOFF, PH.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| | ) | |
| and | ) | |
| | ) | |
| NATIONAL MARINE FISHERIES SERVICE, an agency within the United States Department of Commerce | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

I, Toni Frohoff, declare as follows:

## Background

1.      The facts in this declaration are based upon my personal knowledge. If called to testify as a witness in this matter, I could and would testify to these facts. Where I have expressed opinions in this declaration, those opinions represent my best personal opinion and judgment on those matters.

2.      I am the founder and Science Director for TerraMar Research. TerraMar Research is a nonprofit 501(c)(3) organization with a proven commitment to the study and protection of wildlife and the environment with an emphasis on marine mammals.

3.      I have a Doctorate in Behavioral Biology from the Union Institute University, a Masters Degree in Wildlife and Fisheries Sciences from Texas A&M University, and a Bachelor of Science in Psychology from Loyola Marymount University.

4.      I am an ethologist and behavioral biologist who has specialized in cetaceans for over 30 years. I have distinctive expertise in both studying and addressing stress and the psychological wellbeing and health of marine mammals in captivity and in the wild with an emphasis on the impacts of human activity and interaction. I have served on U.S. and international government task forces and various non-government boards and committees.

5.      For over 30 years, I have consulted as a marine mammal scientist for a wide variety of U.S. and international government agencies and nonprofit organizations (including The Humane Society of the United States for ten of those years). I was also recently employed as the Science and Campaign Director for Elephants and Cetaceans with In Defense of Animals for four years.

6.      I have published various scientific and peer-reviewed articles regarding cetaceans in captivity and in the wild, contributed to over a dozen encyclopedias and academic books on this subject, and have co-edited and co-authored two books on cetaceans, both published by Academic Publishers (University of California and Yale

University Press). Please see Appendix A for a list of relevant publications and presentations.

7.      I have personally visited Mystic Aquarium (approximately in 2006) and Georgia Aquarium (in 2017). Since I was at Mystic Aquarium almost 15 years ago, I cannot provide my impression of its more current conditions based on my visit. I can attest to the conditions at the Georgia Aquarium based on my visit at this facility, especially since I was so dismayed at what I observed to be the crowded and poor conditions for the beluga whales visible during my observation in 2017. One of the reasons I went to this facility was that I wanted to see for myself the facility that had earned such a notoriously poor reputation among my peers. In fact, I had listed the Georgia Aquarium as the fourth worst facility in the list I created in 2016 titled, "Ten Worst Tanks for Dolphins in North America" while employed at In Defense of Animals.[1] In this list I reported on three beluga whale deaths at the facility between 2012 and 2015. "Maris, a captive-born beluga, lost her first-born calf only a few days after giving birth. Her second calf died after 26 days. Five months later, Maris herself died at just 20 years old, falling well short of her potential 70-year maximum lifespan."

8.      My direct observations at the Georgia Aquarium most pertinent to this topic are as follows:

- I inquired about Maris' recent death with a docent. I was told that Maris had a "heart issue" and she answered affirmatively when I asked if she died from a "heart attack." The docent then offered, "We're not allowed to use the 'D' word here. Like, even when I talk about my batteries, I have to say, 'my batteries have completed their life cycle.'" (I recorded the audio of our conversation on my iPhone, which I am using to most accurately recall our

---

[1] https://www.idausa.org/campaign/cetacean-advocacy/ten-worst-tanks-for-dolphins-and-whales/

conversation. But some of the recording is muffled so I am filling in what is not clearly audible on the recording with recollection).

- In one of the exhibits, the belugas were almost continuously subjected to loud sounds, mostly due to screaming and crying children and also frequent, and sometimes incessant, tapping on glass by visitors. Since the facility is indoors, the audible stimuli were exacerbated by echoing within the exhibit.

- I observed stereotyped swimming in circles (specifically, moderated circles since the horizontal width of the enclosure was insufficiently wide enough for the whales to even complete a full circle comfortably given their body length). I also observed stereotyped head bobbing.

- It appeared that the belugas had little to no access to natural sunlight.

9.     I began formal research on cetaceans as part of my graduate education in 1990 by assessing the welfare of captive bottlenose dolphins used in interactive swim programs with the public. This work involved review of, and reference to, beluga whale behavior and welfare in captivity. I began direct research on, and management of, beluga whales later in the 1990s when a solitary beluga inhabiting a harbor in Nova Scotia began interacting with local swimmers, boaters, and fishing operations. This was the first of what would be several incidents of solitary beluga whales to ever be scientifically documented and managed for about a decade. Initially, I did this research and made management recommendations as a consultant and Research Director for the Whale Stewardship Project (where I currently volunteer as Senior Research Advisor) and later and more briefly, for the Canadian Department of Fisheries. I have consulted briefly and intermittently on various issues regarding beluga welfare subsequently.

10.     I began to have direct, hands-on experience with captive wildlife extraneous to my scientific research in the 1980s. I began volunteering for the stranding center at Marineland of the Pacific in Palos Verdes, California (no longer in existence) where I helped

to care for stranded dolphins and pinnipeds. Subsequently, I volunteered at Dolphins Plus in Florida where I helped to care for dolphins who were used in interactive swim programs with the public. Subsequently, I served as a volunteer and board member for the Marine Mammal Stranding Center in Seattle (known as MARC) and subsequently became a founding board member of both the Bloedel Wildlife Rehabilitation Center on Bainbridge Island and Seal Sitters in Washington.

11.     Based on both my research and my direct experience, I have intermittently advised various government, commercial, and non-government entities on the transport and care of captive wildlife, with an emphasis on marine mammals, throughout my career.

## Beluga Whales in Captivity Versus in the Wild

12.     Adult beluga whales can weigh 2,000 to 3,000 pounds and range from about twelve or fourteen to eighteen or twenty feet long, with the males being about 20% longer than females. Beluga whales are found in Alaska, and throughout the Arctic and sub-Arctic waters in Canada, Greenland, Norway, and Russia.

13.     Belugas are often migratory, sometimes traveling annually over 3,500 miles (6,000km) to summer in more shallow coastal waters; they inhabit bays, inlets, estuaries, and even rivers, where they molt and the females raise newborns. Following summer, these belugas may range widely offshore, some traveling over 600 miles (1,000k) from land. Telemetry studies have confirmed that belugas are capable of swimming almost 4 mph (up to 6 km/hour) and traversing thousands of kilometers in just a few months, even when navigating around pack ice. Much of the year, belugas spend their time in deeper waters, with large males capable of diving to over 3,000 feet (1,000 meters) depths for up to twenty-five minutes.

14.     Recent research has documented that individual subpopulations appear to have very distinct ecologies and population biologies as well as particularly unique aspects of behavior and culture. Likely due to the extreme temperatures and constantly changing

nature of sea ice, belugas exhibit dramatic seasonal variations in ecology, behavior, and physiology, even as compared to other species of odontocetes (toothed cetaceans). Discrete mating seasons, notable seasonal migrations, and even an annual molt, are somewhat distinctive features in belugas.

15.     Belugas may possess the most complex repertoires of vocalizations of all cetaceans, earning the moniker of "sea canary" by mariners upon hearing their diverse array of sounds in the wild. Belugas are somewhat unique in that they rely extensively on their exquisitely sophisticated hearing and vocalization ability to echolocate through and around ice structures including heavy pack ice, finding breathing holes in the ice (perhaps even identifying air pockets under the ice), as well as for the more common purposes of general navigation and hunting for which echolocation is used by other cetaceans. This ability is hindered in captivity due to the concrete tanks.

16.     Belugas also demonstrate highly sophisticated cognitive abilities, communication (vocal repertoires, ultrasound, and acoustic reception and emission systems), and complex social structures that include lifelong associations and societal cultures. Stable migratory societies and cultures are important features of the lives of beluga whales.[2] A recent study documented that beluga migrations to traditional seasonal locations are dependent upon cultural learning rather than the mere reliance on environmental cues upon which many other migratory animals rely.

17.     A new and groundbreaking study published in 2020[3] confirms the sophistication of beluga sociality and cultures. The authors concluded that "beluga communities have similarities to human societies where social networks, support structures, cooperation and cultures involve interactions between kin and non-kin." "Belugas likely form multi-scale societies from mother–calf dyads to entire communities.…"

[2] O'Corry-Crowe et al. 2018: https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0194201
[3] O'Corry-Crowe et al. 2020: https://doi.org/10.1038/s41598-020-67314-w

"While membership in social groups can be highly dynamic, both males and females appear to be highly faithful to their communities. These behaviours, in concert with a long lifespan (≥ 70 years), create an environment where frequent interactions may occur, and long-term relationships may develop, among both kin and non-kin of differing ages and both sexes."

18.     This new research, demonstrating the prevalence of long-term relationships formed between unrelated individuals, as well as the relationships between kin, confirms the importance of respecting and maintaining bonds and strong social attachments between belugas (related or not) forged in captivity. This research also demonstrates the previously overlooked significance of bonding between males, regardless of genetic affiliation.

19.     The vital importance of the quality of social bonds to the wellbeing of beluga whales cannot be underestimated. There is clearly a strong and persistent drive in belugas to seek and maintain close and complex social relationships with particular individuals. A complex society and choice of social companionship is clearly an essential and defining aspect of what makes a beluga whale a beluga whale; let alone what gives a beluga the ability to thrive. They typically travel in pods, which range from two to twenty-five members (the average is ten). Adult females form tight associations, particularly with their calves and often also with at least one larger juvenile (presumably older offspring). Social group members may be paternally or maternally related or, as in the case of male groupings, belugas may forge and maintain bonds with unrelated individuals. Social structure appears to be both fixed and also highly fluid, with individuals frequently maintaining close and long term bonds while also interacting intermittently with large numbers of other whales. During the summer, pods typically join together and form massive groups numbering hundreds and even thousands. There is no doubt that in captivity, belugas' social structures are severely disrupted, if not completely destroyed.

20.     Captive belugas are forced to live in barren concrete tanks that allow barely enough room to swim or dive normally. The evolutionary history and life history traits of beluga whales, combined with their sophisticated social structures, communication, and cognition make belugas entirely unfit for confinement in captivity, particularly in tanks on public display, and particularly unsuitable for successful breeding in captivity. The natural habitat to which belugas have evolved is expansive, extremely dynamic and complex, differing radically from artificial tanks (especially those in Mystic Aquarium and, particularly because of more crowding, Georgia Aquarium).

21.     Belugas are subject to extreme emotional and physical suffering in captivity, especially when confined in tanks. Even the "best" of these facilities can only provide artificial, highly unnatural environments that prevent belugas from performing even the most basic, biologically driven behaviors and routinely expose them to excessive psychological trauma, social stress, physical injury, illness, and early mortality. Belugas are typically forced to live in crowded, extremely shallow, small enclosures that are spatially, acoustically, biochemically, and visually unnatural to the species (regardless of how "natural" the exhibit may appear to the public). The tanks are devoid of sufficient depth and any natural features, hiding places, or variability that would allow  belugas to take refuge from conspecifics or the public, creating an environment of inescapable, routine stress.

22.     Acoustic stress is a serious welfare concern for captive cetaceans who have exquisitely sensitive hearing. Their aural anatomy and physiology are highly complex and exceptionally sensitive to sources of sound and vibration. Tanks at these facilities—with their concrete walls, metal gates and latches, and mechanical filtration plants and pumps—create an environment that potentiates anthropogenic noise, vibrations, and reverberations.

23.     All of these challenges are markedly exacerbated if the belugas are on public display and, especially, if performing for loud, clapping, yelling, and stomping crowds.

Captive cetaceans behaviorally express the psychological and physical chronic trauma of being institutionalized, deprived, helpless, and unable to express their natural ways of being and coping.[4] Intense and prolonged stereotyped and self-injurious behaviors (leading to self-wounding and sometimes death), abnormal lethargy, rejection of offspring and failure to nurse, lack of appetite, despondency, and hyperaggresion are just a few of the vast array of behavioral manifestations of acute and chronic stress exhibited by these sensitive animals who have evolved to live their lives in radically contrasting environments. Any of these abnormal behaviors may contribute to morbidity and mortality.

24.     Limited life expectancies in captive belugas indicate that captivity-related physical and psychological stressors do more than cause them to suffer from chronic stress; they contribute to their early mortality. Recent studies based on new methodologies have found that beluga whales in the wild live for 40-80 years, much longer than previously thought. Previously published comparisons of beluga mortality in captivity compared with the wild were based on what is now an outdated estimate of maximum life-expectancy (60 years maximum or less), rendering them inaccurate for current comparisons. Yet even so, a preliminary analysis in the 1990s indicated that belugas exhibited higher mortality in captivity—and no captive beluga has ever approached even the previously determined maximum life span of 60 years, let alone the current maximum of 80 years. Further, the mean life expectancy in captive belugas is considered to be still 20-30 years, likely much less than what the revised mean life expectancy will be recalculated to be in the wild given new aging methodologies. If anything, one would expect that with the challenges of survival in the wild removed and mediated, captivity would result in an increased life span.

---

[4] Frohoff, T.G. 2004. Stress in Dolphins. Pages 1158-1164 in Encyclopedia of Animal Behavior (M. Bekoff, Ed.). Greenwood Press, Westport, Connecticut. 1274 pages.

However, confinement and captive display appears to be a primary cause of death in captive belugas and other cetaceans.[5]

**Public Display**

25.    The stress of public display varies relative to the species, individual, and features of public display facilities. Public display usually entails exposure to additional and excessive noise and other stimuli from the public during public display such as "tapping" on the glass.

26.    Public display of belugas adds substantially to the stressors that are already impinged upon them by confinement in captivity. Their health and wellbeing are even further compromised when they are exposed to excessive anthropogenic noise and harassment from crowds of visitors, especially when confined in severely crowded, barren enclosures that offer them no means of physical or visual escape.

27.    Public display of belugas in such unnatural conditions also sends the harmful message to the public that confining them, repeatedly harassing them with visual and acoustic stimuli from which they cannot escape, and depriving them of everything natural to them is acceptable. Rather than being educational, such public display promotes a message that can stifle compassion in park visitors and confound real conservation and education efforts through other fora with proven educational success rates. There is a paucity of data to support the educational benefits that captive display facilities claim to have. Further, public display of cetaceans in such artificial environments may actually miseducate the public about the vital connection between wildlife and their natural habitats and the need for environmental protection.[6]

---

[5] Frohoff, T. and Bekoff, M. 2017. Ethics. Pages 338-344 in Encyclopedia of Marine Mammals: Third Edition. (B. Wursig, J.G.M. Thewissen, K.M. Kovacs, Eds.). Academic Press, Cambridge, MA.

[6] Dudzinski, K.D. and Frohoff, T. 2008, 2010. Dolphin Mysteries. Yale University Press, New Haven, Connecticut.

**Immediate Harm of the Proposed Import**

28.     This import will harm the belugas in a number of ways.

29.     The proposed import would harm the belugas because they would be ripped away from their family members and social groups, never to see them again. This would be especially harmful to the whales requested by the Applicant given their very young age (ranging from 4 to 11 years of age at the time of the application). And particularly since virtually all (4 of 5) of the identified belugas are female, the Applicant is completely disregarding the deep and life-long matrilineal and companion bonds that are such a vital feature of female belugas in particular. This potential harm is aggravated by the very young age of these mostly immature females who should be allowed to remain in their natal groups.

30.     This will also harm the belugas left behind at Marineland after the transfer. I strongly disagree with the Applicant's assertion that removing these belugas would improve the welfare of the remaining belugas and Marineland. On the contrary, any suggested benefits to removing five belugas towards minimizing crowding would be offset by the fact that five fewer whales would not represent a particularly helpful percentage of the more than fifty belugas at Marineland. In addition, removing the belugas from their tanks and preparing them for transport would be immensely stressful and, over the long term, would impose very serious threats of suffering in the form of a) inducing social instability and b) severing potentially vital social bonds by removing perhaps lifelong companions. These social impacts are heightened since four of the five belugas to be moved would be female and long-term if not lifelong matrilineal bonds in beluga females may be a vital feature of their wellbeing. Lastly, if the Applicant was truly committed to the welfare of the existing belugas at Marineland, the Applicant could instead conduct the proposed research at Marineland whilst improving the myriad problems at that facility.

**Transport**

31.     It is well documented that transport considerably exacerbates the incidence of disease and mortality in wild and even domestic (e.g., livestock) terrestrial animals[7]. "Capture myopathy is a condition that can kill many wildlife species. . . . The condition is not only limited to animals from the wild subjected to capture (and translocation) but may also occur in zoo animals, as they may be chronically stressed due to confinement . . . ."[8]

32.     Belugas and other cetaceans, having evolved to float weightlessly in an aquatic environment, are particularly vulnerable to the stresses and dangers of handling, restraint, and bearing the weight of their own bodies combined with unnatural physical compression during transport. Also, hyperthermia is believed to play a role in capture/transport myopathy in terrestrial animals and especially in cetaceans. But belugas have evolved unique physiologies particularly suited for extremely cold waters so the risk of hyperthermia for them is a particular danger. Transport of small cetaceans imposes extreme negative impacts on their general safety, health, and welfare, and also considerably increases their risks of dying prematurely. A well-known study documented that a sharp increase in morbidity and mortality following the transport of dolphins between North America facilities persisted even after repeated transports (Small and DeMaster 1995).

33.     In one study on bottlenose dolphins the authors concluded that "handling and transportation are stressful events for dolphins . . . thereby leading to the impairment of the immune system." (Noda, et al. 2007). Cetaceans exhibit a dramatically increased mortality rate immediately after a capture from the wild and every transport. "The risk of dying increases six-fold in bottlenose dolphins during the first five days after a capture ... and a similar mortality spike is seen after every transport between facilities." "In other words, every transport is as traumatic to a dolphin as a capture from the wild. They never

[7] Spoon and Romano (2012)
[8] Breed et al. 2020 https://doi.org/10.1093/conphys/coz027

get used to being restrained and moved between enclosures, and the stress considerably increases their risk of dying[9]."

34.     Another study documented neuroimmunological impacts in belugas transported and translocated to a new facility. Notably, this research also assessed impacts to the resident belugas who were subjected to the introduction of new belugas in their tanks. All belugas (transported and resident) exhibited significant changes in their physiological measures of stress and immune response, albeit in different ways. In particular, the transported belugas exhibited notably increased cortisol levels. This is not surprising since it is consistent with other studies of transported cetaceans and because the transported belugas clearly experienced more than being forced to integrate with an unfamiliar social group; they also endured capture, transport, and relocation to attempt to integrate into a new and different environment (Spoon and Romano 2011).

35.     I believe the Environmental Assessment's (EA) discussion of the impact to transported (and indirectly, resident) belugas to be extremely insufficient and problematic in a number of ways. First, I disagree about the amount of time that the EA anticipates that the belugas will need to completely recover. Also, I believe that the EA completely overlooks the impact of disrupted social bonds and further, dangerously underestimates the threats to the survival, safety, and wellbeing of the transported belugas by minimizing recovery time. An example of this is on page 33 of the EA, where it is concluded that "Given that stress from transport is transient and expected to dissipate within days to weeks, transportation is expected to result in minor to moderate impacts to the subject beluga whales." The EA also fails to address the potential impacts of this capture on the belugas remaining at Marineland who would certainly be subjected to additional stress and trauma

---

[9] Rose, N.A. and Parsons, E.C.M. (2019). The Case Against Marine Mammals in Captivity, 5th edition (Washington, DC: Animal Welfare Institute and World Animal Protection), 160 pp, Page 58.

in the short-term, by the capture process, and in the long-term, from the removal of belugas resulting in the fracture of social attachments.

36.     Some of the scientific citations used in the EA to support extremely important conclusions do not accurately support the assertions. Also, it appears that a few of the conclusions are inconsistent with what is stated in the literature that was cited to support those assertions. Further, some of the text within the EA itself appears to be self-contradictory. This is particularly relevant to conclusions made about potential impacts of capture, transport, and relocation on the belugas.

37.     The duration of time that the EA states it will take for the transported belugas to fully recover and acclimate is inconsistent, both as it is written in the EA itself and also contradictory with some of what is stated in the cited literature. This point is critical to the safety and wellbeing of the transported belugas as well as to the resident belugas, as the EA states that the females of the two groups would be introduced within this very critical and specific time period of a single week:

- "Within a week [emphasis added], the imported whales would be introduced to the two female resident whales; after an acclimation period, the same introduction process would be conducted with the imported whales and the resident male." EA at 32.

Specifically, the EA specifies that the expected time for the transported belugas to "fully" recover is the first, single "week." EA at 33.

- "The whales would be expected to **fully** [emphasis added] recover from effects of transport **within the first week** [emphasis added] of arrival at their final destination." EA at 33.

However, in the previous paragraph in the same section, the EA states that "most"—not "all"—impacts would normalize within a week.

- "St. Aubin and Geraci (1989), cited by Curry (1999), noted that most [emphasis added] physiological stress response indices were reported to normalize within the first week of captivity." EA at 33.

Then in the last sentence of this section, the EA states that the recovery period would be "days to weeks"

- "Given that stress from transport is transient and expected to dissipate within days to weeks [emphasis added] transportation is expected to result in minor to moderate impacts to the subject beluga whales." EA at 33.

38.     It is also notable that research by Spoon and Romano (2012) is referenced to support the assertions in this section of the EA. Yet this Spoon and Romano paper specifies durations of recovery from impacts of transport measured in the study at "approximately 1 month after the introduction" and "5-6 mo[nths] of residence in the novel exhibit".[10] This does not support the EA's specification of the expected time for the transported belugas to "fully" recover being the first, single "week." I also note that the authors of this paper, Spoon and Romano, both have listed affiliations with Mystic Aquarium.

39.     A reasonably attentive evaluation of impacts from transport (and recovery from them) cannot be accomplished without notable consideration of the acute and chronic stress that is involved in social disruption of belugas. Yet this vital component of welfare is virtually absent in this EA, as are the impacts of long-term abnormal behavior, illness, and mortality that have been related to social disruption. In fact, the impact on the remaining belugas at Marineland is completely ignored. The acute and chronic stress of social disruption could easily present the most severe and long-lasting impacts to these five

---

[10] "However in contrast to the resident belugas, transported belugas displayed an attendant increase in phagocytic and respiratory burst activity by both granulocytes and monocytes. Moreover, subsequent samples collected after 5–6 mo[nths] of residence in the novel exhibit revealed a decrease in E, NE, and cortisol accompanied by an additional increase in phagocyte activity." (Pg. 128 of Spoon and Romano 2012). "Samples collected approximately 1 month after the introduction showed that catecholamine levels in the resident belugas had returned to approximately baseline levels as would be predicted by acclimation to the altered environment." (p.128 of Spoon and Romano 2012 under "4.2. Beluga neuroimmunological response to transport, introduction and acclimation").

belugas; yet the EA neglected to adequately consider the well-documented importance and complexity of strong social attachments in beluga whales. The forced separation from related or unrelated companions at Marineland—and then the forced and close proximity to unknown belugas with no room for natural avoidance or dispersal behaviors—are important mechanisms for the impact of chronic stress on morbidity and mortality that need to be carefully considered.

40.     In my opinion, based on my review of available research and evidence, these belugas would take far longer than a week or two (more likely months or years, if ever, depending on individual adaptability and social compatibility) to fully recover from the capture, transport, and reintroduction to a new social and biological environment. And the impacts to the belugas would likely be severe, not mild to moderate, due to the immense physiological, social, and psychological trauma and stress that can, in the best of cases be acute and transitory, and in the worst, cause death or other permanent damage to the belugas.

## Social Impact of the Transfer

41.     The EA does not come close to adequately addressing the serious potential for, and dangerous impacts of, social incompatibility, social instability, changes in relationships, and social stress for all belugas involved[11]; namely (1) belugas transferred

---

[11] From: Waples and Gales (2002):

"Finally, instability in relationships often leads to increased stress and aggression in social groups [von Holst, 1998]. This may be because of increased unpredictability and loss of control, which has been demonstrated to result in an enhanced stress response Weiss, 1972]. Subordinate individuals may suffer here through unpredictable aggression and harassment from dominant animals, whereas dominant animals that experience changes in status often show an increased stress response [Sapolsky, 1992, 1993; Haller et al., 1999]."

"For captive dolphins, instability in social relationships may occur when new animals are introduced or when individuals reach maturity and need to establish their position and relationships within the social group. Both

from Marineland, (2) belugas currently at Mystic and Georgia Aquariums, and (3) remaining belugas at Marineland who would be forced to endure the severing of long-term social bonds (for whom the detrimental effects of loss of social companions has been well documented) as well as the social instability of the revised structure of their social groups. It is well known that social instability can have a serious impact on cetaceans, particularly those in captivity, regardless of age and sex, ranging from psychological stress to serious illness, disease, and death.[12]

42.    The EA addresses a few issues of incompatibility between introduced belugas and those already at Mystic, yet overlooks impacts of social disruption from the removal of these five belugas from the other belugas at Marineland. The EA does not address the harms this removal will have on the five belugas or on the remaining Marineland population. Overall, it is my opinion that the EA totally ignores the immense social harms that this action could impose upon both the belugas moving to Mystic and those remaining at Marineland despite the fact that the vital social needs of beluga bonds are extremely notable, complex, and well-established (see my references to Waples and Gales (2002) and O'Corry-Crowe et al. (2018, 2020) in this document).

43.    "Even without overt aggression, the consequences of chronic stress from subordination and presence of a dominant individual can lead to loss of fitness, immunosuppression and even death . . . ." (Waples and Gales 2002). Social stressors from unfamiliar and uncontrollable social pressures, made particularly dangerous because of no

---

instances have resulted in aggression, illness, and mortality among captive dolphins, sometimes leading to decisions to remove adult males that have become aggressive to poolmates ..... "

[12] One example of a fatality in a captive bottlenose dolphin was described by Waples and Gales (2002): "Lulu was considered by the trainers to be a dominant animal; however, she was the recipient of several aggressive attacks early in 1991, leaving her with a number of toothrake scars. None of these events was deemed particularly violent or harmful. A later series of attacks, however, were more aggressive and left Lulu covered in toothrake marks on most of her body and ostracized from the group. The later attacks were mainly initiated by two adult males, Nero and Frodo, between June 29 and July 1, 1991. At this time, Lulu became inappetent and refused food altogether after July 1. She was found dead on the morning of July 4, 1991. A postmortem examination concluded that death was the result of acute asphyxiation after trauma."

means to escape as would be normal in the wild. As crowding increases, so do the challenges and the ability to withstand such impacts.

44.     To my knowledge, neither Mystic Aquarium, and almost certainly not Georgia Aquarium, are sufficiently equipped to accommodate and mitigate the unknown social risks and implications of introducing new belugas into their enclosures—both for the safety of their current belugas and for those introduced to the existing population. One study of bottlenose dolphins concluded that "the importance of stress derived from social interactions as a precursor to pathology and even mortality in captive dolphins and highlight the need for caretakers to recognize social stressors and alleviate them where possible." I do not believe that the enclosures at these facilities are sufficiently equipped to prevent and mediate potential agonistic and dangerous beluga social interactions in humane ways consistent with best practices as recommended by this and other studies.

45.     One example of the risks of social incompatibility is the death of a male beluga whale, Nanuq, who died of an infection from a broken jaw incurred from an interaction with two other beluga whales. Nanuq had been loaned by Vancouver Aquarium to Orlando SeaWorld and had been transferred to other facilities on numerous occasions for breeding purposes. Although SeaWorld Orlando had determined that Nanuq was part of a "compatible social group" prior to the incident, his violent death proves that he was confined in an unacceptable social group.[13] Following Nanuq's death, Kathleen Dezio, executive director of the Alliance of Marine Mammal Parks and Aquariums at the time, said "Nanuq's death was an unfortunate accident."[14] But there is little to no reason to expect Mystic, let alone Georgia Aquarium to be much better equipped to prevent—let alone to physically mitigate it through separation of belugas—in humane and successful ways.

---

[13] https://www.orlandosentinel.com/travel/attractions/os-seaworld-orlando-beluga-whale-dies-20150220-post.html

[14] https://www.cbc.ca/news/canada/british-columbia/beluga-whale-nanuq-death-at-orlando-seaworld-reignites-breeding-debate-1.2966594

46.     Any secondary transfers to Georgia Aquarium would repeat and even amplify these same harms. A transfer to Georgia Aquarium would exponentiate the same harms and stressors imposed upon these belugas. Further, it would inflict secondary social separation stress upon remaining beluga companions at Mystic, from whom the Georgia-bound belugas would be separated.

47.     The Georgia Aquarium has a controversial history with respect to conservation and the welfare of beluga whales. In 2012, the Georgia Aquarium led an attempt to import 18 wild-caught belugas from a depleted population in the Russian Far East. The National Marine Fisheries Service (NMFS) denied the import permit, citing concerns about the negative impact on the declining wild population and the fact that five of the beluga whales in question were so young they were likely still nursing from their mothers. In 2013, the Georgia Aquarium sued NMFS in an unsuccessful attempt to override the ruling. It was only after a series of beluga deaths and an enormous public and professional opposition that Georgia Aquarium announced in 2016 that it would no longer seek to import additional belugas. Regardless, Georgia Aquarium continued to ship beluga whales and dolphins between facilities with disregard for their close social needs. I noted that on a single day in February 2016, they were involved in transporting four belugas to and from marine park facilities across the country.

48.     Even if the amount of crowding at Mystic would be comparatively less than at Marineland based on physical space, the amount and quality of social space could be severely worsened for these belugas. Where the belugas currently reside, there is almost certainly an established social structure (perhaps a hierarchy) that translates to a shared understanding of how, where, and when space is utilized by each beluga relative to the others. An established social structure maintains what tolerated boundaries are possible in a given enclosure. This established structure serves to minimize unpredictable and excessive aggression (sometimes leading to injury or death) as well as the stress inherent

in submission. Please note, I do not claim that these belugas are not suffering from overcrowding at Marineland. But I am also cognizant of the challenges that would be faced by placing these belugas in a new social network (especially one with limited space). In sum, the negative impacts of captivity and crowding at Mystic or Georgia Aquariums would likely be a net negative and further harm these belugas.

**Research**

49.     Due to the preliminary capture, transport, removal of the belugas, and relocation to a new environment (and all of the problems therein, including those facing the belugas in their new environment), the proposed research would be conducted on belugas who are unduly and unnecessarily stressed and traumatized, which would have negative effects on the research. I believe that the stresses the belugas would be subjected to during transport would likely, and potentially severely, diminish the quality and integrity of the research.

50.     The proposed studies would impose varying and substantial degrees of physical and psychological stress on the belugas. If the research is to occur, the stress imposed by these studies provides all the more reason to conduct the research on belugas who are not already compromised by capture, transport, and new social and physical conditions. All of these factors layer upon each other to compromise welfare and increase chances of early mortality.

51.     There is no reason of which I am aware that Mystic Aquarium cannot conduct this research on one or more of the roughly thirty beluga whales who are currently held in captive facilities in the U.S.

52.     This research could easily be conducted using beluga whales that are not part of a protected depleted species or stock (or more specifically, the legally protected progeny of a depleted population). In fact, I am not aware of any justification provided in the

proposed research to substantiate Mystic Aquarium's request to use a depleted species for this research.

53.     Mystic Aquarium could conduct the research on these belugas at Marineland, without inflicting the unnecessary harms and stresses on them by removing them and transporting them to Mystic. Further, at least one of the studies appears to rely on tissue samples (which could be obtained remotely) and would not require importing the entire, living animal(s). It is my opinion that the great majority of the Applicant's arguments against conducting this research at Marineland and/or at other aquariums are faulty, misleading, or inadequate. In fact, it is clear to me that the most important aspects of the proposed research could be adequately conducted at Marineland (or even at other aquariums), with some scientific aspects of the research actually improved by not using relocated belugas as subjects. Further, the cost of conducting the research at Marineland would be notably offset by the immense costs that would be incurred through the long-term and continued care for the acquired belugas.

54.     If instead, the research were to be conducted at Marineland, it would be infinitely safer and more humane for (a) the belugas who would be transported and transferred, (b) the remaining belugas at Marineland (who would likely be subjected to physical, acoustic, and psychological stress from being proximal to the capture of these belugas and the preparation for their transport, as well as some of them suffering from the removal of belugas with whom they have formed deep and long-term social bonds, and (c) for the existing belugas at Mystic Aquarium and potentially, Georgia Aquarium.

55.     Further, if Mystic Aquarium were to conduct the research at Marineland, the Applicant would have an opportunity to potentially improve the conditions at Marineland and to improve the long-term welfare of most or all of the belugas in the process of the research. In fact, the Applicant is ignoring a huge opportunity to better the conditions for the belugas at Marineland if Mystic Aquarium were to conduct the proposed research

there. While not Mystic Aquarium's responsibility, it would make for good public relations and would be consistent with its stated missions.

56.     Even to the extent that captive members of a depleted species could theoretically teach researchers about members of the depleted species in the wild, at least three and likely four of these five belugas are genetic hybrids. That minimizes the genetic value they could offer to the research (if any claims were to even be substantiated, which in my opinion, they have not been). The fact that these belugas were all born and raised in captivity reduces what they can tell researchers about wild members of a depleted species.

57.     Finally, the applicability of the studies' results to free-ranging populations and their stated value to "contribute knowledge and inform management and recovery of wild beluga populations" is certainly questionable. Captivity causes physical, psychological, and emotional changes to beluga whales that make transferring results and findings to wild populations difficult and uncertain.

58.     It is inaccurate for Mystic Aquarium to claim that research on captive belugas is essential for understanding the species, especially when the data obtained from free-ranging cetaceans has ostensibly been the most critical to their protection. For example, Dale Wolbrink of Mystic Aquarium was quoted as stating "Nearly everything that's known about belugas was learned in aquariums, and the only way we can protect them in the ocean is through these non-invasive studies." This statement negates the extensive and invaluable research that has been conducted in the wild for decades.

## Conclusion

59.     In my opinion, this import would harm these five belugas far more than remaining at Marineland would. In my opinion, the import would disadvantage them, even putting their welfare and their very lives at a much greater risk than if they were to remain at Marineland.

60.     In my opinion, the import would also disadvantage the belugas who remain at Marineland because the capture and preparation for transport of belugas destined for Mystic would be stressful and traumatic to the remaining belugas. The remaining belugas would also lose individuals who are likely important members of their families and/or social groups perhaps resulting in chronic social instability and related stress.

61.     Therefore, my opinion is that conducting a transfer for the described research would be unnecessary, cruel, and potentially lethal to the belugas.


In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on ___9/5/2020___          _Toni Frohoff_
                                    Toni Frohoff





Join Our E-Mail List

JOIN

Home    About    Projects    Blog    Publications & Media    Contribute    Contact

# PUBLICATIONS

Most of TerraMar's research has been conducted  by its founder, Toni Frohoff, Ph.D., often in collaboration with Terramar's  affiliates. You can also view our MEDIA page for events and media!

Read below and/or discover more of our work by clicking here on ResearchGate:



## BOOKS

Frohoff, T. In Progress. **Wild Wisdom: What Animals and Nature Can Teach Us and Why We Need to Listen.**

Dudzinski, K.D. and Frohoff, T. 2010, 2008. *Dolphin Mysteries: Unlocking the Secrets of Communication.* Yale University Press, New Haven, Connecticut.

Frohoff, T.G. and Peterson, B. (Eds.) 2003. *Between Species: Celebrating the Dolphin-Human Bond.* Sierra Club Books, San Francisco. 361 pages.



## BOOK CHAPTERS

Carlson, C. and Frohoff, T. In preparation. **Viewing cetaceans: Comparing whale watching with captivity.** In **Marine Mammals of Costa Rica** (J. Rodríguez-Fonseca, A. Acevedo-Gutiérrez, and P. Cubero-Pardo, Eds.).

Oriel, E. and Frohoff, T. 2020. **Interspecies Ecocultural Identities in Human-Elephant Cohabitation.** Chapter 8 In *The Routledge Handbook of Ecocultural Identity (*Tema Milstein and Jose' Castro-Sotomayor, Eds.). 536 pages.

Frohoff, T. And Bekoff., M. 2017. **Ethics: Marine Mammals**. Pages 338-344 in *Encyclopedia of Marine Mammals, Third Edition* (B. Wursig, J.G.M. Thewissen, K.M. Kovacs, Eds.). Academic Press, Cambridge, MA. 1190 pages.

Frohoff, T. and Oriel, E. 2017. **Conversing with Dolphins: The Holly Grail of Communication?** Pages 575-597 (Chapter 17) in *Biocommunication: Sign-Mediation Interactions Between Cells and Organisms* (Richard Gordon and Joseph Seckbach, Eds). World Scientific Publishing, Europe Ltd. London.
Full text available by clicking here.

**Abstract:** The scientist's quest for communication with dolphins can be as fraught with mystery and mishaps as an archetypal search for the Holy Grail. At every turn, scientists encounter millennial-old, romantized notions about iconic dolphins teaming with logistical challenges and plodding methodologies struggling to keep pace with, and identify, even a singular, solid thread running through an intricate web of data. When it comes to dolphins, scientific paradigms merge with policy, politics, emotion, and ethics in stimulating, yet sometimes turbid, waters. Our search for clarity through meaningful analysis to adequately (let alone elegantly) explain our findings about dolphins can be both an enviable quest and an onerous duty. The mystery of dolphins continues to beckon us, from before Aristotle to modern-day, inspiring research that expands our concepts of who cetaceans are. We pursue a path beneath the sea, challenging ourselves to press more deeply against our own anthropocentric limits of biocommunication to connect with an aquatically alien, but similarly sentient, species.

Frohoff, T. 2011. **Lessons from Dolphins.** Pages 135-139 in *Whales and Dolphins: Cognition, Culture, Conservation and Human Perceptions* (P. Brakes and M.P.Simmonds, Eds.), Earthscan, London, UK.

Frohoff, T. 2008. *Marine Animal Welfare* (mammals and non-mammals). Pages 515-521 in *Encyclopedia of Tourism and Recreation in Marine Environments* (Michael Lück, Ed.) CABI Press, Wallingford, UK.

Frohoff, T. 2007. Dolphin-human interactions: from the sea to the swimming pool. Pages 1096-1196 in *Encyclopedia of Human-Animal Relationships* (Marc Bekoff, Ed.). Greenwood Press, Westport, Connecticut. 1458 pages.

Dudzinski, K.M. and Frohoff, T.G. 2004. Dolphin Behavior and Communication. Pages 500-510 in *Encyclopedia of Animal Behavior (*M. Bekoff, Ed.). Greenwood Press, Westport, Connecticut. 1274 pages.

Frohoff, T.G. 2004. Stress in Dolphins. Pages 1158-1164 in *Encyclopedia of Animal Behavior* (M. Bekoff, Ed.). Greenwood Press, Westport, Connecticut. 1274 pages.

Frohoff, T.G., Dudzinski, K.M. 2004. Dolphins. Page 501 in *Encyclopedia of Animal Behavior* (M. Bekoff, Ed). Greenwood Publishing Group. 1274 pages.

Frohoff, T.G. 2003. The Kindred Wild. Pages 56-71 in *Between Species: Celebrating the Dolphin-Human Bond* (T.G. Frohoff and B. Peterson, Eds.) Sierra Club Books, San Francisco. 361 pages.

Frohoff, T.G. 2000. The Dolphin's Smile. Pages 72-73 in *The Smile of a Dolphin: The Emotional Lives of Animals* (M. Bekoff, Ed.), Discovery Books, New York. 224 pages.

Frohoff, T.G. 1998. Beyond species. Pages 78-84 in *Intimate Nature: The Bond Between Women and Animals* (B. Peterson, L. Hogan, and D. Metzger, Eds). Ballantine Books, New York. 455 pages.

## OTHER PUBLICATIONS

In Preparation. Frohoff, T.G. **Identification and assessment of behavioral indicators of internal states of captive and free-ranging odontocetes.**

In Preparation. Kinsman, C. and Frohoff, T.G. **Solitary beluga whales (*Delphinapterus leucas*) in Eastern Canada**.

Rally, H. and Frohoff, T. 2019. **Dolphin Exploitation and Suffering at SeaWorld Parks**. Technical Paper. June 5, 2019. Available here.

Oriel, E. and Frohoff, T. 2015. **Models of mutual thriving and collaborative co-habitation among human and non-human coastal species inform conservation, education and wellbeing**. Paper presented at the *Compassionate Conservation Conference,* University of British Columbia, Vancouver, BC.

Oriel, E. and Frohoff, T. 2012. **What Three Social Science Theories Applied to Animals and Human-Animal Relations Reveal About Gray Wolf (Canis lupus) Conservation.** Paper presented at the International Congress of Conservation Biology. Abstract here.

Marino, L., Frohoff, T. 2011. **Towards a New Paradigm of Non-Captive Research on Cetacean Cognition**. PLoS ONE 6(9): e24121. doi:10.1371/journal.pone.0024121. View paper here. ABSTRACT: Contemporary knowledge of impressive neurophysiology and behavior in cetaceans, combined with increasing opportunities for studying free-ranging cetaceans who initiate sociable interaction with humans, are converging to highlight serious ethical considerations and emerging opportunities for a new era of progressive and less-invasive cetacean research. Most research on cetacean cognition has taken place in controlled captive settings, e.g., research labs, marine parks. While these environments afford a certain amount of experimental rigor and logistical control they are fraught with limitations in external validity, impose tremendous stress on the part of the captive animals, and place burdens on populations from which they are often captured. Alternatively, over the

past three decades, some researchers have sought to focus their attention on the presence of free-ranging cetacean individuals and groups who have initiated, or chosen to participate in, sociable interactions with humans in the wild. This new approach, defined as Interspecies Collaborative Research between cetacean and human, involves developing novel ways to address research questions under natural conditions and respecting the individual cetacean's autonomy. It also offers a range of potential direct benefits to the cetaceans studied, as well as allowing for unprecedented cognitive and psychological research on sociable mysticetes. Yet stringent precautions are warranted so as to not increase their vulnerability to human activities or pathogens. When conducted in its best and most responsible form, collaborative research with free-ranging cetaceans can deliver methodological innovation and invaluable new insights while not necessitating the ethical and scientific compromises that characterize research in captivity. Further, it is representative of a new epoch in science in which research is designed so that the participating cetaceans are the direct recipients of the benefits.

Figures:



Frohoff, T., Griffin, L.D., Cotter, M.P., Maldini, M.P. 2011. **California Coastal Bottlenose Dolphin Population in Santa Barbara Relative to Monterey Bay: Preliminary Findings**. Paper presented at the *American Cetacean Society Conference,* Monterey, CA.

T. Frohoff and L. Marino. 2010. **Interspecies Collaborative Research: Towards a New Ethical Research Paradigm on Cetacean Cognition**. Poster presented at the Proceedings of the 12th International Conference of

the American Cetacean Society, November 12-14, Monterey. **View here**.

Oriel, E., Frohoff, T., Wilson, S. 2010. **Individual striving as an ingredient of wellbeing: Human-centered studies shed light on animal wellbeing.** Paper presented at Compassionate Conservation Conference, Oxford.

Oriel, E., Frohoff, T., Bradshaw, G., and Kaplin, B. 2009 **Integrating the concept of well-being into harbor seal (*Phoca vitulina*) conservation and captive care.** Paper presented at the International Congress for Conservation Biology, Alberta, Canada.

Frohoff, T., Vail, C.S., and Bossley, M. 2006. **Preliminary Proceedings of the Workshop on the Research and Management of Solitary, Sociable Odontocetes** convened at the16th Biennial Conference on the Biology of Marine Mammals, San Diego, California, December 10, 2005. International Whaling Commission Scientific Committee, SC/58/13.

Frohoff, T.G., Vail, C.S. and Bossley, M. (Eds.) 2005. **Report on the Workshop on Research and Management of Solitary, Sociable Odontocetes**. 16th Biennial Conference on the Biology of Marine Mammals, San Diego, California, 10 December 2005.

Kinsman, C.K. and Frohoff, T.G. 2004. **Solitary Sociable Beluga Management Options**. Unpublished working paper prepared at the request of the U.S. National Marine Fisheries Service.

Kinsman, C. and Frohoff, TG. 2003. **Solitary, sociable monodontidae in Eastern Canad**a. Page 32 in Proceedings from the Workshop on Viewing Marine Mammals in the Wild: Emerging Issues, Research and Management Needs. 15th Biennial Conference on the Biology of Marine Mammals, Greensboro, North Carolina, 14 December 2003.

Frohoff, T.G. 2003. **Encounters with dolphins: A call for peace between species** (cover story). New Times Magazine, January 18(8):7-10.

Frohoff, T.G. 2003. **Dolphin swim programs**. Page 32 in Proceedings of the Whale Zone Symposium, Zurich, Switzerland, 5-7 July, 2002.

Frohoff, T.G. 2001. **Impacts of human interaction on odontocetes: A review and assessment.** Page 76-77 in Abstracts from the 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, B.C., 28 November – 3 December 2001.

Frohoff, T.G. and Dudzinski, K.M. 2001. **Odontocete-human interactions: Practical management.** Page 85-87 in Viewing Marine Mammals in the Wild: A Workshop to Discuss Responsible Guidelines and Regulations for Minimizing Disturbance, 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, B.C., 28 November, 2001.

Kinsman, C. and Frohoff, T.G. 2001. **Whale Stewardship Project: Overview of research and management programs.** Pages 92-95 in Viewing Marine Mammals in the Wild: A Workshop to Discuss Responsible Guidelines and Regulations for Minimizing Disturbance, 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, B.C., 28 November, 2001.

Kinsman, C., Frohoff, T.G., Rose, N.A., Sheppard, K. 2001. **Behavior and occurrence of solitary beluga whales (***Delphinapterus leucas***) in Eastern Canada**. Page 115 in Abstracts from the 14th Biennial Conference on the Biology of Marine Mammals, Vancouver, B.C, 28 November – 3 December 2001.

Frohoff, T.G. 2000. **Behavioral Indicators of Stress in Odontocetes During Interactions with Humans: A Preliminary Review and Discussion. International Whaling Commission Scientific Committee**, SC/52/WW2.

Frohoff, T. 2000. **Dolphin emotions: Going beneath the surface.** Newsletter of the Puget Sound Chapter of the American Cetacean Society 1(3):3.

Frohoff, T.G. 2000. **Stress-related behaviors and risks associated with human-odontocete interactions: A review and assessment**. Page 36 in Proceedings from the 7th International Conference of the American Cetacean Society, Monterey, California, 17-19 November 2000.

Frohoff, T.G., Kinsman, C., Rose, N.A., and Sheppard, K. 2000. **Preliminary study of the behavior and management of solitary, sociable white whales (***Delphinapterus leucas***) in Eastern Canada. International Whaling Commission Scientific Committee,** SC/52/WW3.

Frohoff, T.G., Kinsman, C., Rose, N.A., and Sheppard, K. 2000. **Three occurrences of solitary, sociable white whales (***Delphinapterus leucas)* **in Eastern Canada**. Page 36 in Proceedings from the 7th International Conference of the American Cetacean Society, Monterey, California, 17-19 November 2000.

Dudzinski, K.M., Frohoff, T.G., and Spradlin, T.R. (Eds.) 2000. **Report from the "Wild Dolphin Swim Workshop"**, convened at the 13th Biennial Conference on the Biology of Marine Mammals, November 1999, Maui, Hawaii.

Frohoff, T.G. 1999. **Conducting research on human-dolphin interactions: Captive dolphins, free-ranging dolphins, solitary dolphins, and dolphin groups.** Page 20-21 in Report from the "Wild Dolphin Swim Workshop", convened at the 13th Biennial Conference on the Biology of Marine Mammals (Dudzinski, K., Frohoff, T.G. and Spradlin, T.R., Eds), November 1999, Maui, Hawaii.

Frohoff, T.G. and Kinsman, C. 1999. **Unusual occurrence and behavior of a lone, sociable beluga whale in Nova Scotia.** Page 62 in Abstracts from the 13th Biennial Conference on the Biology of Marine Mammals, Maui, Hawaii, 28 November – 3 December 1999.

Frohoff, T.G., Scheifele, P.M., and Kinsman, C. 1999. **Anomalous occurrence and behavior of a solitary beluga whale (*Delphinapterus Leucas*) in Nova Scotia.** Page 165 in Abstracts from the 79th Annual Meeting of the American Society of Mammalogists, Seattle, Washington, 20-24 June 1999.

Frohoff, T.G. 1997. **Assessment of the Maintenance of Two Captive Harbor Seals (*Phoca vitulina*).** Unpublished report to the Humane Association, San Rafael, CA. October, 1997.

Frohoff, T.G. 1996. **Human-dolphin interactions: Research and management.** Journal of the International Society for Anthrozoology 11:5-7.

Frohoff, T.G. 1996. **Behavior of Bottlenose (*Tursiops truncatus*) and Spotted Dolphins (*Stenella frontalis*) Relative to Human Interaction. Doctoral Dissertation**, The Union Institute, Cincinnati, Ohio.

Frohoff, T.G. 1996. **Marine Mammals: Fish declines pinned on pinnipeds.** Wildlife Tracks 2(1):12-13.

Frohoff, T.G., Bilgre, B.A., Sanders, A.M., Dudzinski, K.M. 1996. **Prediction and management of high-risk behavior in a lone, sociable dolphin.** Page 9 in Proceedings from the 21st International Meeting for the Study of Marine Mammals, Chetumal, Mexico, 8-12 April 1996.

Frohoff, T.G. and Dudzinski, K.M. 1996. **Interactions between free-ranging spotted dolphins (*Stenella frontalis*) and human swimmers: A quantitative examination**. Page 16 in Program of the 1996 American Cetacean Society Conference, San Pedro, California, 8-11 November 1996.

Frohoff, T.G. and Frohoff, J.B. (Eds.) 1996. 1987-1990 & 1995-1996. Dolphin Data Base News 1(1) – 3(3) and 1987-1990 & 1996. **Marine Mammal Research and Conservation Directory, Dolphin Data Base**, Bainbridge Island, Washington.

Frohoff, T.G., Herzing, D.L., and Santos, M. 1995. **Report from the workshop, "Human-Interactions with Small Cetaceans: Research and Management"**, convened at the 11th Biennial Conference on the Biology of Marine Mammals, December 1995, Orlando, FL.

Frohoff, T.G., Packard, J.M. and Benson, R.H. 1996. **Variation in whistle type and rate produced by captive dolphins relative to in-water interactions with humans**. Journal of the Acoustical Society of America 99(4):2558.

Dudzinski, K.M., Frohoff, T.G., and Crane, N.L. 1995. **Occurrence and behavior of a lone, sociable female dolphin (*Tursiops truncatus*) off the coast of Belize**. Aquatic Mammals 21(2): 149-153.

Frohoff, T.G., Bilgre, B., Sanders, A. and Dudzinski, K.M. 1995. **Behavioral analysis of a lone, sociable bottlenose dolphin in Belize.** Page 40 in Abstracts, 10th Biennial Conference on the Biology of Marine Mammals, Orlando,

Florida. December, 1995.

Frohoff, T.G. and Packard, J.M. 1995. **Interactions between humans and free-ranging and captive bottlenose dolphins.** Anthrozoös 8(1):44-54.

Packard, J.M. and Frohoff, T.G. 1995. **Variation in captive dolphin vocalizations relative to context of human interaction.** Page 87 in Abstracts, 10th Biennial Conference on the Biology of Marine Mammals, Orlando, Florida. December, 1995.

Frohoff, T.G. 1994. **Captive Dolphins and Dolphin Facilities in the Bahamas: A Preliminary Assessment. Report to the Department of Fisherie**s, Ministry of Agriculture, Trade and Industry, Nassau, Bahamas. May, 1994.

Frohoff, T.G. and Packard, J.M. 1994. T**he behavior of captive dolphins in the context of human interaction**. Page 112 in Proceedings of the 31st Annual Animal Behaviour Society Meeting, Seattle, WA 23-28 July 1994.

Frohoff, T.G. 1993. **Behavior of Captive Bottlenose Dolphins (**_Tursiops truncatus_**) and Humans During Controlled In-Water Interactions. Master's thesis,** Texas A&M University, College Station, Texas.

Frohoff, T.G. 1993. **Research assesses the welfare of dolphins during swim programs.** The Latham Letter 14(4):6-8.

Frohoff, T.G. 1993. **Review of "Dolphins and their Power to Heal"**. Page 7 in D. Anderson, ed. The Interactions Bibliography 4(3).

Frohoff, T.G. and Packard, J.M. 1993. **Interactions between dolphins (**_Tursiops truncatus_**) and humans during controlled swim programs.** Page 50 in Abstracts of the 10th Biennial Conference on the Biology of Marine Mammals, Galveston, Texas. November 1993.

Frohoff, T.G. 1992. **Predictability of dolphin behavior during controlled in-water interactions with humans at Dolphin Research Center**. Report to Dolphin Research Center, Grassy Key, Florida.

Frohoff, T.G., Packard, J.M, and Browning, G.B. 1992. **Human interactions with free ranging and captive bottlenose dolphins (**_Tursiops truncatus_**).** Page 32 in Proceedings from The 6th International Conference on Human Animal Interactions, Montreal, Canada. July 1992.

Dudzinski, K.M., Frohoff, T.G., Shoda, L.K.M., and Sparks, T.D. 1991. **The pine warbler song repertoire: A preliminary description and analysis.** Bulletin of the Texas Ornithological Society 24(2): 30-38.

Frohoff, T.G., Packard, J.M, and Dudzinski, K.M. 1991. **Predictability of dolphin behavior during a controlled "swim with the-dolphin" program.** Page 24 in Abstracts of the 9th Biennial Conference on the Biology of

Marine Mammals, Chicago, Illinois. December 1991.

Frohoff, T.G. and Frohoff, J.B. 1989. **Marine mammal census on Mass Sighting Day: Report from the Santa Monica Bay region.** Unpublished report to the Coastal Dolphin Survey Project, Orange County, California.

Frohoff, T.G. 1988. **Preliminary assessment of the occurrence and behavior of bottlenose dolphins (*Tursiops truncatus*) in Santa Monica Bay, California.** Unpublished report to The Coastal Dolphin Survey Project, Orange County, California.

**How to Help**

- Donate
- Volunteer/Intern
- Act Now

**About Us**

- Terramar Research
- Projects
- About Us

**Research & Education**

- Publications
- Media
- Blog

**Acknowledgements**

- Images and Video
- Special Thanks!
- Contact Us

© 2020 Terramar Research. All Rights Reserved.