# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | NO. 3:20-cv-1312-AWT |
| ) | |
| WILBUR ROSS, et al., ) | DECEMBER 9, 2020 |
|     *Defendants*. ) | |
| ) | |

## FEDERAL DEFENDANTS' NOTICE OF FILING DOCUMENTS FOR OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to the Court's request during the scheduling conference on December 8, 2020, Federal Defendants Wilbur Ross, in his official capacity of the Secretary of Commerce, and the National Marine Fisheries Service ("NMFS"), an agency with the United States Department of Commerce, submit three documents that will be referenced in and would be exhibits to their opposition to Plaintiff's Motion for Preliminary Injunction. ECF No. 17. These documents are part of the administrative record for the challenged permit ("Permit") issued by NMFS under the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. § 1361, *et seq.*, allowing Mystic Aquarium in Connecticut to import five captive-born beluga whales from Marineland of Ontario, Canada for scientific research. 85 Fed. Reg. 56,219 (Sept. 11, 2020). These documents are: (1) the August 27, 2020 Permit itself, with Appendices (Exhibit 1); (2) the contemporaneous NMFS Recommendation Memorandum of the same date that provides the explanation and bases for the agency's decision to issue the Permit under the statutory and regulatory criteria at MMPA Section 104 and 50 C.F.R. Part 216 (Exhibit 2); and (3) the agency's Finding of No Significant Environmental Impact and Environmental Assessment for the Permit issued under the National Environmental Policy Act (Exhibit 3). Per the Court's instructions, Federal Defendants will provide chambers with a paper copy of this notice and the attached documents today.

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

By: */s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Clifford E. Stevens, Jr.*
CLIFFORD E. STEVENS, JR.
Senior Trial Attorney, D.C. Bar Number 463906
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-0368
Fax: (202) 305-0275
Email: clifford.stevens@usdoj.gov

*Attorneys for Federal Defendants*