UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRIENDS OF ANIMALS, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
| v. | ) | NO. 3:20-cv-1312-AWT |
| | ) | |
| WILBUR ROSS, et al., | ) | DECEMBER 14, 2020 |
|     *Defendants*. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b)(1), defendants Wilbur Ross, in his official capacity of the Secretary of Commerce, and the National Marine Fisheries Service ("NMFS"), an agency with the United States Department of Commerce, respectfully request that the Court enter an order extending until January 6, 2021, or by twenty-three days, the deadline to respond to plaintiff's complaint. The current deadline for defendants' response is December 16, 2020. ECF No. 15.

This is defendants' second request for an extension of time with respect to this deadline. *See* D. Conn. L. Civ. R. 7(b)(2). Plaintiff does not object to this request. *See id.*

There is good cause for the motion. *See* D. Conn. L. Civ. R. 7(b)(1). The Court granted the defendants' first request for an extension to file a responsive pleading, until December 16, 2020. ECF No. 15. There has been significant activity in the case since the time defendants filed their first request for an extension, on November 10, 2020. ECF No. 14. Specifically: plaintiff Friends of Animals filed a Motion for Temporary Restraining Order, ECF No. 16, and a Motion for Preliminary Injunction, ECF No. 17, on December 3, 2020; and defendants filed an opposition and supporting documents, ECF Nos. 22-23, on December 11. These filings have taken significant time and resources to prepare, and defendants now require the additional time to prepare their response.

There is also good cause for this request being filed fewer than three business days before the deadline at issue. *See* D. Conn. L. Civ. R. 7(b)(3). Specifically, defendants filed their objections to the TRO and PI on the business day prior to today. At the same time, defendants inquired of plaintiffs for their position respecting this motion. Plaintiff asked questions that required some follow-up research. Defendants have been working to ascertain answers to those questions, which has taken time up to and after the three-day window for filing this motion for time.

Accordingly, defendants request an extension until January 6, 2021, for their pleading in response to plaintiff's Complaint.

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

By: */s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov
*Counsel for Defendant*