# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, <br><br> *Plaintiff*, <br><br> v. <br><br> WILBUR ROSS, *et al.* <br><br> *Defendants.* | No. 3:20-cv-01312-AWT <br><br> **ERRATA TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> December 15, 2020 |

# ERRATA

The Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction filed by Plaintiff on December 3, 2020 contains one error:

- Pg 1: "it is not illegal for Marineland to breed them or use them in shows" should read "it is **now** illegal for Marineland to breed them or use them in shows"

Counsel apologizes for any confusion this error may have caused.

    Respectfully submitted,

    */s/ Stephen R. Hernick*
    Stephen R. Hernick (phv10846)
    Friends of Animals, Wildlife Law Program
    7500 E. Arapahoe Rd., Suite 385
    Centennial, CO 80112
    Tel: (720) 749-7791
    Fax: (888) 236-3303
    SHernick@friendsofanimals.org

    Jessica Rubin (Bar No. Ct13768)
    Director of Legal Practice and Animal Law Clinic
    University of Connecticut School of Law
    55 Elizabeth Street
    Hartford, CT 06105
    Cell: (860) 995-6330
    Fax: (860) 570-5366
    Jessica.rubin@uconn.edu

    *Attorneys for Plaintiff Friends of Animals*

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of December, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Stephen Hernick*
Stephen Hernick
