# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRIENDS OF ANIMALS, | ) | |
| | ) | No. 3:20-cv-01312-AWT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILBUR ROSS, in his official capacity as | ) | **SUPPLEMENTAL DECLARATION** |
| Secretary of Commerce | ) | **OF TONI FROHOFF, PHD IN** |
| | ) | **FURTHER SUPPORT OF** |
| | ) | **PLAINTIFF'S MOTION FOR A** |
| and | ) | **PRELIMINARY INJUNCTION** |
| | ) | |
| NATIONAL MARINE FISHERIES SERVICE, | ) | |
| an agency within the United States | ) | |
| Department of Commerce | ) | |
| | ) | |
| Defendants. | ) | |

I, Toni Frohoff, PhD, declare as follows:

1. The facts in this declaration are based upon my personal knowledge. If called to testify as a witness in this matter, I could and would testify to these facts. Where I have expressed opinions in this declaration, they represent my best professional opinion and judgment on those matters.

2. I have reviewed the Declaration of Deborah Fauquier, DVM, MPVM, PhD, filed by the Defendants in the above-captioned case on Friday, December 11, 2020, in support of their Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction.

3. Beluga whales and sea lions belong to two different taxonomic groups; belugas are cetaceans and sea lions are pinnipeds. Beluga whales have adapted to be fully aquatic and therefore obligatorily live their lives in water. Conversely, sea lions are semi-aquatic; they spend the majority of their time in the water, but typically need to return to land for important activities such as mating, breeding, and molting. Sea lions even have hind limbs that can be used as legs on land. The physiological, social, and psychological adaptations between belugas and sea lions are very different, predisposing belugas to risks from transport and introduction to new environments that are exceedingly complex and extensive.

4. My area of specialization is in cetacean behavior, particularly in how behavior reflects the psychology, mental stress, and mental wellbeing of cetaceans. In my opinion, Dr. Fauquier's Declaration focuses almost exclusively on physical morbidities while overtly neglecting to consider mental and psychological morbidities associated with removal, transport, and research on belugas whales. In my opinion, Dr. Fauquier's Declaration does not adequately address the scientifically established and critically

1

important relationship[1] between mental and psychological wellness to physical and physiological welfare and mortality.

5. Dr. Fauquier's Declaration completely omits the lengthy history of unsuccessful cetacean transportation and integration that have led to morbidities and early mortalities, including at Georgia Aquarium.

6. Dr. Fauquier cites research that "young calves" and "weaned juveniles" spend more time away from their mothers as they mature. Fauquier Decl. ¶ 9. Such maturation is a sign of normal, healthy maturation and does not suggest that mothers do not remain enormously significant in the maturing animals' lives. Natal relationships remain vital to young beluga whales and premature removal from their mothers will likely cause them great harm.

7. I find Dr. Fauquier's statement that "aquariums typically mimic natural (wild) social dynamics" to be incorrect and potentially misleading as aquariums can *attempt* to mimic but cannot come close to approximating the complexity and diversity of natural (wild) social dynamics. Fauquier Decl. ¶ 11. I also find the statement that "social groups can be relatively fluid (through transports between facilities)" to be disconcerting to the extent that it appears to conflate *forced* removal and involuntary transfer to novel social groups with social fluidity that occurs *naturally, by choice, and personal selection of companions* in free-ranging belugas. Further, such an assertion completely neglects the importance of consistency in long-term relationships that, from my

---

[1] "Modern animal welfare science focuses on a holistic approach to welfare, considering physical and psychological perspectives." (Brando, S., Broom, D.M., Acasuso-Rivero, C. and Clark, F. 2018, p. 17). "Social life and groupings are important for marine mammal welfare. To this end, social structure, hierarchy, density, and group dynamics should all be considered." (*Id.* at 23 (internal citations omitted)).

2

interpretation of the research cited by Fauquier (also cited by me in my original Declaration), is a vital component of healthy social companionship in free ranging belugas, regardless of social fluidity.

8. I disagree with Dr. Fauquier's opinion that belugas "can be found 'resting' while in transit." Fauquier Decl. ¶ 14. During transit, belugas are confined and immobilized to such an extent that it is impossible for them to do little more than to be immobile for any extended time. Moreover, the long travel times would normally require belugas to "rest" simply as an adaptive response to stress and to avoid unnecessary exhaustion rather than to rest out of relaxation. I do not believe that belugas are capable of being relaxed during this highly unnatural, uncomfortable, and risky procedure. I also question the value of observing that belugas "have normal respiration rates" during transport as it is difficult to compare the respiration rates of immobilized belugas to actively swimming belugas. Further, unless respiration rates are extremely abnormal, they alone are not adequate indices of internal states of wellbeing.

9. I question the accuracy of Dr. Fauquier's conclusion that there have been no mortalities attributed to the transport of belugas in the past twenty years in the United States because it relies on the National Inventory of Marine Mammals (NIMM) database. *See* Fauquier Decl. ¶ 15. I do not doubt her statement that the database reflects no such deaths, but I do not believe that there have been no such deaths. There are known problems with the self-reporting of data by facilities in the NIMM database that could reflect poorly on an institution's husbandry and management. The previous and current process for reporting data allows for too much subjectivity. In 2019, NMFS proposed revisions to policies and procedures and for the online administration of the NIMM

database that would improve the integrity and accuracy of the database. In sum, while cetacean transportation has improved in recent years, it seems implausible that there have been zero beluga deaths attributed to transport in the United States in the past twenty years when accounting for the subjectivity in the data and, as reported in scientific literature, the numerous ways that fatal conditions sometimes manifest themselves in the days, weeks, and months following transport in cetaceans. It is extremely rare for an institution to report a cetacean death happening weeks or months after transport as being the result of transport, even if the death could be the result of cumulative stresses resulting from the transport or change in physical and social environments.

10. The term "irreparable harm," which Dr. Fauquier uses in reference to the belugas, is not one that is used in my field and has no specific scientific meaning to me.

11. I would offer that conducting the research at the belugas' current location at Marineland would be a safer and more humane alternative.

12. Because I only had a chance to begin reviewing Dr. Fauquier on Saturday, December 12, 2020, I have not had as much time to study her opinions and offer my responses to her opinions as I would have liked. If I had more time, I would be able to offer additional opinions and responses.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on   12/14/2020                                    _____
                                                             Toni Frohoff