## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>   *Plaintiff*,<br><br>v.<br><br>WILBUR ROSS, *et al.*<br><br>   *Defendants*. | No. 3:20-cv-01312-AWT<br><br>**DECLARATION OF STEPHEN R. HERNICK IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>December 15, 2020 |

I, Stephen R. Hernick, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge and if called as a witness in these proceedings, I could and would testify competently thereto under oath.

2. I am Senior Attorney in the Wildlife Law Program of Friends of Animals. I am an attorney of record for Friends of Animals in the above-captioned case.

3. After filing this lawsuit, I reached out to a Department of Justice attorney, and was put into touch in September with counsel for the Defendants in this case.

4. I indicated to counsel for the Defendants that Friends of Animals intended to move from preliminary injunctive relief if circumstances warranted. I asked if they were able to share any information about the status of the breeding prevention plan that Mystic Aquarium had to submit to National Marine Fisheries Service (NMFS) for approval before importing the belugas whales, as well as the status of an export permit from the Canadian government.

5. Clifford Stevens, an attorney for Defendants in this case, responded that Mystic Aquarium had not yet submitted a breeding prevention plan to NMFS and that he would be willing to let me know when that happened.

1

6. On November 6, 2020, Mr. Stevens asked for an extension to Defendants' responsive pleading deadline "to avoid potentially unnecessary litigation effort." He explained that Mystic Aquarium had not yet submitted a breeding prevention plan and there was a "possibility that Mystic may not submit a breeding prevention plan."

7. On November 19, 2020, Mr. Stevens advised me that Mystic Aquarium had submitted "a document that appears to be, and Mystic is representing as, a draft breeding prevention plan, but it looks less formal than NMFS was expecting...."

8. On November 24, 2020, Mr. Stevens advised me that Mystic Aquarium had submitted a signed breeding prevention plan.

9. Attached as Exhibit 1 to my Declaration is a true and correct copy of an email thread that contains all of the above correspondence between me and Mr. Stevens.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on December 14, 2020 in Denver, Colorado

Stephen R. Hernick

# Stephen Hernick

| | |
|---|---|
| **From:** | Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov> |
| **Sent:** | Tuesday, November 24, 2020 5:39 PM |
| **To:** | Stephen Hernick |
| **Cc:** | Elicker, Natalie (USACT) |
| **Subject:** | RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn. |

Stephen – Just an update, NMFS has received a signed breeding prevention plan from Mystic. If you have more questions, I'm around tomorrow. Best regards, Cliff

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Monday, November 23, 2020 10:19 AM
**To:** Stevens, Clifford (ENRD) <CStevens@ENRD.USDOJ.GOV>
**Cc:** Elicker, Natalie (USACT) <nelicker@usa.doj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Thanks for the update, Cliff. Are you able to share what Mystic provided? And is NFMS willing to provide us with its communications with Mystic since the permit was approved?

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

**From:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>
**Sent:** Thursday, November 19, 2020 7:09 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>
**Cc:** Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephen – I'm writing to let you know that Mystic has now provided NMFS with a document that appears to be, and Mystic is representing as, a draft breeding prevention plan, but it looks less formal than NMFS was expecting and NMFS will be discussing it with Mystic before approving anything.

Cliff Stevens, USDOJ

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Friday, November 6, 2020 6:30 PM
**To:** Stevens, Clifford (ENRD) <CStevens@ENRD.USDOJ.GOV>
**Cc:** Elicker, Natalie (USACT) <nelicker@usa.doj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Thanks for sharing that, Cliff. Friends of Animals does not object to NMFS seeking a 30 day extension to the responsive pleading deadline with one small condition. If NMFS ends up filing a motion to dismiss, would you agree not to object to a 21 day extension for us to respond? I have no idea if you intend to, I just don't want to be boxed into the position of having to respond to a motion over the holidays.

Exhibit 1

I certainly understand NMFS's interest in avoiding potentially unnecessary litigation. We share that interest, so if NMFS believes that this is a realistic possibility, would you be able to provide me with communications between NMFS and Mystic Aquarium since the permit was issued? If not, we can obviously submit a FOIA request, but I'm just hoping you might be able to share the most revealing communications promptly so that we are able to judge whether to continue expending our limited resources on this matter in the meantime.

Thanks for your consideration and I hope you have a nice weekend.

Best,
Steve

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

---

**From:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>
**Sent:** Friday, November 6, 2020 3:44 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>
**Cc:** Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephen - In response to your question about an extension, we are trying to account for the possibility that Mystic may not submit a breeding prevention plan. NMFS would like to avoid potentially unnecessary litigation effort. An extension of 45 days (or even 30 days) would provide more time for clarity on this issue. An extension is also necessary in light of my current workload and that of the agency. Thank you for considering this request. Best regards,

Cliff Stevens, USDOJ

---

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Friday, November 6, 2020 1:40 PM
**To:** Stevens, Clifford (ENRD) <CStevens@ENRD.USDOJ.GOV>
**Cc:** Elicker, Natalie (USACT) <nelicker@usa.doj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Cliff,

Thank you for the update. Could you explain why you think that Mystic's failure to submit a breeding prevention plan warrants an extension to the responsive pleading deadline? We're certainly willing to give you a short extension if you need one, but 45 days strikes me as too much and I would be concerned about delaying production of the AR.

Thank you,
Steve

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

**From:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>
**Sent:** Friday, November 6, 2020 10:40 AM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>
**Cc:** Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephen –

Hope things are going well. The AUSA's office ultimately was able to locate their service copy of the complaint, so that is not an issue. I'm mainly writing to ask if Plaintiff would consent to a 45-day extension for our responsive pleading deadline, which is currently November 16. As you know, the scientific research permit issued by NMFS requires Mystic to submit a breeding prevention plan. Mystic has not submitted a plan to date. NMFS is currently engaged in discussions with Mystic on issues related to permit implementation, but does not know whether or when a plan will be submitted. We think an extension of the responsive pleading date is appropriate in these circumstances. We would continue to keep you apprised of when Mystic submits any plan.

Best regards,

Cliff Stevens, USDOJ


**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Friday, October 16, 2020 3:12 PM
**To:** Stevens, Clifford (ENRD) <CStevens@ENRD.USDOJ.GOV>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Cliff,

Thanks for reaching out. I'm not sure why you're hearing that the U.S. Attorney's office wasn't served because we did receive confirmation that they received the complaint and summons. I've attached the green card that we received back, confirming service. We were actually just getting ready to file the proof of service. I trust that this resolves the issue, but please advise if the government intends to contest service.

Thanks,
Steve

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

**From:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>
**Sent:** Friday, October 16, 2020 12:58 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephen,

To our knowledge, the U.S. Attorney's office in CT has not been served with the complaint in this case, which is necessary to effect service and start the 60-day period for the government's responsive pleading. Can you advise of the status of this? Thank you,

Cliff Stevens, USDOJ

---

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Thursday, October 1, 2020 6:31 PM
**To:** Stevens, Clifford (ENRD) <CStevens@ENRD.USDOJ.GOV>
**Cc:** Maloney, Stephanie (ENRD) <SMaloney@ENRD.USDOJ.GOV>; Rubin, Jessica <jessica.rubin@uconn.edu>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Cliff,

Thanks very much for your email and the update. I greatly appreciate your willingness to let me know when Mystic submits a breeding prevention plan.

Thank you,
Stephen Hernick

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)



---

**From:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>
**Sent:** Thursday, October 1, 2020 12:07 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>
**Cc:** Maloney, Stephanie (ENRD) <Stephanie.Maloney@usdoj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephen –

In response to your questions, Mystic Aquarium has not yet submitted a breeding prevention plan to NMFS and we would be willing to let you know when that happens during the pendency of this litigation. As you suspected, NMFS is unable to advise about when Canada will issue any export permit.

Best regards,

Cliff Stevens, USDOJ

---

**From:** Stevens, Clifford (ENRD)
**Sent:** Friday, September 25, 2020 1:31 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>

**Cc:** Maloney, Stephanie (ENRD) <SMaloney@ENRD.USDOJ.GOV>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephen – Apologies for the delay, but we expect to be able to follow up with you next week.

Best regards,

Cliff Stevens, USDOJ

---

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Friday, September 18, 2020 4:03 PM
**To:** Maloney, Stephanie (ENRD) <SMaloney@ENRD.USDOJ.GOV>; Stevens, Clifford (ENRD) <CStevens@ENRD.USDOJ.GOV>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Thank you very much, Stephanie. I hope you both have a nice weekend.

---

**From:** Maloney, Stephanie (ENRD) <Stephanie.Maloney@usdoj.gov>
**Sent:** Friday, September 18, 2020 1:55 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Dear Stephen,

Thank you for reaching out. I do not know the status of either item, but I will follow up accordingly. I can likely have an answer by early next week.

Best,
Stephanie

---

Stephanie A. Maloney
Chief of Staff and Counsel
Environment and Natural Resources Division
Department of Justice
stephanie.maloney@usdoj.gov
202.514.3932

---

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Friday, September 18, 2020 2:15 PM
**To:** Maloney, Stephanie (ENRD) <SMaloney@ENRD.USDOJ.GOV>; Stevens, Clifford (ENRD) <CStevens@ENRD.USDOJ.GOV>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephanie and Cliff,

It's nice to meet you both. I hope that your lives have been disrupted as little as is possible during 2020. I wanted to reach out to you about a few things. First, I'm sure that it will come as no surprise to you that Friends of Animals is prepared to move for a TRO and/or PI if the circumstances warrant that. We understand that there are two things that may still be standing in the way of any import: (1) Canada still needs to issue an export permit and (2) NMFS needs to approve a breeding prevention plan to be submitted by Mystic Aquarium.

I realize that NMFS is not in control of #1 above. Would you be able to tell me if NMFS has any knowledge about the timeline for Canada issuing an export permit or if it is just as in the dark as everyone else? For the second item, I

5

assume that NMFS is not intending to make public Mystic's submission of a breeding plan or NMFS's approval of one. Am I correct in my assumption? If I am, would you be willing to let me know where things stand on that front?

I would very much appreciate if you could share as much information as you're able to about those items. If you're able to keep us updated on any developments, we won't be in the dark and we can avoid filing an unnecessary TRO/PI motion (and you can avoid having to respond to one). In the event that such motions would become necessary, I would be happy to work with you on a briefing schedule that works for us both.

Thank you,
Stephen Hernick

Stephen Hernick
*Senior Attorney, Wildlife Law Program*
*Friends of Animals*
*Western Region Office*
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

**EXPLOITERS**
**FRIENDS**
**of ANIMALS**

---

**From:** Flax, Meredith (ENRD) <Meredith.Flax@usdoj.gov>
**Sent:** Wednesday, September 16, 2020 3:48 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>
**Cc:** Maloney, Stephanie (ENRD) <Stephanie.Maloney@usdoj.gov>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephen –

Stephanie Maloney and Cliff Stevens, cc'ed here, will be handling this case.

Meredith

Meredith Flax
DOJ/Environment & Natural Resources Division
Wildlife & Marine Resources Section
(202) 305-0404 (office)
(202) 532-3169 (cell)

---

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Wednesday, September 16, 2020 3:16 PM
**To:** Flax, Meredith (ENRD) <MFlax@ENRD.USDOJ.GOV>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Thanks very much for your response, Meredith. It is much appreciated. I can likely wait until the end for the week, so I'll wait to hear back from you or the lead attorney. If something changes, I'll give you a call on your cell.

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

**EXPLOITERS**
**FRIENDS**
**of ANIMALS**

**From:** Flax, Meredith (ENRD) <Meredith.Flax@usdoj.gov>
**Sent:** Wednesday, September 16, 2020 10:20 AM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>
**Subject:** RE: Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Stephan,

Thanks for reaching out. I will be the supervisor on the case, but we haven't figured out who the lead attorney will be. I expect we should know by the end of the week and can get back to you then. If your question is something that needs an answer before then, you can give me a call on my cell (number below).

Thanks,

Meredith

Meredith Flax
DOJ/Environment & Natural Resources Division
Wildlife & Marine Resources Section
(202) 305-0404 (office)
(202) 532-3169 (cell)

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Wednesday, September 16, 2020 11:56 AM
**To:** Flax, Meredith (ENRD) <MFlax@ENRD.USDOJ.GOV>
**Subject:** Government Attorneys in Case No. 3:20-cv-01312-AWT, D. Conn.

Meredith,

I'm curious if you know the government attorneys that have been assigned to a case that Friends of Animals filed two weeks ago in the District of Connecticut, Case No. 3:20-cv-01312-AWT, *Friends of Animals v. Wilbur Ross and NMFS*. I would like to reach out to them with a question and to discuss scheduling. If you happen to know and would be willing to pass along their contact info, I would greatly appreciate it.

Thank you,
Stephen Hernick

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals

Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

