# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, | |
| Plaintiffs, | Civil Action No. |
| v. | 3:20-cv-01312 (AWT) |
| WILBUR ROSS, in his official capacity as Secretary of Commerce, | |
| and | |
| NATIONAL MARINE FISHERIES SERVICE, an agency within the United States Department of Commerce | DECEMBER 17, 2020 |
| Defendants. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of the undersigned as counsel to the proposed defendant-intervenor, the Sea Research Foundation, Inc. d/b/a Mystic Aquarium, in the above matter.

    Respectfully submitted,

THE PROPOSED INTERVENOR:
THE SEA RESEARCH FOUNDATION, INC.
d/b/a MYSTIC AQUARIUM

By: /s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Green & Sklarz, LLC
One Audubon Street, Third Floor
New Haven, CT 06511
Tel: 203.285.8545
Fax: (203) 286-1311
jsklarz@gs-lawfirm.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: December 17, 2020 /s/ *Jeffrey M. Sklarz*