UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>                     Plaintiffs,<br><br>  v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce,<br><br>     and<br><br>NATIONAL MARINE FISHERIES SERVICE, an agency within the United States Department of Commerce<br><br>                     Defendants. | Civil Action No.<br><br>3:20-cv-01312 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br>December 17, 2020 |

## DECLARATION OF STEPHEN COAN, PhD

1. I, Stephen Coan, am the President and CEO of Mystic Aquarium. I make this Declaration in support of Mystic's motion to intervene as a defendant in this case.

2. I have served as the President of Mystic since 2006. My academic background is in education, management, and social policy and I hold a doctorate PhD in social policy. I have worked at Mystic since 2001 and have over those 19 years acquired substantial knowledge regarding Mystic's beluga whale programs. For specific technical, scientific, and veterinary matters, I rely on a team of scientists and veterinarians at Mystic, described below.

3. Mystic Aquarium is an IRS Section 501(c)(3) organization that operates a marine life research center and aquarium visited by the public. Its address is 55 Coogan Blvd., Mystic CT 006355. Its formal legal name is Sea Research Foundation, Inc. d/b/a Mystic Aquarium.

1

4. Mystic's mission is "to inspire people to care for and protect our ocean planet through conservation, education, and research."[1] Mystic achieves this mission through "conducting research that advances aquatic animal husbandry and health," "serving as an interpreter of marine science discoveries and conservation issues," "sharing resources and expertise with the scientific and education communities," and "pursuing these endeavors with a commitment to excellence and innovation."[2]

5. Mystic houses a variety of aquatic life including beluga whales (Mystic currently houses three belugas), seals and various species of sea lions, sharks and rays, African penguins, frogs, and approximately 5,000 other animals. Additionally, since 1975, Mystic's Animal Rescue Program ("ARP") has been rescuing, rehabilitating and releasing sick, injured and stranded marine animals along 1,000 miles of the Northeastern coastline. Mystic's Animal Rescue Team responds to an average of 150 hotline stranding and rescue calls each year.[3]

6. Mystic is accredited by the Association of Zoos and Aquariums, the Alliance of Marine Mammal Parks and Aquariums and certified by American Humane. These accreditations and certification involve extensive multi-year evaluation of all aspects of mission, operations and animal care with particular emphasis on marine mammals. The Association of Zoos and Aquariums accreditation is recognized globally as having the most stringent standards of animal care in the world. American Humane is one of the nation's oldest guardians of animal welfare.

---

[1] https://www.mysticaquarium.org/about-us/

[2] *Id*. Mystic also creates "thought provoking encounters with marine life." *Id*. For the beluga whales being imported these encounters with visitors will be at a distance, incidental to scientific research. The beluga whale scientific research permit being judicially reviewed in this case specifies that there is to be no interaction between the public and the beluga whales covered by it.

[3] https://www.mysticaquarium.org/conservation-impact/animal-rescue/

7. Mystic is inspected regularly by the United States Department of Agriculture, National Oceanic and Atmospheric Administration, Connecticut Department of Energy and Environmental Protection, State Veterinarian and other federal and state authorities concerned with animal care, protection, veterinary practices and health. Mystic is fully in compliance and in good standing with all regulatory authorities.

8. Mystic is one of the only aquariums in the world that operates as a research institution. Mystic is certified by the United States Department of Agriculture for research on marine life and is recognized by the National Oceanic and Atmospheric Administration as a marine mammal research institution. All of the scientists employed at Mystic are credentialed and hold faculty appointments with the University of Connecticut. The University of Connecticut has formal academic partnerships with Mystic through their Departments of Agriculture, Marine Sciences and Veterinary Science programs. Tufts University Cummings School of Veterinary Medicine also has a formal research affiliation with Mystic. In addition to its research staff, Mystic has a team of Scientists in Residence, who are affiliated with renowned academic institutions and augment the institution's own research expertise.

9. Mystic is recognized as one of world's leading institutions in beluga whale research. By way of example, Mystic in March, 2019, hosted the 2nd International Workshop on Beluga Whale Research & Conservation, with over 100 scientists studying beluga whales attending.[4] Abstracts of the scientific papers regarding belugas presented at the workshop are posted on Mystic's website.[5] Mystic employs multiple beluga whale experts, including:

---

[4] https://www.mysticaquarium.org/belugaconference/

[5] https://www.mysticaquarium.org/wp-content/uploads/2019/08/Abstracts.pdf

- Tracy Romano. Dr. Romano holds a PhD in Neurobiology & Anatomy, is Mystic's Vice President of Biological Research & Chief Scientist. She is an expert on the marine mammal immune system and the impact of stress and the environment on marine mammal health. She previously worked with the U.S. Navy's program investigating neural-immune interactions in the beluga whale. In addition to studying the belugas at Mystic, she also works with a team assessing Alaska wild beluga populations. The scientific research authorized by the NMFS permit at issue will obtain knowledge useful for NMFS in managing the wild Alaska population.

- Laura Thompson. Dr. Thompson holds a PhD in oceanography from the University of Connecticut, also researches marine mammal immune systems including marine mammal dive physiology and health. As part of her PhD work, she developed a method to collect samples of respiratory vapor, or "blow," from belugas. She is part of the beluga research team.

- Allison Tuttle, DVM. Dr. Tuttle is Mystic's Senior Vice President of Zoological Operations, a position responsible for all aspects of animal husbandry, veterinary medicine, water quality, and dive safety. She was previously Mystic's Chief Veterinarian. She is deeply involved in the veterinary side of the care for the belugas at Mystic and participated in beluga research conference at Mystic noted above.

10. Mystic employs other scientists conducting related research. Biographies are available on Mystic's website.[6] Mystic is conducting laboratory research including projects focusing specifically on beluga whales. Specific project names and descriptions available on its website.[7] Mystic is regularly consulted by the National Oceanic and Atmospheric Administration and other institutions and organizations concerned with marine mammals in the United States and globally.

11. In 2019, Mystic applied to Federal Defendant National Marine Fisheries Service ("NMFS") for a permit under the Marine Mammal Protection Act of 1972 ("MMPA"), authorizing Mystic to import five (5) beluga whales from Marineland of Canada, Inc.

---

[6] *See* "Mystic Aquarium Experts," "Mystic Aquarium Leadership," "Mystic Aquarium Research Team," and "Mystic Aquarium Scientists in Residence," all available at https://www.mysticaquarium.org

[7] https://www.mysticaquarium.org/conservation-impact/animal-health/

for purposes of scientific research with incidental public display. Marineland is located in Niagara Falls, Ontario. On October 1, 2019, NMFS published in the Federal Register a notice describing the application and requesting public comment by December 1, 2019. NMFS granted the permit subject to restrictive conditions on August 27, 2020 and published notice of the grant in the Federal Register on September 11, 2020. A copy of the permit and permit conditions is ECF Doc. 22-1. NMFS's reasoning for granting the permit is stated in a NMFS memorandum dated August 27, 2020 (ECF Doc. 22-2). NMFS also conducted an Environmental Analysis under the National Environmental Policy Act and issued a Finding of No Significant Impact on the Environment (ECF Doc. 22-3).

12. NMFS approved research by Mystic utilizing these to-be-imported belugas on the following topics:

- **Study 1**: Neuroimmunological response to environmental and anthropogenic stressors
- **Study 2**: Development of novel non-invasive techniques to assess health in free-ranging, stranded and endangered beluga whales
- **Study 3**: Hearing and physiological response to anthropogenic sound
- **Study 4**: Photogrammetry body condition studies
- **Study 5**: Diving physiology
- **Study 6**: Microbiome
- **Study 8**: Testing of prototype telemetry and imaging devices before deployment on wild beluga whales.

NMFS approved the research topics except that it disallowed Study 7 (behavioral and reproductive studies) as not meeting permit issuance criteria and further applied a condition to the permit requiring Mystic to submit a plan to prevent breeding.[8] NMFS allowed Mystic to conduct activities that would have been necessary to Study 7, including "behavioral observations,

---

[8] ECF Dec. 22-1 p. 2 (permit document). Page citations are to the pagination supplied by the Court's ECF system, not the pagination in the original underlying documents filed with the Court.

biological sampling, and ultrasound for reproductive monitoring ….", classifying these activities as take warranted by the direction of the attending veterinarian. [9] NMFS approved the remainder of the research topics in full.

13. NMFS authorized incidental public display of the belugas being imported, provided that this did not interfere with the scientific research. Mystic's facilities include a large building housing the pools in which the belugas already at Mystic swim. Mystic exhibits those belugas to the public, as well as the other wildlife mentioned above. Mystic does not have other buildings and pools in which it could house the belugas being imported for scientific research. Further, the lives of the belugas being imported will be enhanced by allowing them to interact with the belugas already at Mystic.

14. NMFS's approval of incidental public display as part of education programs avoids forcing Mystic to needlessly construct a building and pools dedicated solely to the belugas being imported, just to create a visual barrier preventing the public viewing other wildlife at Mystic (including the belugas already at Mystic) from seeing the belugas being imported for the scientific research projects. To ensure that public display remained incidental, NMFS prohibited Mystic from training the belugas covered by the scientific research permit for performance and from allowing interaction with members of the public. ECF Doc. 22-1, p. 7.

15. As with its other wildlife, Mystic with respect to the belugas being imported (and the belugas already present at Mystic) will continue to comply with animal care rules established by the U.S. Department of Agriculture ("USDA") under the Animal Welfare Act ("AWA"). USDA issued these standards to ensure the welfare of animals exhibited to the public

---

[9] *Id.*, p. 3.

by zoos and aquariums. The AWA rules specific to marine mammals are found in 9 CFR Part 3, specifically 9 C.F.R. 3.100 through 3.118. The rules set facilities and operating standards, animal health and husbandry standards, and transportation standards. NMFS in issuing the permit noted that USDA had filed a comment letter concluding that Mystic has "the space, experience, and knowledge for handling and caring for beluga whales," and noting that "the transportation arrangements appear to comply with AWA requirements," with the specific transportation methods to be approved by the veterinarian later. ECF Doc. 22-2, p. 17.

16. Seeking and obtaining the beluga import permit at issue has been a long arduous process. Mystic expended great effort developing the specific scientific research proposals that NMFS approved, drafting the permit application and discussing it with NMFS officials, and filing responses at NMFS's request to comments submitted by other parties. See ECF Doc. 22-22, p. 4 (NMFS lists permit procedural history including Mystic submissions). Further, Mystic expended great effort working with Marineland, which presently cares for the animals, on an animal transfer contract. To satisfy a permit condition, Mystic developed and filed with NMFS a plan for the separation of the belugas by gender when females are ovulating, in order to prevent pregnancy, in compliance with the no-breeding permit condition.

17. If Plaintiff Friend of Animals prevails in this lawsuit and the permit is set aside, or judicially limited in some way, Mystic may be barred from importing the belugas or required to alter the scientific research or its care plans. The scientific research Mystic seeks to conduct will not be conducted. Mystic's efforts in developing the research topics, preparing and prosecuting the permit application, and working with Marineland to arrange the transfer will be wasted. Important scientific research that cannot be conducted in a wild setting, including

research benefiting the depleted population of wild belugas swimming off the coast of Alaska, will not be conducted. Progress in understanding belugas and advancing their conservation will be delayed.

18. The belugas being imported were born in human care (captivity). One or both parents of the belugas being imported came into human care by being collected from the wild. NMFS concluded that these parents were collected from waters off the coast of Russia which are inhabited by "stocks" of belugas whales that NMFS later (after the parent whales were already collected) declared to be "depleted" stocks under the MMPA. Despite the belugas involved being progeny of one or two parents who were collected from the wild before NMFS issued the depleted listing, NMFS in granting the permit determined that "For purposes of this permit application, NMFS has treated all five whales as depleted." ECF Doc. 22-2, p. 5. Having found the belugas involved to be "depleted," NMFS found that Mystic's permit application satisfied the standards under the MMPA for grant of a permit to import depleted marine mammals for purposes of scientific research. ECF Doc. 22-2, p. 22.

19. The health and welfare of the belugas covered by the permit is an important consideration. The five belugas to be imported are presently at Marineland, where the facilities are at capacity in the determination of the animal use and care committee presiding there, and currently houses over 50 belugas. In the judgment of Mystic's scientific team and many others, this situation puts the whales at risk of illness. In the judgment of Mystic's scientific team, completing these imports promptly is in the best interests of the belugas involved, as they will move from capacity conditions in Canada to ample space and enrichment at Mystic. As noted above, Mystic currently houses three (3) belugas. The five belugas to be imported from Canada

would increase the number of belugas at Mystic to eight (8). Mystic is well equipped to house the expanded number of belugas based on the pools available at Mystic.

20. As discussed above, Mystic has a contract with Marineland for the transfer of the five belugas to be imported. Mystic is therefore well-positioned to provide updates on the status of those belugas at Marineland, including if there should be a deterioration in the condition of the belugas. Mystic retains a productive and cooperative relationship with Marineland, which is enhancing its marine mammal program as advised by its animal use and care committee and is partnering with Mystic on the development of educational programs.

21. Mystic seeks intervention in this lawsuit in which Plaintiff Friend of Animals seeks to invalidate or restrict the beluga import permit that NMFS granted to Mystic after so much effort by Mystic to secure the permit and prepare to add to Mystic's contributions to beluga conservation. No organization has more at stake in this litigation than Mystic. NMFS, which granted the permit, is simply the regulator. It is Mystic that will actually conduct the permitted activity, having built the program qualify to carry it out, and expended resources to plan for it. Further, Mystic has the expertise in beluga care, transport, and research that is not duplicated within NMFS, which does not itself care for or transport belugas, and generally conducts research only on wild populations. This expertise will allow Mystic to effectively supplement the defense made by NMFS in this case.

**Verification**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing facts are true and correct. Executed in New Haven, Connecticut on December 17, 2020.

/s/ Stephen Coan, PhD
Stephen Coan, PhD