UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, a non-profit corporation; <br><br> and <br><br> LAST CHANCE FOR ANIMALS, a non-profit corporation; <br><br> *Plaintiffs*, <br><br> v. <br><br> WYNN COGGINS, in her official capacity as acting Secretary of Commerce; <br><br> and <br><br> NATIONAL MARINE FISHERIES SERVICE, an agency within the United States Department of Commerce; <br><br> *Defendants*, <br><br> and <br><br> SEA RESEARCH FOUNDATION, INC. <br><br> *Defendant-Intervenor* | No. 3:20-cv-01312-AWT <br><br><br><br><br><br> **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br><br><br> February 19, 2021 |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Plaintiffs Friends of Animals and Last Chance for Animals move for summary judgment on all their claims related to the National Marine Fisheries Service's issuance of a permit to Mystic Aquarium to import five beluga whales from Marineland of Canada under the Marine Mammal Protection Act. Marine Mammals; File No. 22629, 85 Fed. Reg. 56219 (Sept. 11, 2020). This Motion is supported by a Memorandum of Points and Authorities, relevant parts of the administrative record lodged by the Federal Defendants, and the Declarations of Dr. Toni Frohoff, Katherine Logan, and Nicole

1

Rivard in support hereof. In addition, pursuant to Local Rule 56(a)1, a Statement of Undisputed Material facts is filed in support of this Motion.

For the reasons stated in the Memorandum of Points and Authorities, Plaintiffs respectfully request that this Court grant their Motion for Summary Judgment and vacate the Permit. Plaintiffs also request that this Court deny any cross-Motion for Summary Judgment filed by any other party.

Dated: February 19, 2021          Respectfully submitted,

/s/ *Stephen Hernick*
Stephen Hernick (phv 10846)
Friends of Animals Wildlife Law Program
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
Tel: (720) 949-7791
Fax: (888) 236-3303
shernick@friendsofanimals.org

Jessica Rubin (Bar No. ct13768)
Director of Legal Practice and Animal Law Clinic
University of Connecticut School of Law
55 Elizabeth Street
Hartford, CT 06105
Tel: (860) 995-6330
Fax: (860) 570-5366
Jessica.rubin@uconn.edu

*Attorneys for Plaintiff Friends of Animals*

/s/ *David A. Ball*
David A. Ball (Bar No. ct10154)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Tel: (203) 337-4134
Fax: (203) 337-5534
dball@cohenandwolf.com

*Attorney for Plaintiff Last Chance for Animals*

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Stephen Hernick*
Stephen Hernick