# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, a non-profit corporation | ) |
| | ) No. 3:20-cv-01312-AW |
| | ) |
| and | ) |
| | ) |
| LAST CHANCE FOR ANIMALS, a non-profit corporation; | ) |
| | ) |
| | ) |
|    *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| WYNN COGGINS , | ) |
| | ) **DECLARATION OF KATHERINE** |
| and | ) **LOGAN** |
| | ) |
| NATIONAL MARINE FISHERIES SERVICE, an agency within the United States Department of Commerce | ) |
| | ) |
| | ) |
|    *Defendants*, | ) |
| | ) |
| and | ) |
| | ) |
| SEA RESEARCH FOUNDATION, INC. | ) |
| | ) |
|    *Defendant-Intervenor* | ) February 18, 2021 |
| | ) |

I, Katherine Logan, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge and if called as a witness in these proceedings, I can and will testify competently thereto under oath.

2. I was born and raised in Canada. I currently live in Ontario Canada and have resided in Ontario for 40 years.

3. I have been employed with Last Chance for Animals since 2015. As part of my work with Last Chance for Animals, I have been involved in Last Chance for Animals' monitoring of

Marineland. During this time, Last Chance for Animals has monitored the animals at Marineland and filed multiple complaints against Marineland with the appropriate regulatory bodies to raise awareness of the problems with keeping marine mammals in captivity and to ensure appropriate regulatory bodies were effectively monitoring Marineland.

4. I also worked with Last Chance for Animals to advance Bill S-203 – the *Ending the Captivity of Whales and Dolphins Act*, which was passed into law in Canada on June 21, 2019. I was so happy when this *Act* became a law because it meant that there was an end in sight for keeping these majestic creatures in captivity and an end to making them perform in shows for entertainment.

5. I am familiar with Mystic Aquarium's attempt to import five beluga whales from Marineland in Canada for alleged scientific research purposes. I strongly oppose this action.

6. Since a young age, I have loved beluga whales. As a child growing up in Montreal, I have fond memories of my father and uncle making the 5-hour trek every year to the Ste. Laurence Estuary to try to get a glimpse of the beluga whales. Often times they would come back with great stories and the odd grainy black-and-white photo of their adventures.

7. As much as we hated to see my father leave on his fishing trips with our uncle, we knew how much fun they had and how much they cherished this time together.

8. My family and I moved to Ontario when I was an early teen and one of the first places that we visited as a family was Marineland to see the whales. My father's eyes would light up as he recalled memories of his trips with our uncle who had since passed from cancer.

9. We would return to Marineland every year until my father passed away. Thereafter, my sister and I continued the tradition of visiting the whales and we got to know and love them. Secord, Acadia, Osiris, Skyla, Sierra, Jubilee and many others became extended family to us.

2

10. Over the years as we continued to visit the whales, I learned more about them, their intelligence and how their life in captivity compares to a life free in the ocean.

11. Each year there would be more and more whales and even after my sister passed away, I continue to go to Marineland to see the whales only now with my children. Although over the years, the tradition has turned into a mission. I return to monitor the whales and to ensure they are alright.

12. These whales hold a very dear place in my heart. I feel at peace when I am near them and a great connection to my family. It is for this very reason that I am concerned about tearing the whales apart from their own family. I have known Havok, Kharabali, Sahara, Havana and Jetta since they were young calves and have visited them regularly throughout their lives.

13. I love and respect marine mammals and as I have grown older and learned more about whales, I have come to believe that these beautiful and intelligent creatures do not belong in captivity. While I understand that sometimes whales born in captivity cannot be freed into the wild because they do not have the required skills to survive, I believe that all possible steps should be taken to try to return them to their natural habitat. I further believe that when whales cannot be returned to their natural habitat they should be freed to a sanctuary where they can live out their days free from discomfort, captive breeding, and research.

14. I feel it would be a great loss to see these whales separated from the only place they have ever known as home, from the only family they have ever known, only to endure, and possibly perish during, the stressful transfer to a strange place to be researched and be put on display at another aquarium.

15. These whales have strong social connections to their friends and family at Marineland and I believe that taking them away from their friends and family would cause them much harm.

16. I would also be distressed to see these whales moved out of Canada taking away their hard-fought for rights under the *Ending the Captivity of Whales and Dolphins Act*, putting them at risk of being displayed in shows for entertainment and to be bred creating future generations of whales forced to live out their lives in concrete prisons.

17. I see this potential transfer of the whales to be nothing short of a tragedy, as it will result in the destruction of the beluga whales' familial bonds and put them at significant risk.

18. The news of a transfer of the whales to Mystic Aquarium would sadden me. I would miss the whales greatly and would be hurt by knowing that they did not leave for a better life. On future visits to Marineland, I would be reminded of the transfer and feel a great personal loss knowing that the whales had been torn away from the only home they had ever known and their family to be taken to a strange place without laws to protect them from breeding, display and performance for entertainment purposes.

19. Should the whales remain at Marineland, Last Chance for Animals and I will continue to visit and check-up on them to ensure they are alright, and if we observe any issues, we will report them to the appropriate regulatory authorities.


In accordance with 28 U.S.C. 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on February 18, 2021 in <u>Barrie.</u> Ontario. _____

Katherine Logan