# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, et al.          ) | |
| ) | No. 3:20-cv-01312-AWT |
| Plaintiffs,                          ) | |
| ) | |
| v.                                   ) | |
| ) | |
| WYNN COGGINS, in her official capacity as   ) | **DECLARATION OF NICOLE** |
| acting Secretary of Commerce         ) | **RIVARD** |
| ) | |
| and                                  ) | |
| ) | |
| NATIONAL MARINE FISHERIES SERVICE,   ) | |
| an agency within the United States   ) | |
| Department of Commerce               ) | |
| ) | February 19, 2021 |
| Defendants.                          ) | |

I, Nicole Rivard, declare as follows:

1. The facts set forth in this declaration are based upon my personal knowledge and if called as a witness in these proceedings, I could and would testify competently thereto under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. I was born and raised in Connecticut. I have lived in Connecticut for 44 years, almost all my life. I currently live in Darien, Connecticut.

3. I have been a member of Friends of Animals since 2013. I have worked in Friends of Animals' Connecticut office as an editor/correspondent/photographer since 2013.

4. I have a deep passion for protecting animals from cruelty and institutionalized exploitation and I actively monitor actions involving animals in captivity. As editor of Friend of Animals' *Action Line* magazine it is my job to educate people about our work but also to change their hearts and minds when it comes to treating non-human

1

animals with dignity and respect, just like they would do for human animals. I do not believe you can regulate the atrocities involved in industries that exploit animals. I believe you have to boycott them until they go out of business. For instance, I've educated people about the cruelty involved in the fur industry and within zoos, circuses and aquariums. Some anti-cruelty laws exist, however outside of these specific protections it is unlikely for animals to get their day in court no matter how bad they are abused or exploited.

5. I am familiar with Mystic Aquarium's permit to import five beluga whales from Marineland in Canada for alleged scientific research purposes. I strongly oppose this action.

6. I have visited Mystic Aquarium about ten total times during my lifetime, including many school field trips to Mystic Aquarium. I have seen the beluga whales during all my visits to Mystic Aquarium.

7. I remember visiting Mystic Aquarium for my mom's seventieth birthday on July 2, 2013. I felt particularly distressed and sad during this visit. As an adult who suffers from claustrophobia, I couldn't help but observe how massive the beluga whales are compared to the size and depth of their tank and how monotonous their lives are. It was something that deeply disturbed me and that I will never forget.

8. After that visit in 2013, I decided to learn more about beluga whales and discovered they inhabit the Arctic and subarctic regions of Russia, Greenland, and North America and that some populations are strongly migratory, moving north in the spring and south in the fall as the ice forms in the Arctic. As the ice breaks up in the spring, the whales move north again feeding near river mouths and offshore. In the summer, they are often found near river mouths, and sometimes even venture more than 600 miles upriver in the Yukon River. I also learned that beluga whales are extremely social. Their pods range from a few to hundreds of individuals. Knowing that the beluga whales at Mystic Aquarium are

stuck in a tank unable to express their natural behavior and socialization is heartbreaking to me.

9. As an editor/correspondent and photographer for Friends of Animals I had to write a story about the documentary "By All Rights" directed by Stan Minasian. This was after my 2013 experience at Mystic Aquarium. Throughout the movie, viewers hear scientists interpret evidence of culture within whale and dolphin societies, see how researchers prove the exceedingly rare element of self-recognition in bottlenose dolphins and watch as witnesses recount observing human-like behaviors in whales and dolphins. By All Rights boldly makes the case for providing whales and dolphins with legal personhood status, a case that takes into consideration their culture and intelligence.

10. On April 27, 2020, I came across a Facebook Live video that Mystic Aquarium posted. The video was over 13 minutes long and showed a beluga whale in one of Mystic Aquarium's tanks. An employee made the beluga hold a paintbrush in its mouth and paint canvases that the employee held up. All I could think about was how unnatural and uncomfortable the action looked for the beluga, and it caused me unhappiness and anger. It is frustrating to know that some people still think watching marine mammals do tricks or perform for us is an appropriate form of family entertainment, yet really they are watching these animals being robbed of the complex forms of life they actually lead. I think we shouldn't look at pain as the only measure of animal cruelty. The aquarium has taken away the belugas' free movement and their right to choose what they want to do and how to flourish in their own way and those are also issues to be considered when it comes to animal cruelty.

11. I most recently visited Mystic Aquarium on August 31, 2020. During this most recent trip I visited the three captive beluga whales at Mystic Aquarium: Kela, Natasha and Juno. A patron beside me commented that they all just kept swimming in circles. That's because they have nowhere else to go. It's so antagonizing. For a place that

3

claims they're learning about belugas, they've learned nothing about what they should have. The maximum dive record for a beluga whale is 25 minutes and the deepest record dive was to 3,300 feet. They are robbed of those natural behaviors at Mystic Aquarium.

12.     I felt very anxious thinking about how the aquarium could even accommodate five more belugas. Mystic Aquarium may boast that it has the largest outdoor beluga habitat in the country, but it looks like a bathtub compared to what they would have in the wild. The thought of overcrowding that could be extremely harmful and stressful to all of the belugas causes me much grief.

13.     Research and education seemed to be the last thing on anyone's mind during my recent visit. Instead the three belugas were simply gigantic props for photo ops and family entertainment. And last time I checked, photo ops are not education or research. When a youngster asked where one of the belugas went a woman said, "Oh she's down below in the underwater view area making everyone happy." As if it was her job to perform and make families happy. As if she didn't have a right to exist and flourish in her own way. Overall I felt an utter lack of respect for the marine animals in general listening to patrons "talk" to them and laugh at them. All too often I heard them refer to animals as things. It was like they just had a checklist of "things" they wanted to see and then it was on to the next exhibit to pet the stingrays. So they weren't really seeing them or getting to know them at all! I even watched a boy chasing a beautiful pigeon near the beluga exhibit. The only thing these exhibits teach is that it's okay for animals to be in captivity and have their dignity stripped from them in the process. That is not okay. The message should be wild animals are meant to be wild and free.

14.     I was also not impressed by the extremely brief and canned so-called educational speech about the belugas repeated over and over and over again—five times within an hour by staff. They basically only mentioned their age, weight, the areas in the Arctic they were from, that they don't have dorsal fins and that they have blubber for

4

insulation from cold temperatures. Honestly more time was spent discussing social distancing and mask wearing. There was no information provided about how Cook Inlet belugas in Alaska are critically endangered under the Endangered Species Act, how they and the Sakhalin Bay-Nikolaya Bay-Amur River stock off the coast of Russia have been designated depleted under the MMPA (i.e., they have fallen below their optimum sustainable population levels), or what the threats are to belugas or what people could do once they left the aquarium to protect belugas and other marine animals.

15. Adding insult to injury during my visit I saw a bunch of posters on display promising coming attractions including a beluga encounter where you can get nose to nose with a beluga for $179 and I saw a door leading to a "Beluga Encounter Room."

16. It was also disheartening to read plaques about some of the research Mystic Aquarium is doing. Ocean noise coming from a variety of sources, including commercial shipping traffic and oil and gas exploration continues to increase in the Arctic. Scientists already know this poses a threat to belugas as they are sensitive to sound. However, they continue to investigate the effects using sensors placed on the skin of the belugas while sounds are played through under water speakers. This seems cruel and unnecessary! There is also concern that human activities may serve as stressors, interrupting adaptations to diving in marine mammals and leaving them more susceptible to injury and disease. So Mystic Aquarium scientists are studying how marine mammal immune cells function during diving and how additional stressors may alter this function, thus impacting marine mammal health. They have to take blood samples to do so. It also seems unnecessary, unnatural and cruel. It's disappointing that Mystic is using research to justify the harm that it will be inflicting by taking in more belugas. If you visit the NOAA website anyone can read about how the game-changing research to help belugas in the wild is being done by studying them in the wild.

17. Jacques Costeau said, "There is about as much educational benefit to be gained in studying dolphins in captivity as there would be studying mankind by only observing prisoners held in solitary confinement." I couldn't agree more. I believe this also applies to these belugas. Because of technology improvements, studying belugas and other marine mammals in the wild is much easier than it used to be. It angers me that Mystic Aquarium is using research to try to justify the harm that it will be inflicting on these belugas.

18. I was also disappointed to learn from a staff member that the aquarium would like to see their current belugas breed and have a calf, yet this has not happened because "the girls were not interested in the male."

19. My distress caused by seeing the captive belugas, combined with my research about belugas' natural behavior is why I am vehemently opposed to Mystic Aquarium acquiring five captive belugas from Marineland in Canada. From what I have learned about belugas, I know that the transport from Canada to Mystic will deeply traumatize and harm the belugas. They will be ripped away from their families, and the social groups that they have lived with for their entire lives. They will be lifted out of their tanks by cranes and placed into small crates, where they will spend at least ten hours. During this time, they will be transported in trucks and on a plane. They will experience foreign sounds and sensations. They will not know what is happening. I know that they will be terrified and that this experience will traumatize them for a long time. The belugas having to go through this would cause me deep mental and emotional pain and anguish.

20. Mystic Aquarium's efforts to do so-called research will inflict unnecessary trauma on the belugas and will only enhance a captive entertainment and breeding industry that should not be supported. Any research cannot justify the harm that would come from the transfer. It is bad enough that the belugas are already in captivity, but now

Mystic wants to rip five belugas from the fifty or so other belugas at Marineland with whom they have close relationships. The thought of it causes me much anxiety and grief.

21. If these belugas are imported, knowing that they are being kept captive in my state will be a constant source of distress and sadness. I don't think that Mystic Aquarium should be importing these belugas and I don't think that it should display them to the public or breed them. I don't believe that animals like belugas belong in captivity. Captivity strips wild animals of their dignity. Human animals should be capable of doing better—it's time to redefine family entertainment. It is not to right to force these animals to live without their wildness, which makes them whole.

22. Although it would take a mental and emotional toll on me, if the belugas are transferred to Mystic Aquarium I plan to visit them to check on their well-being. I feel it is my responsibility to keep the public educated about the lives of captive belugas so they can hear both sides of the story, not just the spin that Mystic puts on the situation to attract paying customers. An op-ed in a Connecticut newspaper authored by the facility was headlined: "Importing 5 beluga whales urgent to stem trajectory toward extinction." I feel an urgency to do all I can to stop them from misleading the public that way and to prevent more belugas from ever being bred or held in captivity.

23. During the most recent to Mystic I felt sad. And angry. It was very trying and stressful. I felt disgusted by an overall lack of respect for the animals. All too often I heard them referred to as things. I thought of how during the pandemic humans have been complaining about feeling lonely and isolated in quarantine. Yet that is the norm for belugas in captivity since they are restricted from forming the large pods they would in the wild. It is depressing to think about how monotonous it must be to swim around in a tank in circles over and over again. In the wild, each day would be different for belugas. As families posed for pictures while the belugas swam by and pressed their beautiful melon head to the glass during my recent visit, I thought to myself—shame on Mystic Aquarium.

Captivity strips wild animals of their dignity. Human animals should be capable of doing better—it's time to redefine family entertainment.

24. Having said all that, I strongly believe seeing the five belugas from Marineland in captivity at Mystic Aquarium in the future would be equally as traumatizing to me. It will likely be even more upsetting to see more belugas in such a small space and to think about them missing the belugas they had bonds with at Marineland as well as the belugas left behind who will be missing the five moved to Mystic. In addition, the five will have undergone a traumatic transport, be in a foreign place and subjected to unfamiliar research. Not only that, I will also be distressed thinking about how this move is affecting the three belugas already at Mystic Aquarium.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on December 3, 2020 in Darien, Connecticut  _____

Nicole Rivard