# Index of Additional Documents Cited in Brief

| | Document Title or Description | Start Bates Number | End Bates Number | Date |
|---|---|---|---|---|
| 1 | Email Correspondence Re: Follow up letter re COVID-19 and Mystic Aquarium application | 020003-P | 020005-P | 6/17/2020 |
| 2 | Email Re: Permit Application 22629 | 020021-P | 020023-P | 8/10/2020 |
| 3 | USDC NOAA NMFS Letter To Mystic Aquarium Re: MMPA Concerns | 020183-P | 020190-P | 11/13/2020 |
| 4 | Mystic Aquarium Letter To NMFS NOAA Re: MMPA Concerns | 020195-P | 020197-P | 11/24/2020 |
| 5 | Email Correspondence Re: #22629 Update from Mystic Aquarium | 020251-P | 020252-P | 1/14/2021 |
| 6 | ECONorthwest Analysis Re: Financial Fragility of the Mystic Aquarium | 020258-P | 020264-P | 6/23/2020 |
| 7 | Mystic Aquarium Letter To NMFS NOAA  Re: Breeding Prevention | 020267-P | 020271-P | 9/25/2020 |
| 8 | Meeting Agenda & Attendees/Mystic Aquarium re: Beluga Permit | 020327-P | 020328-P | 6/20/2018 |
| 9 | Email Correspondence Re: Electronic Introduction | 020437-P | 020440-P | 10/1/2015 |
| 10 | Email Correspondence Re: Mystic Aquarium Issue | 020658-P | 020659-P | 7/23/2018 |
| 11 | Email Correspondence Re: Letter from The Dilenschneider Group | 021362-P | 021362-P | 9/8/2017 |
| 12 | Email Correspondence Re: Aquarium wanting a beluga? | 021475-P | 021477-P | 12/14/2018 |
| 13 | Email Correspondence Re: Urgent Info Request | 021879-P | 021880-P | 10/18/2017 |
| 14 | Email Correspondence Re: Beluga Whale Follow-Up | 021889-P | 021890-P | 11/28/2017 |
| 15 | Request For Assistance With Display or Research Permit To Acquire Beluga Whales From Marineland Canada | 021894-P | 021894-P | 10/18/2017 |
| 16 | Email Correspondence Re: Beluga Whale Follow-Up | 021895-P | 021897-P | 11/29/2017 |
| 17 | Email Correspondence Re: Readout: NOAA + NMFS meeting with Watershed Results (11/22) | 022750-P | 022751-P | 11/25/2019 |
| 18 | Email Correspondence Re: Revised DRAFT EA for import of beluga whales (File No. 22629) | 024367-P | 024369-P | 9/11/2019 |
| 19 | Email Correspondence Re: Re: Question - New RUSH Assignment re: Mystic Aquarium | 024874-P | 024876-P | 4/1/2020 |
| 20 | Email Correspondence Re: Beluga Whale Draft EA | 027540-P | 027541-P | 6/20/2019 |
| 21 | Email Correspondence Re: Updated DTP roll out timelines | 028558-P | 028558-P | 7/31/2019 |
| 22 | Email Corresponde Re: Mystic Aquarium NEPA Analysis | 029843-P | 029844-P | 2/6/2020 |
| 23 | Email Correspondence Re: Mystic Aquarium - NEPA analysis | 029902-P | 029903-P | 2/12/2020 |
| 24 | Email Corrrespondence Re: Briefing Request (early next week): Sen. Blumenthal/Rep. Courtney's offices -Beluga Import Permit Status | 029916-P | 029917-P | 2/28/2020 |
| 25 | Email Correspondence Re: Letter from The Dilenschneider Group | 030178-P | 030180-P | 3/16/2020 |

**From:** Naomi Rose <naomi@awionline.org>
**Sent:** Wednesday, June 17, 2020 1:36 PM
**To:** Donna Wieting - NOAA Federal; Amy Sloan
**Cc:** Georgia Hancock
**Subject:** Follow up letter re COVID-19 and Mystic Aquarium application
**Attachments:** COVID-19 NMFS follow-up ltr 17Jun2020.pdf

Dear Donna and Amy:

Please consider the attached letter as part of the record on the import permit application for Mystic Aquarium (see *84 FR 52072*).

Thank you,
Naomi

_____



**NAOMI A. ROSE, PH.D.**
*Marine Mammal Scientist*

**ANIMAL WELFARE INSTITUTE**
900 Pennsylvania Ave., SE
Washington, DC 20003
naomi@awionline.org
**T:** +1 202 446 2120 ~ **F:** +1 202 446 2131 ~ **C:** +1 240 401 4269
www.awionline.org

🐾 **Please consider the animals and their habitat before printing**



# Animal Welfare Institute

900 Pennsylvania Avenue, SE, Washington, DC 20003
awionline.org    phone: (202) 337-2332    fax: (202) 446-2131

June 17, 2020

Donna Wieting
Director, Office of Protected Resources
National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910
Via email

Dear Ms. Wieting:

We are writing to follow up on our letter of April 13, to which we never received a reply. In that letter, we raised numerous issues, notably our concerns regarding the impacts of the COVID-19 pandemic on the Mystic Aquarium permit application to import five captive-born beluga whales from Canada (see *84 FR 52072*).

Our concern in April was that Mystic Aquarium's permit application needed to be amended, subject to additional public review, to demonstrate how the animals would be transported and cared for to address COVID-19 risks and how aquarium public display operations, functions, and revenue would be affected by this or any future pandemic. We noted that, given that it is highly unlikely that the animals could be transported until well after social distancing directives were lifted and commerce begins to return to normal, we saw no reason even from the applicant's point of view to publish  a decision on this—or indeed any other—permit application until the pandemic had passed. Our views on this have not changed.

However, since that time, the economy has entered what some economists consider a depression and what most consider a recession,[1] and public display facilities—zoos and aquariums—have remained closed until this month, most suffering significant financial losses.[2] Mystic Aquarium and Georgia Aquarium have partially reopened this month (see their websites), but COVID-19 cases are rising in some states, and nationally concerns remain high that either the first wave of infections has not passed or a second wave is arriving.[3]

Given this ongoing situation, we continue to feel strongly that it would be beyond the realm of common sense to allow the transport of five belugas from one highly uncertain situation to another. There is currently no reason to feel any confidence that either Mystic Aquarium or Georgia Aquarium can comfortably afford the transport costs or the ongoing expense of maintaining the good health and welfare of additional high-maintenance mammals at their facilities. Consequently, we continue to maintain NMFS's decision whether or not to issue the

---

[1] https://www.bankrate.com/surveys/economists-survey-what-they-said-june-2020/
[2] https://www.washingtonpost.com/science/2020/06/08/coronavirus-zoos-aquariums/
[3] https://www.cidrap.umn.edu/news-perspective/2020/06/models-show-rising-us-covid-19-cases-deaths-months-ahead

permit should not be made until after the pandemic has passed and its impacts (economic and otherwise) thoroughly assessed.

We also note that Mystic Aquarium described its own financial situation in its permit application (see, e.g., p. 17 of the permit application), noting it did not have the resources to fund this transfer alone and thus had to partner with Georgia Aquarium (our views on this arrangement, without Georgia Aquarium being a co-applicant, were made clear in our December 2, 2019 comment letter). The facilities' financial situation is therefore "fair game" for consideration by commenters and the agency in its decision-making. That Mystic Aquarium already could not afford, by its own admission, to fund this transfer and its fiscal "back-up," Georgia Aquarium, is facing the same pandemic-related financial woes facing all public display facilities, compels the agency to require additional financial information from the applicant (per the permit application requirement to provide information on resources needed to accomplish the permit objectives) and to reopen the comment period to allow for meaningful public input on this additional information. We are living in a different world than we were six months ago, and even those members of the public who were previously in favor of this permit may now feel differently.

We continue to maintain that NMFS must require Mystic Aquarium to submit a supplement to its application, with the financial information noted above and, as we outlined in our April letter, information addressing its pandemic response plan and its plans for future public access and associated restrictions.

Thank you for your consideration of our concerns regarding the impacts of this ongoing global crisis on MMPA public display and research permits. We request a response to this letter (and our April letter) at your earliest convenience.

Sincerely,

Naomi A. Rose, Ph.D.
Marine Mammal Scientist

Georgia V. Hancock, Esq.
Of Counsel

Cc:    Peter O. Thomas, Ph.D., Executive Director, Marine Mammal Commission
       Barbara Kohn, D.V.M., Animal and Plant Health Inspection Service

| | |
|---|---|
| **From:** | Amy Sloan - NOAA Federal <amy.sloan@noaa.gov> |
| **Sent:** | Monday, August 10, 2020 3:31 PM |
| **To:** | Allison Tuttle |
| **Cc:** | donna.wieting@noaa.gov |
| **Subject:** | Re: Permit Application 22629 |

Hi Allison,
Thank you for your email.  We do not need any additional information from you on this point.

We are still hoping for a final decision soon this month and will give you prior notice before announcing the decision.

Sincerely,
Amy
**Amy Sloan**
*Deputy Chief, Permits and Conservation Division*
*Office of Protected Resources*
***NOAA Fisheries***
Office: 301-427-8432
Mobile: 301-310-1062

https://www.fisheries.noaa.gov/permits-and-forms#protected-resources



On Fri, Aug 7, 2020 at 11:50 AM Allison Tuttle <atuttle@mysticaquarium.org> wrote:

> Hi Amy and Donna,
>
> I hope you are both dong well.
>
>
> We see from news reports that inaccurate claims have been submitted to NOAA regarding Mystic's finances.  We are happy to continue to report the accurate information on this point as we have previously explained in responding to the application instructions on "Resources Needed to Accomplish Objectives".
>
>
> In addition, we note that NOAA Fisheries has made very clear in the rulemaking for permit issuance criteria that funding for the proposed research is not among the issuance criteria.

We suggest that in considering any late comments on this point, that NOAA refer to the rulemaking on the subject. The proposed rule (58 Fed Reg 53320, 14 Oct 93) explicitly stated an objective of those rules was to "Explain That Funding Is Not a Prerequisite for Issuance of a Scientific Research Permit, But That Research Must Be Conducted as It Is Permitted, Unless Otherwise Specifically Authorized". It went on: "Permits are issued with the understanding that the permit activities will be conducted as proposed in the application and as authorized by the permit. This is particularly true for scientific research permits. If permitted research is modified for any reason, including funding considerations, such a change could require an amendment to the permit. The proposed regulations provide a permit amendment procedure, discussed in 1.5. of this preamble, for such situations" (58 Fed Reg 53335).

The final rule (92 Fed Reg 21926, 10 May 96), which reorganized the requirements into those applicable to all permits and those additionally required for research permits, consolidated this issue into the criterion for all permits that considers "Whether the applicant's expertise, facilities, and resources are adequate to accomplish successfully the objectives and activities stated in the application" (50 CFR 216.34(5)). No additional related criteria are found in the issuance criteria for scientific research at 50 CFR 216.41.

We are confident that our application has thoroughly satisfied the requirement for "expertise, facilities, and resources" and ask that any question on this point be referred to us for any necessary clarifications.

Thank you again for your diligent work.

Best Regards,

Allison

Allison D. Tuttle, DVM, Diplomate ACZM

Senior Vice President of Zoological Operations

860.572.5955 X101; fax 860.572.5972

www.mysticaquarium.org/



 *Please consider the environment before printing this email.*

November 13, 2020

Stephen M. Coan, Ph.D.
President and CEO
Mystic Aquarium
55 Coogan Boulevard
Mystic, CT 06355

Dear Dr. Coan:

Thank you for your letter dated September 25, 2020, in which you expressed concerns regarding Condition III.B.6.e in Marine Mammal Protection Act (MMPA) Permit No. 22629 (hereafter, 'Permit'). This condition requires Mystic Aquarium to submit a plan to provide safe and effective contraception or other means to prevent breeding of the five subject beluga whales for approval prior to importation under the Permit. We appreciate your willingness to consult with our office to find a way to comply with this condition. We are confident that based on Mystic Aquarium's expertise, facilities, and resources, you will be able to successfully carry out the permitted research while maintaining compliance with Condition III.B.6.e and all applicable Federal laws.

Your concerns seem to be based, at least in part, on a perceived conflict between the Permit condition and other laws or authorities applicable to your facility, particularly the Animal Welfare Act (AWA). While the AWA does have its own requirements, and does give the attending veterinarian authority regarding the veterinary care and welfare of the animals under his/her care, this does not authorize the veterinarian or licensee to circumvent the requirements of other Federal, State, or local laws or regulations[1], including the requirements of the MMPA and its implementing regulations. Similarly, the Permit does not relieve the Permit Holder of the responsibility to obtain any other permits, or comply with any other Federal, State, local, or international laws or regulations[2]. Thus, it is the responsibility of the licensee to comply with the AWA while at the same time adhering to the conditions of the Permit under the MMPA. We do not see this as an irreconcilable conflict.

You applied for, and were issued, a scientific research permit under 16 U.S.C. 1374(c)(3). Therefore, your rights and responsibilities under your Permit derive from the provisions of the MMPA and its implementing regulations governing scientific research, not public display. Thus, your concern about "Mystic Aquarium's ability to exercise the rights and responsibilities conveyed by the permit per 16 U.S.C. 1374(c)(2)(C)," is misplaced because the Permit was not issued under 16 U.S.C. 1374(c)(2), which applies solely to public display.

---

[1] See 9 CFR §2.11(a)(5) and (6).

[2] See Condition III.J.1.c of the Permit.



The prevention and control of breeding for captive animal management, including captive management of marine mammals, is certainly not novel. A requirement to prevent breeding of marine mammals as a condition of holding marine mammals in captivity under the MMPA is not novel either. Prior to issuance of the Permit, we consulted with the U.S. Fish and Wildlife Service (Service). The Service regularly includes such restrictions in Letters of Authorizations (LOAs) under Section 109(h) and 112(c) of the MMPA[3] for stranded manatees[4], sea otters, and polar bears. The conditions included in the Permit are consistent with conditions included in authorizations issued by the Service, for the same reasons applicable here: such decisions are based on recommendations (or lack thereof) in species' conservation or recovery plans, as developed under the requirements of the MMPA and ESA, respectively. We determined that Study 7 does not currently meet the regulatory issuance criteria for research on depleted marine mammals, and thus, Study 7 including the proposal to allow breeding, could not be authorized at this time.

Below we respond to the specific concerns raised in your letter.

Breeding, Prevention, and Harm
Mystic's permit application stated that the specific purpose of Study 7 (Behavioral and reproduction studies) was "[t]o provide information on breeding, pregnancy, successful birth and calf rearing, and the critical early life stages from belugas in an aquarium setting under controlled conditions that may engage in reproduction as part of their natural behaviors …"[5] The permit application also stated that "[w]hile beluga whale reproduction is not the purpose of the proposed research, breeding is a natural behavior and will be allowed to occur"[6]. In response to public comments, Mystic stated that whales *would not be allowed to breed indiscriminately*, and that "[b]reeding opportunities at Mystic Aquarium occur only pursuant to genetic analysis and input and approval from the Association of Zoos and Aquariums' Marine Mammal Taxon Advisory Group according to accepted population management criteria"[7]. As mentioned above, NMFS determined the proposed Study 7 did not meet the regulatory issuance criteria, and thus, Study 7 could not be approved. Given that Mystic represents that it is capable of preventing "indiscriminate" breeding, it follows that Mystic also has the capability to develop and submit a plan to provide safe and effective contraception or other means to prevent breeding of the five subject beluga whales.

---

[3]And also under the Endangered Species Act.

[4]E.g., USFWS Letter of Authorization for Cooperators issued to Mystic Aquarium for manatee (LOAFC770191-5).

[5]See permit application made available for public comment, p. 11.

[6]See permit application made available for public comment, p. 12.

[7]See *Mystic Responses – Issuance Criteria,* response to Comment 6(b), p. 30; and Recommendation Memorandum, p. 8.

You also express concerns that prevention (of breeding) cannot be guaranteed. As you know, we acknowledged in the Environmental Assessment[8] that no form of contraception is foolproof. But methods to prevent pregnancy can be, and are, in practice, effective in cetaceans (Robeck et al. 2018). As to the possibility of conception occurring between gates, the sliding acrylic gates at your facility can be made watertight with sectional bulkheads, so it appears highly unlikely that conception through those separation gates would be possible. In sum, the possibility that breeding prevention might fail does not negate our requirement that Mystic utilize effective methods to try to prevent breeding.

Finally, you asked for clarification that physical separation and administering contraceptives are forms of take under the MMPA that increase the level of take or risk of adverse impact. Both physical separation and contraceptive use are authorized under the Permit as part of captive maintenance, which includes husbandry, health assessments, medical sampling, and treatments as warranted by the attending veterinarian[9]. The impacts of their use were analyzed in the Environmental Assessment prepared for the Permit[10]. We address each method in turn below.

Physical Separation
Your letter, which refers to "permanent" physical separation, indicates that you may have misconstrued one of our suggestions. We did not say that physical separation for purposes of preventing breeding would necessarily be permanent. The permit decision referred to the use of seasonal, not permanent, separation:

> "Also, because captive beluga whales are seasonal breeders, with periods of peak fertility typically between February and May (Glabicky et al. 2010; O'Brien et al. 2008; Richard et al. 2017; Robeck et al. 2018; Steinman et al. 2012) separating males from females during these seasonal reproductive windows, rather than year-round, may aid in preventing breeding without significant disruption to social groups. As described in the permit application, Mystic has the capability to separate animals into different holding pools."[11]

As to your concerns that your facility cannot accommodate two separate populations due to space limitations, we believe they are unfounded. We consulted with the U.S. Department of Agriculture (USDA), Animal and Plant Health Inspection Service (APHIS) regarding the available space in the beluga whale habitat at your facility. APHIS determined that Mystic Aquarium's beluga whale habitat, including holding pools, could indeed accommodate two separate populations in compliance with the Animal Welfare Act (AWA) and its implementing regulations.

In addition to the larger rectangular pool, which meets space requirements as a primary enclosure for at least eight beluga whales, the circular 40-foot diameter holding pool meets space

---

[8]See Section 3.2.3.1 *Direct Impacts of Alternative 2*, p. 37.

[9]See Appendix 1, Table 1 of the Permit.

[10]See footnote 9.

[11]See Recommendation Memorandum, p. 13.

requirements as a primary enclosure for up to five beluga whales. The medical pool meets space requirements as a primary enclosure for one to two beluga whales. As described in the permit application[12], these pools are connected via "a series of three sliding acrylic gates that can be open or closed as desired for animal management. An additional sliding acrylic gate connects the holding pool to the medical pool for animal management." APHIS has confirmed that two of the three pools could be used for long-term holding of the allowable number of animals at any given time while still maintaining compliance with 9 C.F.R. Section 3.110(b), which requires that holding facilities must be in place and available to meet the needs for isolation, separation, medical treatment and medical training for marine mammals. This would allow you to separate the males from the females during the breeding season or longer, if warranted, while maintaining an additional pool for isolation, separation, medical treatment and medical training.

While it is possible that housing two males together[13] during the breeding season could lead to behavioral aggression, male-male interactions in beluga whales is important in beluga socialization, appearing early in the juvenile years and solidifying as the males age (Glabicky et al. 2010; Hill et al. 2018; Hill et al. 2015; Hill and Nollens 2019; Mazikowski et al. 2018). Thus, housing males together may serve as a positive interaction that could foster stronger relationships in adult beluga whales (Lilley et al. 2020). However, as stated above, the medical pool and circular holding pool would be available to temporarily separate animals. Based on Mystic's expertise, facilities, and resources, as well as the social nature of beluga whales, we believe such behavioral management is possible and should be considered either with or without limited, strategic contraception.

In the event the males are permanently non-compatible or the resident male, which is not owned by Mystic, is transferred out of the population, Mystic could temporarily separate the lone male from the females during the breeding season, and if required, seek a variance from APHIS for such separation. During temporary separation, external stimulation, such as increased interactions with trainers and additional environmental enrichment, can be used to compensate for solitary holding (e.g., Goldblatt 1993).

Finally, you expressed concern about "increasing reports" of a "higher prevalence of uterine pathology in non-contracepted females of many species that do not reproduce regularly suggesting that separation may not be a safe alternative to contraception or allowing reproduction to occur." The studies you provided pertain to terrestrial mammals, and we are unaware of such cases in marine mammals. Furthermore, even if non-contracepted beluga females who do not reproduce regularly were to experience a higher prevalence of uterine pathologies, it is unclear that such uterine pathologies would disproportionately risk female beluga health when compared to health risks from pregnancy, birthing, and associated events.

---

[12]See permit application made available for public comment, p. 65.

[13]E.g., SeaWorld of Florida's beluga whale population consists of only two adult males (NOA0006414 and NOA0006410).

Contraception

As with our suggestions about physical separation, we did not mean to imply that contraceptive use would be full-time or permanent. In our decision documents[14] we stated:

> "Contraceptive use in cetaceans is relatively safe, effective, widely obtainable, easy to administer, and has been used extensively over the last two decades to synchronize estrus and prevent pregnancy in female cetaceans (Robeck et al. 2018). For seasonally breeding species, such as beluga whales, contraception can be achieved through limited intervention at the onset of, or during, the reproductive season; strategic administration can minimize adverse effects associated with contraceptive use (Calle 2005). Less is known of male contraceptives, but GnRH (gonadotropin releasing hormone) agonists have been used to manage fertility and aggression in males (Robeck et al. 2018)."

According to Asa (2019), progestin-based contraceptive methods have been shown to be safe and effective in most species for decades; this includes cetaceans (Robeck et al. 2018). A common concern in facilities housing marine mammals is the control of fertility in a captive setting (O'Brien and Robeck 2010; Robeck et al. 2001) and that part of fulfilling AZA breeding recommendations entails not only the production of offspring, but also preventing reproduction among those that have not received a breeding recommendation, which may not occur for many years (Asa 2019). Thus, contraception is an important tool for the population management of species in zoos and aquariums and is used both to prevent and enhance breeding (Asa and Porton 2005; O'Brien et al. 2008; Robeck et al. 2018; Robeck et al. 2010; Robeck et al. 2007). For example, for more than twenty years the AZA-recommended synthetic progestin Altrenogest (Regu-mate®) has been the primary contraceptive for breeding management of captive cetaceans, including beluga whales (O'Brien et al. 2008; Robeck et al. 2018; Robeck et al. 2004; Robeck et al. 2010; Robeck et al. 2007). It is the responsibility of the subject facility to ensure compliance with all applicable laws and regulations when conducting population management or enhancing reproduction through the use of contraceptives. Again, we are confident that Mystic's expertise, facilities and resources will allow it to develop an acceptable plan to prevent breeding in order to comply with the permit condition.

Law and Ethics

The policy established by the American Veterinary Medical Association on preventing breeding (and prohibiting transport) of animals in zoos and aquariums is not applicable to the Permit, which was issued pursuant to the MMPA and its implementing regulations.

Conclusion

Condition III.B.6.e of the Permit requires Mystic Aquarium to "submit a plan to provide safe and effective contraception *or other means* [emphasis added] to prevent breeding of the five subject beluga whales." We hope this letter clarifies that we did not present a binary choice of full-time contraceptive use or full-time physical separation. We firmly believe that Mystic has the capability to prevent breeding and can do so in accordance with all applicable laws.

---

[14]See Recommendation Memorandum, p. 13; and Environmental Assessment, p. 37.

If Mystic Aquarium still does not believe it will be able to successfully carry out the permitted research and comply with Condition III.B.6.e of the Permit with the use of physical separation and/or contraceptives, we are open to considering "other means" such as potentially establishing a single-sex (i.e., all-female) collection of beluga whales at Mystic Aquarium for the purposes of scientific research. This would require transporting the resident male at Mystic (Juno; NOA0006368) to another facility and replacing the male to be imported (Frankie; NOA0010674) with another female from Marineland of Canada. We discussed this scenario with APHIS to confirm that it is acceptable under the AWA. If this option is something you have considered, or would like to consider, we would be happy to provide additional guidance.

Thank you again for seeking our assistance. We appreciate your continued commitment to the research and conservation of marine protected species, including efforts aiding the recovery of endangered and depleted beluga whales.

Sincerely,

WIETING.DONN
A.S.1365710607

Digitally signed by
WIETING.DONNA.S.1365710607
Date: 2020.11.13 12:13:47
-05'00'

Donna S. Wieting
Director, Office of Protected
Resources

Enclosure

cc: Barbara Kohn, DVM (APHIS)
Anna Barry (USFWS)
Peter Thomas, Ph.D. (MMC)

References

Asa, C. 2019. Changes in reproductive management. In: R. E. Miller, N. Lamberski, and P. Calle (Eds.), *Fowler's Zoo and Wild Animal Medicine, Vol. 9* (pp. 168-176). Elsevier Press.

Asa, C. S., and Porton, I. J. 2005. *Wildlife contraception: Issues, methods, and applications*. Johns Hopkins University Press.

Calle, P. 2005. Contraception in pinnipeds and ceteaceans. In: C. S. Asa and I. J. Porton (Eds.), *Wildlife contraception: Issues, methods, and applications* (pp. 168-176). Johns Hopkins University Press.

Glabicky, N., DuBrava, A., and Noonan, M. 2010. Social–sexual behavior seasonality in captive beluga whales (*Delphinapterus leucas*). *Polar Biology*, 33(8): 1145-1147.

Goldblatt, A. (1993). Behavioural needs of captive marine mammals. *Aquatic Mammals*, 19: 149-149.

Hill, H. M., de Oliveira Silva-Gruber, D. G., and Noonan, M. 2018. Sex-specific social affiliation in captive beluga whales (*Delphinapterus leucas*). *Aquatic Mammals*, 44(3): 250-255.

Hill, H., Dietrich, S., Yeater, D., McKinnon, M., Miller, M., Aibel, S., & Dove, A. (2015). Developing an ethogram of sexual and socio-sexual behaviors of beluga whales in the care of humans. *Animal Behavior and Cognition*, 2(2), 105-123.

Hill, H. M., and Nollens, H. 2019. Providing belugas (*Delphinapterus leucas*) in controlled environments opportunities to thrive: Health, self-maintenance, species-specific behavior, and choice and control. *Frontiers in Psychology*, 10: 1776.

Lilley, M. K., Ham, J. R., and Hill, H. M. 2020. The development of socio-sexual behavior in belugas (*Delphinapterus leucas*) under human care. *Behavioural Processes*, 171: 104025. doi: 10.1016/j.beproc.2019.104025.

Mazikowski, L., Hill, H. M., and Noonan, M. 2018. Young belugas (*Delphinapterus leucas*) exhibit sex-specific social affiliations. *Aquatic Mammals*, 44(5): 500-505.

O'Brien, J. K., & Robeck, T. R. (2010). The value of ex situ cetacean populations in understanding reproductive physiology and developing assisted reproductive technology for ex situ and in situ species management and conservation efforts. *International Journal of Comparative Psychology*, 23(3): 227-248.

O'Brien, J. K., Steinman, K. J., Schmitt, T., and Robeck, T. R. 2008. Semen collection, characterization and artificial insemination in the beluga (*Delphinapterus leucas*) using liquid-stored spermatozoa. *Reproduction, Fertility and Development*, 20(7): 770-783.

Richard, J. T., Robeck, T. R., Osborn, S. D., Naples, L., McDermott, A., LaForge, R., Romano, T. R. and Sartini, B. L. 2017. Testosterone and progesterone concentrations in blow samples are biologically relevant in belugas (*Delphinapterus leucas*). *General and Comparative Endocrinology*, 246: 183-193.

Robeck, T. R., Atkinson, S., and Brook, F. 2001. Reproduction. In: L. A. Dierauf and F.M. Gulland (Eds.), *CRC Handbook of Marine Mammal Medicine, 2nd Edition* (pp. 169-207). CRC Press.

Robeck, T., O'Brien, J., and Atkinson, S. 2018. Reproduction. In: F.M. Gulland, L. A. Dierauf, and K. L. Whitman (Eds.), *CRC Handbook of Marine Mammal Medicine, 3rd Edition* (pp. 169-207). CRC Press.

Robeck, T. R., Steinman, K. J., Gearhart, S., Reidarson, T. R., McBain, J. F., and Monfort, S. L. 2004. Reproductive physiology and development of artificial insemination technology in killer whales (Orcinus orca). *Biology of Reproduction*, 71(2): 650-660.

Robeck, T. R., Steinman, K. J., Montano, G. A., Katsumata, E., Osborn, S., Dalton, L., Dunn, J. L., Schmitt, T, Reidarson, T., and O'Brien, J. K. 2010. Deep intra-uterine artificial inseminations using cryopreserved spermatozoa in beluga (*Delphinapterus leucas*). *Theriogenology*, 74(6), 989-1001.

Robeck, T. R., Steinman, K. J., and O'Brien, J. K. 2007. Understanding reproductive physiology and development of assisted reproductive technology (ART) in beluga, *Delphinapterus leucas*: contributions of captive and wild research. In 1st International Workshop on Beluga Whale Research, Husbandry and Management in Wild and Captive Environments, Valencia, Spain. pp 7–8.

Steinman, K. J., O'Brien, J. K., Monfort, S. L., & Robeck, T. R. 2012. Characterization of the estrous cycle in female beluga (*Delphinapterus leucas*) using urinary endocrine monitoring and transabdominal ultrasound: evidence of facultative induced ovulation. *General and Comparative Endocrinology*, 175(3): 389-397.

020190-P



55 Coogan Boulevard
Mystic, CT 06355
P 860 572 5955 x313
F 860 572 8683
W mysticaquarium.org

OFFICE OF THE PRESIDENT

November 24, 2020

Ms. Donna Wieting
Director
Office of Protected Resources
National Marine Fisheries Service
National Ocean and Atmospheric Administration
Via electronic mail: donna.wieting@noaa.gov

Dear Ms. Wieting:

Thank you for clarifying and amplifying Condition III.B.6.e in Marine Mammal Protection Act (MMPA) Permit No. 22629. On this basis we can comply with the condition and submit the following plan "to provide safe and effective contraception or other means to prevent breeding of the five subject beluga whales." This letter formally presents Mystic Aquarium's plan to prevent breeding by and among the five subject animals.

We continue to have questions and concerns regarding the policy rationale and implications of various aspects of the Condition. However, your clarifications and acknowledgements of the constraints imposed on us point to a clear path to compliance with the condition, even while uncertainties about its purpose remain.

With your acknowledgment that it is the responsibility of the licensee to comply with the Animal Welfare Act while at the same time adhering to the conditions of the Permit under MMPA, we will continue to direct our attending veterinarians to always act in the best interest of the health and well-being of individual animals.

As stated in our Permit Application, Mystic Aquarium adheres to the highest standards of veterinary practice and animal husbandry. This commitment has raised our practices for animal wellbeing and care above the minimums required by law and to the higher level necessary to maintain accreditations with the Association of Zoos and Aquariums, Association of Marine Mammal Parks and Aquariums, and American Humane. This commitment – which extends from the purposes of the MMPA, Animal Welfare Act, Animal Medicinal Drug Use and Clarification Act, and State Veterinary Practice Act and other laws governing veterinary medicine in the State of Connecticut – requires us to carry out Condition III.B.6.e within all legal and practical methods available to us, according to federal and state law, with the attending veterinarian, as stipulated under federal law, reserving the right to final judgment with regard to the best care of any one animal at any time with regard to their health and safety.

The mission of Mystic Aquarium is to inspire people to care for and
protect our ocean planet through conservation, education and research.

020195-P

As our application amply demonstrates, and as NMFS has acknowledged, our scientific program is also defined by rigorous standards. Accordingly, to complete the permitted research and publish reliable results as required by MMPA requires that our compliance with the permit condition not interfere with the approved studies.

Under these commitments and with our new understanding that compliance does not require full-time contraceptive use or full-time physical separation, we propose a breeding prevention plan based on seasonal physical separation.

Respecting our mutual agreement that the social nature of beluga whales allows them to thrive in group settings, we will limit separation to peak reproductive readiness of female belugas in the population as determined by ultrasound analyses explained further below. Mystic Aquarium agrees to secure the acrylic gates throughout the separate tanks in the beluga habitat to prevent breeding amongst separated animals.

Veterinarians will conduct biannual physicals on the animals and utilize ultrasound to monitor follicular growth in females of reproductive age during the breeding season. Once a follicle approaches ovulatory size, male and female belugas will be physically separated until the observed follicle ovulates or resorbs, at which point they will rejoin the social group. Detailed health records and reports from physical examinations and ultrasound monitoring shall be kept in the Mystic Aquarium zoological care database.

Should the need arise to supplement this plan with contraceptives, we will do so on a seasonal basis to the extent that use is deemed by the attending veterinarian to be legal, ethical, consistent with best practices for care and research methods, and in the best interest of any animal. Further, Mystic Aquarium will log all contraceptive use and continue to consult other specialists experienced in beluga whale reproductive husbandry.

Mystic Aquarium shall establish a Beluga Health Committee reporting to the Institutional Animal Care and Use Committee. The Beluga Health Committee shall review, annually by January 1st of every year, the breeding prevention plan in place for the five beluga whales referenced in the permit, and, incorporating the latest scientific literature and developments in law with regard to this issue, make recommendations to the Institutional Animal Care and Use Committee for the prevention of breeding. The Beluga Health Committee shall consist of at least two marine mammal veterinarians board certified by the American College of Zoological Medicine, one representative of the general public, and shall be chaired by a member of the Institutional Animal Care and Use Committee.

Standard operating procedures regarding prevention of breeding shall be overseen and monitored continuously by the attending veterinarian. Staff will be sufficiently trained to assist in the breeding prevention plan and animal care supervisors shall be trained and authorized to take appropriate steps to prevent breeding in the case of an emergency until a veterinarian arrives. In all cases veterinary and animal care decisions shall be based on informed opinions and expertise of veterinarians practicing marine mammal medicine.

SEA RESEARCH FOUNDATION IS DEDICATED TO CONSERVATION. PRINTED ON RECYCLED PAPER

Mystic Aquarium agrees to maintain accreditation by the Association of Zoos and Aquariums (AZA) and to adhere to standards for Cetacean Care and Welfare set by the AZA. Mystic Aquarium also agrees to maintain accreditation by the Alliance of Marine Mammal Parks and Aquariums regarding standards of care for cetaceans. Mystic Aquarium's required annual reports to NOAA NMFS will detail (1) medical condition of the beluga whales; (2) learnings from and effectiveness of breeding prevention (3) research progress and findings related to the beluga whales.

We are grateful for the guidance provided by you and NMSF on the Permit Condition. We submit this plan with renewed commitment to the importance of bringing this cohort of beluga whales to Mystic Aquarium for advancement of conservation and research.

Sincerely,

Stephen M. Coan, PhD
President and CEO

SEA RESEARCH FOUNDATION IS DEDICATED TO CONSERVATION. PRINTED ON RECYCLED PAPER



**Amy Sloan - NOAA Federal <amy.sloan@noaa.gov>**

---

# Fwd: Permit #22629 Update from Mystic Aquarium
1 message

---

**Donna Wieting - NOAA Federal** <donna.wieting@noaa.gov>                     Thu, Jan 14, 2021 at 9:29 AM
To: Amy Sloan - NOAA Federal <amy.sloan@noaa.gov>

Does this change anything for us?

*Donna Wieting*
*Director,  Office of Protected Resources*
*301-427-8400 (office)  301-233-3634 (cell)*


---------- Forwarded message ---------
From: **Steve Coan** <scoan@mysticaquarium.org>
Date: Wed, Jan 13, 2021 at 4:53 PM
Subject: Permit #22629 Update from Mystic Aquarium
To: Donna Wieting - NOAA Federal <donna.wieting@noaa.gov>


Dear Donna:


Once again, I want to express our deep appreciation to you and your staff for all of your work leading up to the issuance
of Permit #22629.


In keeping with our past practice of informing you regarding details of operations associated with this permit, I am writing
to advise you that Mystic Aquarium and Georgia Aquarium have terminated the financial agreement associated with this
permit.  Mystic Aquarium has obtained funding from a donor to acquire, transport and care for the five beluga whales
specified in the permit.


Georgia Aquarium remains committed to supporting Mystic Aquarium's efforts in beluga whale research and conservation
as previously agreed, and remains ready to provide assistance with animal care as needed by Mystic Aquarium.


Please extend my deep appreciation to your team.  Many thanks.


Steve


*Stephen M. Coan, PhD*

020251-P

*President and CEO*

*Mystic Aquarium*

*55 Coogan Boulevard*

*Mystic, Connecticut 06355*

*Office: 860-572-5955 x313*

*Cell:  860-625-2101*

*Email:  scoan@mysticaquarium.org*





DATE:      23 June 2020
TO:        International Marine Mammal Project/Earth Island Institute
FROM:      Bob Whelan
SUBJECT:   FINANCIAL FRAGILITY OF THE MYSTIC AQUARIUM

Is importing beluga whales for a scientific research and public display program, including the likelihood of breeding, a financially prudent action for the Mystic Aquarium considering its recent financial difficulties and the problems presented by the COVID-19 pandemic?

To obtain a permit to import marine mammals, an applicant must prove that it has the resources to carry out the proposed activities and care for and maintain the animals. In the case of the Mystic Aquarium proposal to import five beluga whales, the financial capability of the applicant to do so at the time of its application in October 2019 was seriously at question. Since that time, Mystic's ability to meet any reasonable test of financial prudence for such a program has been called even more into question as a result of the COVID-19 pandemic.

There is no information in support of the application that has been made been public by Mystic or the reviewing agency, the National Marine Fisheries Service (NMFS), that shows how the Aquarium would be able to support the proposed research and public display of these animals under the current circumstances.

Even a cursory review of financial information about Mystic, and its apparent partner the Georgia Aquarium, shows that, in fact, the financial wherewithal to sustain the proposed activities involving five additional whales (not to mention the possibility of calves being born) does not appear to exist. On Page 16 of its Application, Mystic Aquarium cites their need to partner with the Georgia Aquarium so to stay in compliance with their lending institution:

> In the spirit of shared mission, Georgia Aquarium has pledged support of beluga research being conducted at Mystic Aquarium as they have done in the past with various aspects of the program. Mystic Aquarium does not have the resources to fund this initiative alone and, in compliance with our lending institution, must engage in a lease in lieu of a loan agreement. In this, a lease scenario, Georgia will own three of the belugas. Mystic Aquarium will own two of the belugas. Georgia Aquarium-owned belugas will be on loan to Mystic Aquarium for the duration of this permit such that all belugas would be housed under care at Mystic Aquarium for research purposes for the duration of the project and beyond. The only exception to this would be if relocation is necessary for the best interest of an individual beluga or the US beluga population for social, health, or welfare purposes; therefore, in this case, care would shift for that individual at Georgia Aquarium and the research would continue at Georgia Aquarium.

020258-P

Our analysis of Mystic Aquarium's financial history, which follows, identifies three separate occasion since 2007 when the Aquarium had to restructure its long-term debt. There is clearly no basis in the publicly available record for NMFS to conclude that resources to support the permit are available to the applicant.

Even prior to the pandemic, Mystic was on shaky financial ground for maintaining its existing collections of animals, including the beluga whales currently at the facility.

Between 1997 and 1999, Mystic Aquarium underwent a major renovation and expansion. The Connecticut Development Authority issued bonds to help fund the program. Fifty-two million was spent on the expansion and on promoting it. Attendance spiked initially, but then fell back to equal or only slightly ahead of where attendance was before the expansion.[1]

The financial condition of the Aquarium grew steadily more precarious. In 2007, the Connecticut Development Authority stepped in, as part of a restructuring. They issued bonds to refund bonds sold in 1997. Lead lender, Citibank, consolidated the debt as part of a refinancing package for the Aquarium.[2]

Conditions continued deteriorating. In 2009, the Sea Research Foundation Inc., which runs the Aquarium, "failed to make monthly payments to a debt-service fund on $22.7 million of bonds during the first half of the year due to 'financial difficulties' according to a material event notice." This once again led to restructuring negotiations.[3]

Matters did not materially improve. In 2011, the Aquarium reported that it was struggling paying its bills and was concerned "about the possibility of not meeting payroll."[4] A final settlement was reached with the principal lender, Citibank, that reduced the Foundation's outstanding debt to $19 million from $34 million.[5]

Historically, Mystic Aquarium has turned to the State for money. In 2012, a senior vice president for the Mystic Aquarium said, "state funding had once been in the $1 million range but has dwindled in recent years." That year, due to a state budget shortfall, the Governor reduced aquarium funding.[6]

---

[1] Nagy, B. "Attraction casts a wide net; Mystic Aquarium struggles to build attendance to match expansion." Harford Courant. November 26, 2001.

[2] Cronin, A. "Mystic Aquarium retools its debts." The Day. May 9, 2007.

[3] Phillips, T. "Connecticut Aquarium Foundation skips debt-service fund payments." The Bond Buyer. August 26, 2009.

[4] Wojtas, J. "Mystic Aquarium sails into calmer waters." The Day. January 5, 2011.

[5] "Final settlement reached in Sea Research Foundation debt reduction." Plus NEWS. January 7, 2011.

[6] Howard, L. "Arts and culture will have to compete for state financial support." The Day. February 9, 2012.

In 2016, Mystic Aquarium posted their 2020 strategic plan, which cites ongoing financial pressures from both rising costs and challenges getting funding:[7]

> The organization faces unprecedented financial pressure to upgrade facilities and infrastructure while increasing operational revenues. Seasonality has been one of the biggest challenges for attendance growth, while the complexity of programs has not always optimized the use of resources or the articulation of our overall mission.

> Mystic Aquarium faces increasing threats related to security and safety. In many ways, aging infrastructure and systems present immediate financial threats. We are also faced with threats related to the long-term survival of some of our key collection species, especially Steller sea lions and beluga whales, as the population under human care declines and the avenues for importation and breeding are limited or non-existent. Finding investment and ongoing funding for mission related activities in research and conservation also threatens our ability to excel in these endeavors.

In 2016, they and another aquarium, fought a budget proposal that would cut state support noting that the "proposal before the Committee puts our organizations in jeopardy as a result of the uncertainty of funding."[8]

In March 2019, Mystic grew so frustrated with "years of flagging state support" that they launched their own marketing campaign with about $300,000 of their own money.[9]

The most current seven years of program service revenues, 75 percent of which come from admissions and sales of goods & services, have not markedly improved, as reported by the IRS. Program service revenues in 2018 were $15,968,975. They were $15,957,983 in 2012. When adjusted for inflation to 2012 dollars, program service revenues declined 8.5 percent from 2012 to 2018.

Importantly, contrary to their hopes expressed in their strategic plan, the Aquarium's operational revenues have fallen since that plan was written in 2016 , as shown in Figure 1.

---

[7] "The 2020 Strategic Plan." Mystic Aquarium. Updated January 2016. Downloaded June 23, 2020 from https://www.mysticaquarium.org/wp-content/uploads/2017/02/Stategic-Plan-Jan-2016.pdf

[8] "Testimony Before the Appropriations Committee of the Connecticut State Legislature. H.B. No. 5044." February 10, 2016.

[9] Hallenbeck, B. "Mystic tourism anchors dig into their own pockets." The Day. March 6, 2019.

020260-P

**Figure 1: Sea Research Foundation Program Service Revenue, 2012 - 2018, IRS Forms 990**



*Sources: Sea Research Foundation IRS forms 990, 2016 and 2018*

Mystic's difficult financial situation prior to the pandemic has now become especially dire. Attendance figures are not routinely published by the Mystic Aquarium, however, they estimated that about 800,000 people visited in 2019. The emergence of COVID-19 makes a decline in 2020 all but certain. They closed on March 16, 2020 because of the COVID-19 pandemic.[10]

Connecticut has the third highest COVID-19 death rate in the nation (1,196 deaths per million population as of June 22, 2020). Aggressive action by the State enforcing social distancing, including closing businesses like Mystic Aquarium, helped the State turn the corner, so far.

Mystic Aquarium reopened in stages since starting with outdoor exhibits on May 22nd. On June 20, they reopened their indoor exhibits, but now require advance ticket purchase, reservations, and limit attendance to 50 percent of capacity. Expecting fewer visitors than normal, the aquarium laid off 30 employees before the reopening. Among those laid off was Autumn Hanscom, the aquarium's grants manager Hanscom said *via* Facebook, "Things must be worse than expected. My guess is they're not doing grant-funded programs anymore."[11]

---

[10] Lambert, B., "Mystic Aquarium closes due to coronavirus." The New Haven Register. March 16, 2020.

[11] Hallenbeck, B. "Mystic Aquarium lays off 30 employees on eve of opening." The Day. June 19, 2020.

Other aquariums have had to close and then reopen in stages, but at lower capacities, including the Florida Aquarium, Georgia Aquarium, and Monterey Bay Aquarium. The latter reduced its workforce by 38 percent to conserve enough money to continue proper care for its animals. Other major aquariums remain closed (as of June 22) including the Oregon Coast Aquarium, the Shedd Aquarium in Chicago, the New England Aquarium, the Audubon Aquarium of the Americas in New Orleans, and the National Aquarium in Baltimore.[12]

The National Aquarium "lost more than $8 million and furloughed on-third of its staff since closing in March, because of the coronavirus pandemic." It is "one of 200 major U. S. zoos and aquariums that "have suffered huge losses amid shutdowns to combat the spread of the novel coronavirus."[13]

The Georgia Aquarium is also struggling with fewer tourists.[14] They recently reopened, but with strict limits on numbers of visitors and other policies to safeguard the health of visitors and employees.[15]

COVID-19 is already taking a financial toll on the Mystic Aquarium. In May, the Aquarium, said the pandemic was having a major impact on its finances, thus, they are again seeking help from the State.  But the future course of COVID-19 is unknown. Many experts are expecting  a second wave and the CDC believes it may be deadlier than the first.[16] Should that happen, the Aquarium's financial condition will further deteriorate.

---

[12] Rogers, P. "Monterey Bay Aquarium announces reopening date." The Mercury News. June 22, 2020.

[13] Brulliard, K. and Oldham, J. "Zoos are hemorrhaging money, hurting endangers species work." The Washington Post. June 23, 2020.

[14] Kanell, M. "Economic impacts; Virus shakes Atlanta's economy." The Atlanta Journal-Constitution. March 13, 2020.

[15] Oliviero, H. "Around Georgia A Recap: As movement increases in Georgia, so do COVID-19 cases." The Atlanta Journal-Constitution. June 21, 2020. Page 15A.

[16] International Business Times News. "Coronavirus US Death Toll Hits 45,226;CDC Warns Second Wave of COVID-19 Will Be Deadlier." April 22, 2020.

This year, the leading newspaper in Southeast Connecticut, reported that 16 state legislators asked Connecticut Governor Ned Lamont for at least $5 million in state funding so the Mystic Aquarium can remain in operation.[17] When asked by the reporter if the Aquarium will have to close if it does not receive funding, aquarium spokeswoman Dale Wolbrink said they have "every intention of continuing operation," but added:

> "Many cultural institutions and businesses are struggling right now as a result of COVID-19. What makes the Aquarium situation unique is the fact that we have living animals that require around the clock care every day of the week. Many of these animals are federally protected, endangered species. So we cannot just turn off the lights and shut down. The cost of continuing the operation without revenue is extraordinary and we do not have unlimited reserves. Certainly the loss of the SBA loan, which would basically assure two to three months of operations was a real blow," she said.

> Asked if the funding shortfall was solely the result of the impact of the COVID-19 pandemic or if it worsened a preexisting financial problem, Wolbrink said the aquarium had an "outstanding year in 2019 and a strong start to 2020."

> "We would not be having this conversation if there was not a pandemic. This is the first time in our history that we have closed down like this for an extended period of time," she said. The aquarium is a nonprofit, mission-driven organization. "Our financial model is not unlike many colleges or universities — we depend on gate revenue to fund that mission, just as many colleges and universities depend upon tuition. April is a key month for generating revenue and, of course, we were closed down."

Looking forward, state aid likely will be much harder to procure because COVID-19 is crushing the Connecticut's budget. They could lose "more than $6.5 billion in state revenues next fiscal year," which in percentage terms will place Connecticut 10th worse of all states.[18]

By adding any program involving live animals -- especially for an asserted scientific program -- which need expensive care and research, whether people are buying admissions or not, in what may well be looked back upon as the start of a protracted economic downturn is imprudent. The aquarium cannot rely on the State as a safe, reliable back-up source of funding.

Indeed, some legislators in Connecticut would like to stop the Aquarium's research on beluga whales and had introduced legislation (which did not advance) in March 2020 to do just that.[19]

---

[17] Wojtas, J. The Day, "UPDATED: Legislators ask state for $5 million so Mystic Aquarium can 'remain in operation'." May 20, 2020.

[18] Pheneuf, K. The Hartford Courant. "State may lose $6.5B in tax revenue. New analysis reveals depth of damage caused by pandemic." June 20, 2020. Pg. 3.

[19] Wojtas, J. The Day, "Mystic Aquarium says proposed bill would end beluga research." March 4, 2020.

Without substantial new funding from the State, Mystic Aquarium will have to find new sources and manage its finances properly. Their track record has not been very successful or encouraging, as in recent years the Aquarium "had faced serious financial problems" requiring major restructurings just to stay afloat.[20]

**In conclusion, present financial circumstances and the challenges facing the Mystic Aquarium clearly make it imprudent for the aquarium to undertake a major new program at this time.** The pandemic has financially weakened the Mystic Aquarium to a point at which it had to seek relief from the State. The pandemic is causing a dramatic shortfall in the Connecticut budget. Further State support is less probable. The CDC believes that the epidemic may well continue into the winter with a second wave of infections and deaths. Should that happen, the Aquarium's finances will worsen.

The most recent financial statement for the aquarium shows that they had $12,717,319 in third party debt on their books and an endowment balance of only $186,549.[21] With operating revenues declining, their track record of renegotiating debt on at least three occasions in the last 20 years, the chances of a protracted pandemic hurting attendance, and the weakened financial position of the Connecticut government, the Aquarium is ill-suited to take on the risks of beluga whale scientific research and public display program that could very well result in the birth of additional whales, further increasing the already unexplained financial stress on the Aquarium. In these circumstances, the Mystic Aquarium should be required to offer a thorough explanation of how it will provide the resources to fund the program it has proposed in its permit application.

---

[20] Wojtas, J. "Mystic Aquarium buoyant over attendance increase." The Day. July 17, 2012.

[21] Sea Research Foundation. "2018 Form 990." Internal Revenue Service.



September 25, 2020

Donna Wieting
Director
Office of Protected Resources
National Marine Fisheries Service
National Oceanic and Atmospheric Administration
Via Email: donna.wieting@noaa.gov

Dear Ms. Wieting:

In preparing to submit a plan to prevent reproduction among imported whales as required by condition III.B.6.e of Permit 22629, we have found the quality of the scientific information provided to be unhelpful and contradictory to our attempts to comply. We believe we understand how the condition is intended to support NMFS policy, but the supporting information disseminated for the condition is at odds with science, professional expertise, ethics, and legal requirements.

Facing these difficulties, we are not yet able to submit a plan and obtain the additional authorization to proceed with importing the whales. We hope that an administrative correction of the information provided will resolve the problem and seek a discussion with you to resolve this matter.

The relevant details from our initial attempts to comply follow. These are preliminary as we continue to work and pending consultation with you.

**Citation:** The information reviewed includes:

Permit to Import and Take Protected Species for Scientific Purposes, Permit No. 22629, 27 Aug 2020.

The recommendation memorandum "Report on the Application for a Scientific Research Permit [File No. 22629]: Recommendation for Issuance" (Harrison, 27 August 2020).

Environmental Assessment, "Issuance of Marine Mammal Protection Act Scientific Research Permit to Mystic Aquarium for the Importation and Take of Captive Beluga Whales (Delphinapterus leucas)", August 2020.

Page | 1

The mission of Mystic Aquarium is to inspire people to care for and protect our ocean planet through conservation, education and research.

020267-P

Finding of No Significant Impact for Issuance of Scientific Research Permit to Mystic Aquarium for the Importation and Take of Captive Beluga Whales (Delphinapterus leucas), 27 Aug 2020.

National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce. Notice; issuance of permit. (85 FR 56219, 11 Sep 2020).

We also refer to:

> Animal Welfare Act (AWA - 7 U.S.C. 2131)
>
> Animal Medicinal Drug Use Clarification Act (AMDUCA - Pub. L. 103-396, 108 Stat. 4153)

**Effect on Mystic Aquarium**: Acting on the information provided, Mystic Aquarium would be required to disregard science, professional expertise, and law in attempting to comply with permit condition III.B.6.e, which states:

*This permit does not authorize breeding of the five subject beluga whales. Prior to importation, the Permit Holder must submit a plan to provide safe and effective contraception or other means to prevent breeding of the five subject beluga whales, for approval by the Office Director. Any contraceptive plan must be developed in consultation with the licensed attending veterinarian(s) and other specialists experienced in beluga whale reproductive husbandry.*

**Summary of Needs for Administrative Correction**:

The information is not useful to us in complying with the III.B.6.e requirement to submit a plan to prevent reproduction, which is required to obtain an additional authorization to proceed with importing the whales. The documents assert we can comply either by physically separating the whales or using contraceptives. The representation in the Recommendation Memo (pp. 9, 13) that because "Mystic acknowledged in their application ... that physical separation was possible in their facility" therefore "Physical separation (e.g., isolating males and females into discrete social groupings) is an alternative to use of contraceptives" is taken out of context and inconsistent with a complete understanding about the facilities at Mystic. The representation of contraception as "relatively safe, effective, widely obtainable, easy to administer, and ... used extensively" (EA, p. 37) is contrary to veterinary practice and expert opinion, including that of specialists experienced in beluga whale reproductive husbandry cited by NMFS.

The information is subject to misuse. The availability of this information to the public confuses issues raised during the public comment period and may lead to misrepresentations in the courts, where a lawsuit has already been filed and where more may follow. Any resulting delay or court action based on unfounded information

Page | 2

SEA RESEARCH FOUNDATION IS DEDIC⬤⬤⬤⬤VATION. PRINTED ON RECYCLED PAPER

020268-P

will impede Mystic's ability to exercise the rights and responsibilities conveyed by the permit per 16 U.S.C. 1374(c)(2)(C).

The information is inaccurate and unreliable. Subject matter experts cited as sources for the information, as well as our own licensed veterinarians, dispute its accuracy and reliability. The characterization of contraception as "safe, effective, etc." is at odds with actual practice and the requirements of the Animal Welfare Act (AWA) and the Animal Medicinal Drug Use Clarification Act (AMDUCA), making it an unreliable guide to us in attempting to comply.

**Supplementary Details:**

1) "Breeding", "Prevention", and harm: The most basic clarifications we seek are that: (1) Mystic has represented in its application and publicly that it will take no action to induce reproduction; therefore, at issue here is the "prevention of reproduction" not that of purposeful "breeding"; (2) prevention cannot be guaranteed, as NMFS notes regarding bottlenose dolphins and killer whales on contraceptives (EA p. 37) and as cases of conception through separation gates have shown; and, (3) physically separating whales and administering contraceptives are both forms of take under MMPA that increases the level of take or risk of adverse impact.

2) Permanent Physical Separation

   a) NMFS represented that "Mystic Aquarium has the capability to separate animals into different holding pools" (Recommendation Memo, p. 13). This general statement is taken out of the context of husbandry or medical needs under the direction of the attending veterinarian and fails to acknowledge the design features of the facility and its consistency with AWA regulations for holding facilities.
   - The Mystic Aquarium facility is configured to manage a single population of animals among a main pool, a medium-sized holding pool, and a small medical pool. In routine operations, all pools are open to the belugas for most of the time to allow for choice and voluntary separation as required for optimal animal welfare. For husbandry training for voluntary participation in veterinary procedures, the holding pool can be separated from the main pool with a gate. For medical treatments, whales can be moved to the medical pool, which also can be gated, which minimizes stress when health is monitored or during periods of illness.
   - The Mystic Aquarium beluga habitat cannot accommodate 2 separate populations as would be required to separate males and females to prevent reproduction. The holding pool, while ideal for holding animals outside the main habitat for short periods (e.g. to manage dives, or short term social or medical issues), does not provide a suitable environment for long-term holding of belugas, as it does not allow visual or physical separation of

Page | 3

inhabitants (see below). The medical pool is noncompliant for animal holding under AWA and is utilized only under directives from the attending veterinarian for medical management, as authorized under 9 CFR 3.104(a). That same authority may be used to extend the time that whales are confined under an approved variance, but only under the same direction by the attending veterinarian that justifies the initial separation. To violate these requirements to satisfy a policy directive would compromise animal welfare for the animals held there. The holding habitat was designed and certified as an enhancement feature of the overall habitat augmenting animal management options, and for temporary holding, not to be used in and of itself as a long-term animal habitat.

b) Requirements for housing and grouping marine mammals also prevent the use of these facilities for separation required by a policy directive. To prevent reproduction by physical separation, Mystic would need to move both the imported male beluga and the resident male to the holding pool. This would be poor for animal welfare reasons because the voluntary opportunity for the whales to separate physically or visually could not be possible. Confining two males together, particularly during breeding season, poses the risk of aggression between them. The medical pool cannot be used to resolve this eventuality. Confining a single male in a pool would violate the AWA requirement that marine mammals "known to be primarily social in the wild, must be housed in their primary enclosure with at least one compatible animal of the same or biologically related species" (9 CFR §3.109). This problem could also arise if the resident male, which is not owned by Mystic, is transferred out of the population.

c) There are increasing reports that show a higher prevalence of uterine pathology in non-contracepted females of many species that do not reproduce regularly, suggesting that separation may not be a safe alternative to contraception or allowing reproduction to occur (Agnew et al 2004; Asa et al 2015; Asa et al 2013; Crosier et al 2011; Hermes et al 2006; Hermes et al 2004).

3) Contraception

a) NMFS represented this option as "relatively safe, effective, widely obtainable, easy to administer, and ... used extensively" (EA, p. 37). This statement fails to acknowledge that experience with contraception in whales is limited to short-term, medically directed use.

b) There are no FDA-labeled contraceptive medications for use in cetacean species. Without the tests and trials necessary to obtain a labeled use, it is unreliable to describe a contraceptive as safe or effective. Professional opinion of its relative safety is based on short-term use for medical purposes. Regumate, a synthetic

Page | 4

SEA RESEARCH FOUNDATION IS DEDICATED TO CONSERVATION. PRINTED ON RECYCLED PAPER.

progestin which is labeled for use in horses, has been administered off-label to cetaceans, but only under the strict conditions of AMDUCA. It is unreliable to describe its use as extensive.

    c) Long-term continuous use of synthetic progestins in cetaceans has not been performed because long-term continuous usage of the medication has been shown to cause multiple reproductive pathologies in multiple species which ultimately have led to systemic disease (Anderson et al, 1965; Brodey et al, 1966; Capel-Edwards et al, 1973; Eigenmann et al, 1983; Goyings et al 1977; Moresco et al, 2009; Robeck et al, 2018; Selman et al, 1997; Ververidis et al, 2003). Therefore, the effects of long-term continuous use of progestins in cetaceans are unknown. Administering this medication long-term would, at best, be considered experimental if such an experiment were authorized.

4) Law and Ethics

    a. NMFS bases the III.B.6.3 condition on 50 CFR 216.36 (Recommendation Memo, p. 27), but without reference to other applicable provisions of law, which in this case include the authorities of the US Department of Agriculture, Animal and Plant Health Inspection Service (APHIS) under AWA and the Food and Drug Administration (FDA) under AMDUCA.

    b. Under NMFS authority, 50 CFR 216.36 requires "specific conditions" and "other conditions" for permits. As one of the "other conditions", III.B.6.e is authorized as "any other permit conditions deemed appropriate" (50 CFR 216.36(b)). NMFS represents that the propriety of the condition is in addressing the policy issue raised by the Marine Mammal Commission that other countries may attempt to evade the prohibition on importing whales descended from a Depleted stock. (We note that this policy objective is not achieved by preventing reproduction among whales already imported.)

    c. However appropriate III.B.6.e may or may not be, its imposition is discretionary under NMFS authority, but conflicts with non-discretionary requirements of AWA and AMDUCA.

    d. The off-label use of a medication "is limited to treatment modalities when the health of an animal is threatened or suffering, or death may result from failure to treat" (21 CFR §530.2). The "treatment modality" under a policy requirement to prevent reproduction does not meet the AMDUCA exception, making such use illegal. In fact, since continuous long-term use could cause deleterious health effects, this would make it contraindicated.

    e. AWA relies on the judgment and findings of the attending veterinarian to justify decisions and exceptions on matters of medication, breeding, holding

SEA RESEARCH FOUNDATION IS DEDI....RVATION. PRINTED ON RECYCLED PAPER.



# Mtg w/Mystic re: Beluga Permit
Created by: alesia.read@noaa.gov

**Time**
12:45pm - 1:30pm (Eastern Time - New York)

**Date**
Wed Jun 20, 2018

**Where**
14636 / Call in #: 1-████ *(b)(6)* ████, ████ *(b)(6)* (Chris), ████ *(b)(6)* (participant)

**Guests**
- ✔ Amy Sloan - NOAA Federal
- ✔ Brandon Elsner - NOAA Federal
- ✔ Chris Oliver - NOAA Federal
- ✔ Samuel Rauch - NOAA Federal
- Donna Wieting - NOAA Federal

**Description**
External Attendees:
Stephen M. Coan, Ph.D., President and CEO, Mystic Aquarium
Larry Rivarde, Executive Vice President and COO, Mystic Aquarium
Greg Schildwachter, Ph.D., Watershed Results (point of contact)
cell: 202-329-9493
Proposed Agenda:
1. Depleted Status Policy Guidance.
2. Research – criteria for evaluation.
3. Criteria re: "Taking ... beyond [that] authorized by the permit" (50 CFR 216.34(a)(7)).

My Notes

| From: | Tuttle, Allison <atuttle@mysticaquarium.org> |
|---|---|
| **Sent:** | Tuesday, October 13, 2015 12:25 PM |
| **To:** | Rivarde, Larry; 'Jennifer Skidmore - NOAA Federal' |
| **Cc:** | Amy Sloan - NOAA Federal |
| **Subject:** | RE: Electronic Introduction |

Looking forward to seeing you in person, Jennifer and Amy! ☺

---

**From:** Rivarde, Larry
**Sent:** Tuesday, October 13, 2015 12:24 PM
**To:** 'Jennifer Skidmore - NOAA Federal'
**Cc:** Amy Sloan - NOAA Federal; Tuttle, Allison
**Subject:** RE: Electronic Introduction

Hi Jennifer. Allison Tuttle will be attending the meeting with me. Thank you.

Larry Rivarde
Senior Vice President for
 Zoological Operations & Business Development
(860) 572-5955 x 180
(b)(6)
lrivarde@mysticaquarium.org



**From:** Jennifer Skidmore - NOAA Federal [mailto:jennifer.skidmore@noaa.gov]
**Sent:** Thursday, October 01, 2015 1:43 PM
**To:** Rivarde, Larry
**Cc:** Amy Sloan - NOAA Federal
**Subject:** Re: Electronic Introduction

Larry,
Amy and I can meet with you at 11am on October 15th for an hour.  Our office is at 1315 East-West Hwy, Silver Spring, MD 20910.  Please let me know who all will be attending so I can inform security.  As a point of reference, there is a large sculpture of a hand in front of our building, please take the elevator to the 1st floor where security is located.  Please give them my name and I will come down to escort you in.

Let me know if you have any questions.
Jennifer

On Thu, Oct 1, 2015 at 11:52 AM, Jennifer Skidmore - NOAA Federal <jennifer.skidmore@noaa.gov> wrote:
I will confirm with Amy and get back to you as soon as I can.

Jennifer

On Thu, Oct 1, 2015 at 11:47 AM, Rivarde, Larry <lrivarde@mysticaquarium.org> wrote:

Hi Jennifer and thank you for the quick response. Thursday the 15th is perfect. I will plan on being in D.C. for the day, so my schedule is flexible. Please confirm this day.

Sincerely,

Larry Rivarde

Senior Vice President for

 Zoological Operations & Business Development

(860) 572-5955 x 180

<image src="(b)(6)" />

lrivarde@mysticaquarium.org



**From:** Jennifer Skidmore - NOAA Federal [mailto:jennifer.skidmore@noaa.gov]
**Sent:** Thursday, October 01, 2015 11:40 AM
**To:** Rivarde, Larry
**Cc:** Amy Sloan - NOAA Federal
**Subject:** Re: Electronic Introduction

I will be out of town over the Columbus Day weekend (Friday, 9th through Tuesday, 13th). Our management team will be out of the area the week of October 19th. I have copied my direct supervisor, Amy Sloan on this message. Amy has worked with Mystic as well for many years. Wednesdays in general are not good days to try to schedule additional meetings). Looking at our calendars, Thursday the 15th might be the best day to meet and seems to be the best day to shift things in our calendars. Let us know if this works for you.

Jennifer


On Thu, Oct 1, 2015 at 11:26 AM, Rivarde, Larry <<u>lrivarde@mysticaquarium.org</u>> wrote:

Hello Jennifer. I received your contact information from Gayle Sirpenski at Mystic Aquarium. I am a recent addition (two months) to the Mystic Aquarium team and I would like to have a meeting with you to discuss permitting, etc. I plan on traveling to D.C. early this month (my schedule is currently flexible). Do you have some time in your schedule over the next two weeks to meet with me for an hour or so?


Sincerely,


Larry Rivarde

Senior Vice President for

 Zoological Operations & Business Development

<u>(860) 572-5955 x 180</u>

(b)(6)

<u>lrivarde@mysticaquarium.org</u>




--

Jennifer Skidmore
Office of Protected Resources
Permits and Conservation Division

Phone:  301-427-8401
Fax:  301-713-0376

--
Jennifer Skidmore
Office of Protected Resources
Permits and Conservation Division
Phone:  301-427-8401
Fax:  301-713-0376

--
Jennifer Skidmore
Office of Protected Resources
Permits and Conservation Division
Phone:  301-427-8401
Fax:  301-713-0376

| | |
|---|---|
| **From:** | Rod.Vieira (NOAA GC) |
| **Sent:** | Monday, July 23, 2018 6:31 PM |
| **To:** | Mary O'Brien - NOAA Federal |
| **Subject:** | Re: Mystic Aquarium Issue |

Thank you.

On 7/23/2018 10:33 AM, Mary O'Brien - NOAA Federal wrote:



On Fri, Jul 20, 2018 at 1:27 PM, Rod.Vieira (NOAA GC) <rod.vieira@noaa.gov> wrote:
> Oh, and I just saw your Tuesday update from May 18 in which you note that Mystic came in to
> meet with Sam/Donna in May and has hired some kind of consultant.


> On 7/20/2018 1:25 PM, Rod.Vieira (NOAA GC) wrote:
>> Hi Mary,
>>
>> Just curious if we've heard anything new on Mystic's potential request to import belugas
>> from Canada.  I recall that they came in to meet with the Sec. back in Oct.  What's the latest
>> since then? No need to get back to me on this today, just let me know when you're back in
>> the office on Monday.  Thanks.
>>
>> -Rod

# The Dilenschneider Group

September 8, 2017

**VIA E-MAIL**

The Honorable Wilbur Ross
Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

Dear ~~Mr. Secretary:~~ Wilbur:

Would you give Steve Coan, who leads the Sea Research Foundation, a few minutes in the next week to ten days? It is likely he would bring with him Bernie Marcus and Mike Leven, both known to you.

They are coming to talk about the beluga whale and the importance of rescuing a few of these wonderful animals from a Canadian facility.

The Canadian facility is totally open to the rescue and to the whales coming to the Mystic Aquarium in Connecticut. Steve runs that facility.

Right now some obscure regulation stands in the way that we know you can deal with quickly.

This is a win-win for everyone—America, Canada, Mystic Aquarium, Sea Research Foundation, thousands of young children who will benefit from understanding whales and their culture and, of course, the beluga whales.

Can we call in the next few days to see what time works best?

Best regards,

Robert L. Dilenschneider

RLD:llg

The Dilenschneider Group, Inc.
The Chrysler Building, 405 Lexington Avenue, 57th Floor
New York, NY 10174
212 922 0900 (fax 212 922 0971)

021362-P



**Jennifer Skidmore - NOAA Federal <jennifer.skidmore@noaa.gov>**

## Fwd: Aquarium wanting a beluga?

**Courtney Smith - NOAA Affiliate** <courtney.smith@noaa.gov>                    Fri, Dec 14, 2018 at 2:07 PM
To: Jennifer Skidmore - NOAA Federal <jennifer.skidmore@noaa.gov>

---------- Forwarded message ---------
From: **Courtney Smith - NOAA Affiliate** <courtney.smith@noaa.gov>
Date: Fri, Dec 14, 2018 at 1:51 PM
Subject: Re: Aquarium wanting a beluga?
To: Donna Wieting - NOAA Federal <donna.wieting@noaa.gov>

Will do.

On Fri, Dec 14, 2018 at 1:46 PM Donna Wieting - NOAA Federal <donna.wieting@noaa.gov> wrote:
> Given the elevation of this issue to political plz schedule briefing for me w amy before we get back to mystic.  Thx
>
> Sent from my iPhone
>
> On Dec 14, 2018, at 1:37 PM, Courtney Smith - NOAA Affiliate <courtney.smith@noaa.gov> wrote:
>
>> Hi Donna,
>>
>> Apologies, just missed this email.  As mentioned on the phone, the draft application was submitted November 16.
>>
>> On Fri, Dec 14, 2018 at 1:31 PM Donna Wieting - NOAA Federal <donna.wieting@noaa.gov> wrote:
>>> When did we receive this?
>>>
>>> Sent from my iPhone
>>>
>>> On Dec 14, 2018, at 1:18 PM, Courtney Smith - NOAA Affiliate <courtney.smith@noaa.gov> wrote:
>>>
>>>> We have received a draft permit application from Mystic Aquarium to import belugas for scientific research purposes and are providing a courtesy review before they formally submit.
>>>>
>>>> On Fri, Dec 14, 2018 at 12:52 PM Donna Wieting - NOAA Federal <donna.wieting@noaa.gov> wrote:
>>>>> I'll bet it is the marine land issue where does that stand?
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Dec 14, 2018, at 11:31 AM, Courtney Smith - NOAA Affiliate <courtney.smith@noaa.gov> wrote:
>>>>>
>>>>>> Hi Travis,
>>>>>>
>>>>>> Without more details other than this, the inquiry could either be about one of two things:

021475-P

The non-releasable Cook Inlet beluga whale, Tyonek, currently at
SeaWorld of Texas.  He is being held under the MMHSRP research
permit until a final decision is made on a scientific
research/enhancement permit to be issued to SeaWorld.  The permit
decision is expected this week.  OR

Mystic Aquarium has been consulting with NMFS OPR and members of
Congress about the potential import of beluga whales currently held for
public display at Marineland of Canada in Ontario.  The majority of
belugas at Marineland were captured (or progeny of) from the now-
MMPA depleted Sakhalin Bay-Amur River population of beluga whales in
Russia.

Courtney

On Fri, Dec 14, 2018 at 11:19 AM Travis Thyberg - NOAA Affiliate
<travis.thyberg@noaa.gov> wrote:

> Hi all, quick request (meeting at 1pm)
>
> Can anybody help out with this info?
>
> I just got an inquiry from downtown wanting to know more about a
> beluga issue. They have heard that there is an aquarium that wants a
> beluga. Do you know anything about this? I need to know before a
> 1pm meeting.
>
> Let me know,
> Thanks
>
>
> ---------- Forwarded message ---------
> From: **Emma Htun - NOAA Federal** <emma.htun@noaa.gov>
> Date: Fri, Dec 14, 2018 at 11:15 AM
> Subject: Aquarium wanting a beluga?
> To: Donna Wieting - NOAA Federal <donna.wieting@noaa.gov>,
> Catherine Marzin - NOAA Federal <catherine.marzin@noaa.gov>
> Cc: Jolie Harrison <jolie.harrison@noaa.gov>, Travis Thyberg - NOAA
> Affiliate <travis.thyberg@noaa.gov>, _NMFS PR Taskers
> <pr.taskers@noaa.gov>
>
>
> Dear PR,
>
> I just got an inquiry from downtown wanting to know more about a
> beluga issue. They have heard that there is an aquarium that wants a
> beluga. Do you know anything about this? I need to know before a
> 1pm meeting.
>
> Thanks,
> Melanie (for Emma)
>
> Emma Htun
> Advisor for Regulatory Programs
> Office of the Assistant Administrator, 14631
> NOAA Fisheries
> emma.htun@noaa.gov
> 301-427-8070
>
>
> --
> **Travis Thyberg**
> *PROD Special Assistant*
> *Contractor with Ocean Associates, Inc.*

021476-P

*Office of Protected Resources*
*U.S. Department of Commerce*
Office: 301-427-8409
Travis.Thyberg@noaa.gov
http://www.fisheries.noaa.gov/



--
**Courtney Smith, Ph.D.**
Principal Scientist | Contractor with Ocean Associates, Inc.
*Supporting:*
NOAA Fisheries Service | Office of Protected Resources
1315 East-West Highway | Silver Spring, MD 20910
Ph: 301-427-8433 | http://www.nmfs.noaa.gov/pr/

--
**Courtney Smith, Ph.D.**
Principal Scientist | Contractor with Ocean Associates, Inc.
*Supporting:*
NOAA Fisheries Service | Office of Protected Resources
1315 East-West Highway | Silver Spring, MD 20910
Ph: 301-427-8433 | http://www.nmfs.noaa.gov/pr/

--
**Courtney Smith, Ph.D.**
Principal Scientist | Contractor with Ocean Associates, Inc.
*Supporting:*
NOAA Fisheries Service | Office of Protected Resources
1315 East-West Highway | Silver Spring, MD 20910
Ph: 301-427-8433 | http://www.nmfs.noaa.gov/pr/

--
**Courtney Smith, Ph.D.**
Principal Scientist | Contractor with Ocean Associates, Inc.
*Supporting:*
NOAA Fisheries Service | Office of Protected Resources
1315 East-West Highway | Silver Spring, MD 20910
Ph: 301-427-8433 | http://www.nmfs.noaa.gov/pr/

--
**Courtney Smith, Ph.D.**
Principal Scientist | Contractor with Ocean Associates, Inc.
*Supporting:*
NOAA Fisheries Service | Office of Protected Resources
1315 East-West Highway | Silver Spring, MD 20910
Ph: 301-427-8433 | http://www.nmfs.noaa.gov/pr/

| From: | Alesia Read <alesia.read@noaa.gov> |
|---|---|
| Sent: | Thursday, October 19, 2017 7:01 AM |
| To: | Emma Htun - NOAA Federal |
| Cc: | Brianne Szczepanek - NOAA Federal |
| Subject: | Re: urgent info request |

Brianne had the memo and provided it - We were able to scramble and get Amy Sloan up to answer Chris' questions about process, all PR folks are in GARFO for PR Board but Jolie was on chat so helped us get Amy. The whole thing was way too fast as Earl called maybe 10/15 mins before the meeting was happening and then Chris called him back but I do not think he reached him. Brianne - anything to add?

Long term- I don't know if this is something we could ask Jocelyn, Julie or other about- we are certainly not able to set up the Secretary for success if we are unaware of meetings. Someone has to do his calendar - right and be thinking to ask for information to prepare for meetings, right?

Sent from my iPhone

On Oct 18, 2017, at 11:05 PM, Emma Htun - NOAA Federal <emma.htun@noaa.gov> wrote:

> Wow - I am hoping that one of you was able to provide the memo I sent along to Lindsey on Mystic and Georgia and the beluga issue (last week I believe) before this meeting happened?  It sounds like DOC didn't even GET the memo.
>
> Thank you,
> Emma
>
> On Wed, Oct 18, 2017 at 8:17 AM Jon Kurland - NOAA Federal <jon.kurland@noaa.gov> wrote:
> > This is not an Alaska Region issue (much as we love belugas!) so I'll defer to Jolie's shop.
> >
> > On Wed, Oct 18, 2017 at 11:07 AM, Chris Oliver - NOAA Federal <chris.w.oliver@noaa.gov> wrote:
> > > Sorry folks, but urgent request for info from SOC.  He is meeting in 15 minutes with some folks from a Canadian aquarium who have some beluga whales they want to transfer to the Mystic Aquarium in Connecticut.  Apparently they want to know right now what the general permitting process is, and whether we have been involved in this....?!?!?  Who is our permitting lead and how can we get that person in contact with Earl Comstock in the next 15 minutes???
> > > -chris
> > >
> > > --
> > > Chris Oliver
> > > Assistant Administrator for Fisheries
> > > National Marine Fisheries Service/NOAA

U.S. Department of Commerce
301-427-8000

--
Emma Htun
Office of the Assistant Administrator, 14631
NOAA Fisheries
emma.htun@noaa.gov
301-427-8070

| From: | Brianne Szczepanek - NOAA Federal <brianne.szczepanek@noaa.gov> |
|---|---|
| Sent: | Wednesday, November 29, 2017 8:47 PM |
| To: | Lindsey Kraatz - NOAA Federal |
| Cc: | Alesia Read - NOAA Federal; Emma Htun - NOAA Federal |
| Subject: | Re: Beluga Whale Follow-Up |

Lindsey,

The general issue of importing endangered species for public display can be a lightening rod, and my recommendation would be that this meeting be delegated to NMFS, particularly if these folks already met with DOC. Emma, can you read from Donna/Alan? I expect this would be their recommendation too.

Brianne

On Wednesday, November 29, 2017, Lindsey Kraatz - NOAA Federal <lindsey.kraatz@noaa.gov> wrote:
Dear Alesia, Emma, and Brianne,

Admiral Gallaudet was asked to take a meeting with Fermont Capital regarding the transfer of up to 10 captive-born beluga whales from a facility in Canada. Are you familiar with the group and issue listed below? It turn out them met with Sec. Ross and Earl last month.

Michael wanted to get NMFS and Chris's read on whether or not Fisheries should take this meeting. Any red flags?

Let me know what you think.

Best,
Linsey

---------- Forwarded message ---------
From: Michael Weiss - NOAA Federal <michael.weiss@noaa.gov>
Date: Wed, Nov 29, 2017 at 10:58 AM
Subject: Re: Beluga Whale Follow-Up
To: Jason Reese <jreese@fermontcapital.com>
CC: Invites <invites.undersecretary@noaa.gov>


Good morning Jason. Hope you are well.

Thank you for the email and voicemail.

Happy to include your request to our invites list for the Admiral, noting your meetings with the Secretary and Mr. Comstock. However, it would helpful to have additional details (short summary) regarding the matter you would like to discuss.

Please provide the information, including a time frame for which you would like to meet, to the invites email address above.

Regards,

Michael


On Tue, Nov 28, 2017 at 12:38 PM, Jason Reese <jreese@fermontcapital.com> wrote:
Michael--
Following up on the voicemail I just left, was looking to find a time to come in briefly for 5 to 10 minutes and brief Admiral Gallaudet on an ongoing effort to secure a one time display or research permit for the transfer of up to 10 captive-born beluga whales from an unstable facility in Canada.

As I mentioned, we met last month with Secretary Ross and his Chief of Policy & Strategy Earl Comstock, both of whom thought a permit would be a great idea, and we would be hopeful that Admiral Gallaudet would be similarly supportive.

The meeting participants would be myself and--depending on schedules--a couple of my colleagues, Mitch Butler and Greg Schildwachter.

Would deeply appreciate your help in finding a spot on Admiral Gallaudet's calendar.

Many thanks!

Jason Reese
Cell: 303-335-5524






Lindsey Kraatz, Ph.D.
*Program Coordination Officer*
Office of the NOAA Administrator
Lindsey.Kraatz@noaa.gov
(w): (202) 482-1172
(c): (240) 678-7958

 NOAA FISHERIES


--

Brianne Szczepanek
Chief of Staff
National Marine Fisheries Service
National Oceanic and Atmospheric Administration
work: (301) 427-8021   cell: (301)452-0051
brianne.szczepanek@noaa.gov

**REQUEST FOR ASSISTANCE WITH DISPLAY OR RESEARCH PERMIT**
**TO ACQUIRE BELUGA WHALES FROM MARINELAND CANADA**
**Presented to the United States Secretary of Commerce**


**The Honorable Wilbur Ross**
**By**
**GEORGIA AQUARIUM AND MYSTIC AQUARIUM**
**October 18, 2017**


Mystic Aquarium and Georgia Aquarium, two of the nation's leading 501c3 non-profit marine science organizations, are seeking approval from NOAA's National Marine Fisheries Service to bring up to ten beluga whales currently housed at MarineLand Canada in Niagara Falls, Ontario into the United States.

We are requesting a one-time display or research permit for this transfer directed through NOAA's National Marine Fisheries Service (NMFS)**.**  This transfer would allow captive-born belugas from the MarineLand facility to cross the US border for the purposes of beluga conservation, education, and research.

It is our firm requirement that this acquisition promote beluga conservation in both the captive and wild populations. We are aware of the National Marine Fisheries Service declaration that Russian populations of beluga whales are threatened and therefore protected under the Marine Mammal Protection Act. We are also aware that the National Marine Fisheries Service has expressed concern that Marineland Canada could continue to wild catch belugas and import them to Canada.

The animals that we are seeking to acquire from the population of approximately 45 at Marineland are captive born and therefore should be eligible for transfer to the United States under the Marine Mammal Protection Act.

Utilizing either a display or research permit to acquire belugas from Marineland Canada, Mystic Aquarium and Georgia Aquarium are seeking to:

- Acquire captive born animals that cannot be returned to the wild

- Build the population and gene pool of the existing United States beluga whale population which has dwindled to 29 animals for the purpose of protecting the species and continuing the powerful impact that these animals have on public engagement with marine mammal conservation;

- Continue to advance the scientific body of knowledge related to these animals so that we can advance animal care and conservation efforts for endangered beluga whale populations, including the Cook Inlet and St. Lawrence Seaway populations.

| **From:** | Lindsey Kraatz - NOAA Federal <lindsey.kraatz@noaa.gov> |
| **Sent:** | Thursday, November 30, 2017 12:22 PM |
| **To:** | Emma Htun - NOAA Federal; Brianne Szczepanek - NOAA Federal; Alesia Read - NOAA Federal |
| **Subject:** | Fwd: Beluga Whale Follow-Up |
| **Attachments:** | Beluga Position Statement revised 8 18.docx |

FYI

Michael--
Thanks so much for your response.

I'm attaching a short summary from the meeting with Secretary Ross and his adviser Earl Comstock, just so that your office has the same documentation on this topic.

The purpose of this meeting would be first to make Admiral Gallaudet aware of forthcoming beluga permitting request on behalf of our client, Mystic Aquarium, as well as to answer any questions he might have and hopefully earn his support, similar to that of the Secretary and Mr. Comstock.

Participants (depending on precise scheduling) would be some combination of:

- Greg Schildwachter--Watershed Results (http://www.watershedresults.com)
- Mitch Butler--Natural Resource Results (http://www.naturalresourceresults.com)
- Jason Reese--Alinea Strategic Solutions (https://www.linkedin.com/in/reesejason)

Timeframe would be sometime in December or the first half of January.

Thank you  for your consideration of this meeting request--if I can provide anything else to you or your team, please don't hesitate to ask.

Best--
Jason Reese
Cell: 303-335-5524


> **From:** Michael Weiss - NOAA Federal <michael.weiss@noaa.gov>
> **Date:** November 29, 2017 at 10:58:34 AM EST
> **To:** Jason Reese <jreese@fermontcapital.com>
> **Cc:** Invites <invites.undersecretary@noaa.gov>
> **Subject: Re: Beluga Whale Follow-Up**
>
> Good morning Jason.  Hope you are well.
>
> Thank you for the email and voicemail.

Happy to include your request to our invites list for the Admiral, noting your meetings with the Secretary and Mr. Comstock. However, it would helpful to have additional details (short summary) regarding the matter you would like to discuss.

Please provide the information, including a time frame for which you would like to meet, to the invites email address above.

Regards,

Michael


On Tue, Nov 28, 2017 at 12:38 PM, Jason Reese <jreese@fermontcapital.com> wrote:
Michael--
Following up on the voicemail I just left, was looking to find a time to come in briefly for 5 to 10 minutes and brief Admiral Gallaudet on an ongoing effort to secure a one time display or research permit for the transfer of up to 10 captive-born beluga whales from an unstable facility in Canada.

As I mentioned, we met last month with Secretary Ross and his Chief of Policy & Strategy Earl Comstock, both of whom thought a permit would be a great idea, and we would be hopeful that Admiral Gallaudet would be similarly supportive.

The meeting participants would be myself and--depending on schedules--a couple of my colleagues, Mitch Butler and Greg Schildwachter.

Would deeply appreciate your help in finding a spot on Admiral Gallaudet's calendar.

Many thanks!

Jason Reese
Cell: 303-335-5524



--
Michael Weiss
Office of the Under Secretary
National Oceanic and Atmospheric Administration
202-482-5958 (w)
301-337-0684 (c)



--
Michael Weiss

Office of the Under Secretary
National Oceanic and Atmospheric Administration
202-482-5958 (w)
301-337-0684 (c)

--



Lindsey Kraatz, Ph.D.
*Program Coordination Officer*
Office of the NOAA Administrator
Lindsey.Kraatz@noaa.gov
(w): (202) 482-1172
(c): (240) 678-7958

| | |
|---|---|
| **From:** | Fisheries PCO - NOAA Service Account |
| **Sent:** | Monday, November 25, 2019 6:05 PM |
| **To:** | Brianne Szczepanek - NOAA Federal; Adyan Rios - NOAA Federal; Emma Htun - NOAA Federal; LeAnn Hogan - NOAA Federal |
| **Subject:** | Readout: NOAA + NMFS meeting with Watershed Results (11/22) |

Hi folks,

On Friday, NMFS and NOAA met with Greg Schildwachter and William Kelleher, both from Watershed Results, representing Mystic Aquarium. From NOAA, we had: Stu, Kevin, Wendy, Nick, Erin. From NMFS, we had: Chris, Sam, Donna, Catherine.

The meeting was rather one-sided, as Sam made it clear from the outset that we could listen to their concerns, but that since the public comment period is not yet closed, we could not respond substantively at all. Greg and William first laid out that they were very pleased with the public meeting that happened last week on Monday -- They felt that it was very professionally done and that NMFS staff were there to really listen and learn from the stakeholders that were present. Greg and William proceeded to lay out nine different themes (numbered below) that they have seen throughout the public comment period and their response (indicated by "Mystic Response below) to those themes.

1. Some of captive whales are descended from parents that originally (10+ years ago) came from a wild stock that 2 years ago was designated as depleted.
Mystic Response: A research permit would still permit that -- this concern is largely irrelevant. After a question from Chris about how they knew this information, Greg and William noted that Mystic went to the expense and the time to take samples under a CITES permit in Canada noting that of the 5, they are sure about 4 that at least one parent was descended from the depleted population.

2. Research as a pretense for public display.
Mystic Response: Mystic is not in show business. Any incidental public display is documented in the permit request -- all animals at the Aquarium are visible as part of our education and outreach component. Currently, Mystic has 3 belugas and have recently updated the facility such that a total of 18 could be housed there.

3. Breeding concerns.
Mystic Response: Mystic incorporated the possibility of breeding into their research program -- lots to be learned about beluga breeding. They note that the public comments range from that would be illegal, that would be immoral, that you could overwhelm your facility -- but none of those points of view have any basis in fact.

4. Implications of a possible change in CAN law.
Mystic Response: Mystic has two questions to consider: Can MarineLand export the belugas? If they cannot, then Mystic certainly can't import them. Mystic noted that Canada passed two different statutes that would have a combined effect to phase out captive cetaceans in CAN, though the statutes do include language re: conservation and research purposes.

5. Overcrowding.

Mystic Response: This is not relevant to NOAA's responsibilities. Mystic has a capacity to accommodate social groupings up to 45 whales, but the USDA animal care certification that Mystic has limits it to 18. They noted that Mystic is the only aquarium in the country with this certification).

6. Role of Georgia Aquarium.
Mystic Response: Georgia Aquairum is a financial partner and the permit application allows that a whale may be moved to GA as a contingency. However, GA is not staffed or trained to collect the samples and data that we're going to collect, though it is possible to have them augment their sample design.

7. 5 years permit term -- then what?
Mystic Response: Mystic will not be finished with its research program and so expects to either renew the permit or replace it with a public display permit (not show business, though).

8. General philosophical differences
Mystic Response: Some people feel that to permit this transaction will promote global trade cetaceans. On the contrary, this kind of transaction is putting money into and encouraging conservation.

9. Building a captive population
Mystic Response: By allowing breeding, we could learn a lot. If one of our goals is to have healthy belugas that we are learning from. We can use this opportunity to learn even more about belugas that can be applied to better conserve wild populations.

The group briefly discussed the net pen facilities that are being considered in Iceland, noting the enormous financial and logistical issues that the facility is facing.

Stu highlighted at the end that we are encouraging partnerships between aquaria and research institutions and government and private companies -- He noted the recent success of the S&T Summit and NOAA's hope/plans to continue on the momentum built at the Summit.

*Note that Stu asked me to prepare a memo to file on this meeting.

Thank you,
Carolyn
--
Carolyn Doherty Gruber
*Program Coordination Officer*
Office of the NOAA Administrator
Fisheries.PCO@noaa.gov
Carolyn.Gruber@noaa.gov
(w): (202) 482-1172
(c): (240) 678-7958


| | |
|---|---|
| **From:** | Susan Staehle - NOAA Affiliate |
| **Sent:** | Wednesday, September 11, 2019 4:00 PM |
| **To:** | Amy Sloan - NOAA Federal; Courtney Smith - NOAA Affiliate |
| **Cc:** | Mary O'Brien; Jennifer Skidmore; Steve Leathery - NOAA Federal; Cristi Reid - NOAA Federal |
| **Subject:** | Re: Revised DRAFT EA for import of beluga whales (File No. 22629) |
| **Attachments:** | 22629 Draft EA_Working_HQ NEPA Review 11SEP19.docx |

**ATTORNEY CLIENT PRIVILEGE: INTERNAL/DELIBERATIVE – NOT FOR PUBLIC RELEASE**

Hi Amy and Courtney,



(b)(5)



(b)(5)

Susan Staehle (pronounced Stay Lee)

ERT Inc., (Contractor) for HQ NEPA Program
NOAA Fisheries Office of Policy
1315 East West Hwy
Silver Spring MD 20910
(O) 301.427.8059
(C) 571.239.1030

https://www.fisheries.noaa.gov/about/office-policy
https://www.ertcorp.com/

On Wed, Sep 4, 2019 at 9:48 AM Amy Sloan - NOAA Federal <amy.sloan@noaa.gov> wrote:
Dear Susan,

(b)(5)

Let us know if you need to discuss anything.
Thank you,
Amy

**Amy Sloan**
*Deputy Chief, Permits and Conservation Division*
*Office of Protected Resources*
*NOAA Fisheries*
Office: 301-427-8432
Mobile: 301-310-1062
Web: www.fisheries.noaa.gov



| | |
|---|---|
| **From:** | Amy Sloan - NOAA Federal |
| **Sent:** | Thursday, April 2, 2020 2:30 PM |
| **To:** | Paula JonesYates - NOAA Federal |
| **Cc:** | Courtney Smith - NOAA Affiliate; Jennifer Skidmore - NOAA Federal |
| **Subject:** | Re: Question - New RUSH Assignment re: Mystic Aquarium |

We will provide a copy of the notification when it goes out. We anticipate this will be around mid-April.
Thanks,
Amy


On Thu, Apr 2, 2020 at 1:40 PM Paula JonesYates - NOAA Federal <Paula.JonesYates@noaa.gov> wrote:
Please see the details from FCU regarding this assignment. Specifically, they are requesting a copy of the notification mentioned in your response and a timeline for the roll-out plan.

Let me know if you have any questions.

---------- Forwarded message ---------
From: **NMFS Correspondence.Unit - NOAA Service Account** <nmfs.correspondence.unit@noaa.gov>
Date: Thu, Apr 2, 2020 at 12:30 PM
Subject: Re: Question - New RUSH Assignment re: Mystic Aquarium
To: Paula JonesYates - NOAA Federal <Paula.JonesYates@noaa.gov>


Hi Paula.

Good news from Exec Sec: "DOC has agreed to make this a B Priority simply because they want a copy of the notification to Mystic for their records. Please update us on timeline for notification as that information becomes available."

So what we need from OPR is a copy of the notification that Jennifer mentions will go to Mystic Aquarium and Mr. Dilenschneider once that is prepared. Do you have an idea on the timeline for this?

Thanks,
Randi

On Thu, Apr 2, 2020 at 8:38 AM Paula JonesYates - NOAA Federal <Paula.JonesYates@noaa.gov> wrote:
Okay. You'll let me know the status of the decontrol?

On Thu, Apr 2, 2020 at 8:28 AM NMFS Correspondence.Unit - NOAA Service Account <nmfs.correspondence.unit@noaa.gov> wrote:
Thank you, Paula. I will forward to Exec Sec and request a decontrol on this response.


---------- Forwarded message ---------
From: **Jennifer Skidmore - NOAA Federal** <jennifer.skidmore@noaa.gov>

Date: Wed, Apr 1, 2020 at 6:04 PM
Subject: Re: Question - New RUSH Assignment re: Mystic Aquarium
To: Paula JonesYates - NOAA Federal <Paula.JonesYates@noaa.gov>
Cc: Amy Sloan - NOAA Federal <amy.sloan@noaa.gov>, Courtney Smith - NOAA Affiliate
<courtney.smith@noaa.gov>

Paula,
Below is our response which has been cleared by Amy, Jolie, and GCF (Mary O'Brien).

*We have reviewed the correspondence from Robert L. Dilenschneider to Secretary Ross. Given that this is an active matter pending before the agency, and the public comment period has closed, we do not believe it is appropriate to respond at this time. As noted, we are very close to a decision and have developed a roll-out plan for the public announcement. This plan outlines who and in what order stakeholders are notified including notification to Mystic Aquarium, interested members of Congress, and posting relevant documents online for all other interested parties. We will add Mr. Dilenschneider to the roll-out so that he may be notified of our decision as soon as it is made public.*
Thanks,
Jennifer
On Wed, Apr 1, 2020 at 10:19 AM Paula JonesYates - NOAA Federal <Paula.JonesYates@noaa.gov>
wrote:
Hi Amy and Jennifer,
As soon as possible, please take a look at the attached (Secretarial aka A-Priority) to confirm if it
warrants a response. And from there, it can be determined how to proceed.

Recall, this past Summer OPR received a good number of these Mystic Aquarium letters and a
template response had to be created. Let me know if you have any questions.

---------- Forwarded message ---------
From: **NMFS Correspondence.Unit - NOAA Service Account** <nmfs.correspondence.unit@noaa.gov>
Date: Wed, Apr 1, 2020 at 9:41 AM
Subject: Question - New RUSH Assignment re: Mystic Aquarium
To: Paula JonesYates - NOAA Federal <paula.jonesyates@noaa.gov>, Quibilah Barnes - NOAA Affiliate
<quibilah.barnes@noaa.gov>, Chi Wong-Chong - NOAA Affiliate <chi.wong-chong@noaa.gov>

Good morning,

We received the attached incoming letter as an A-priority for the Secretary's signature. However it
appears to be a briefing paper and I'm not sure if this warrants a response.

Can you please take a look and circle back with us as soon as possible? And if OPR determines a
response is not necessary, please provide 1-2 sentences of clear rationale.

Thanks,
Randi

--


Paula Jones-Yates
NOAA's Nat'l Marine Fisheries Service
Office of Protected Resources
ph: 301 427-8463
fx: 301 713-0376
Paula.JonesYates@noaa.gov

--
Jennifer Skidmore
Office of Protected Resources
Permits and Conservation Division
Phone: 301-427-8401
Fax: 301-713-0376

--
><((((º>`·.¸¸.·´¯`·.¸.·´¯`·.¸¸.·´¯`·.><((((º>`·.¸¸.·´¯`·.¸.·><((((º>
Paula Jones-Yates
NOAA's Nat'l Marine Fisheries Service
Office of Protected Resources
ph: 301 427-8463
fx: 301 713-0376
Paula.JonesYates@noaa.gov

--
><((((º>`·.¸¸.·´¯`·.¸.·´¯`·.¸¸.·´¯`·.><((((º>`·.¸¸.·´¯`·.¸.·><((((º>
Paula Jones-Yates
NOAA's Nat'l Marine Fisheries Service
Office of Protected Resources
ph: 301 427-8463
fx: 301 713-0376
Paula.JonesYates@noaa.gov

--
><((((º>`·.¸¸.·´¯`·.¸.·´¯`·.¸¸.·´¯`·.><((((º>`·.¸¸.·´¯`·.¸.·><((((º>
Paula Jones-Yates
NOAA's Nat'l Marine Fisheries Service
Office of Protected Resources
ph: 301 427-8463
fx: 301 713-0376
Paula.JonesYates@noaa.gov

| | |
|---|---|
| **From:** | Courtney Smith - NOAA Affiliate |
| **Sent:** | Thursday, June 20, 2019 12:22 PM |
| **To:** | Susan Staehle - NOAA Affiliate |
| **Cc:** | Amy Sloan - NOAA Federal; Lisa Lierheimer - NOAA Federal; Jennifer Skidmore - NOAA Federal; Mary O'Brien - NOAA Federal; Cristi Reid - NOAA Federal |
| **Subject:** | Re: Beluga whale draft EA |
| **Attachments:** | Mystic Beluga Import Briefing_April 2018_extended version.docx; GA-Belugas-FinalCourtOpinion-09282015.pdf; Permit Application_Research_MYSTIC AQUARIUM 5 9 19.docx |

Hi Susan, Cristi:

See attached for the requested import/scientific research application (sans appendices), extended briefing summary, and 2015 final court opinion for the Georgia Aquarium litigation regarding our issuance criteria.  As discussed in the meeting, we'll hold off on sending the draft EA until we've received the genetic results on the whales and have worked out our alternatives.

Let me know if you have any other questions.
Courtney

On Thu, Jun 20, 2019 at 10:26 AM Susan Staehle - NOAA Affiliate <susan.staehle@noaa.gov> wrote:
> oh - in that case you can ignore the EA template I just sent!
>
> Susan Staehle
>
> ERT Inc., (Contractor) for HQ NEPA Program
> NOAA Fisheries Office of Policy
> 1315 East West Hwy
> Silver Spring MD 20910
> (O) 301.427.8059
> (C) 571.239.1030
>
> https://www.fisheries.noaa.gov/about/office-policy
> https://www.ertcorp.com/
>
>
>
>
>
> On Thu, Jun 20, 2019 at 10:23 AM Amy Sloan - NOAA Federal <amy.sloan@noaa.gov> wrote:
>> Hi, Susan.  We started drafting the EA using the last EA template provided for the Bryde's whale EA completed by our Division.  We'll make sure to cross check with this template.  Thanks!
>> Amy Sloan
>> Deputy Chief, Permits and Conservation Division
>> Office of Protected Resources
>> NOAA Fisheries
>> Office: 301-427-8432
>> Mobile: 301-310-1062

Web: www.fisheries.noaa.gov



On Thu, Jun 20, 2019 at 10:16 AM Susan Staehle - NOAA Affiliate <susan.staehle@noaa.gov> wrote:

good morning,

I started the outline of an EA and the associated FONSI you will need later. I also consolidated information about content of EAs to have in one place with links to the CEQ regs and NOAAs companion manual.

We do not have to discuss these today, just thought you might want a starting point for the content of the EA and the template for the associated FONSI.

~Susan

Susan Staehle

ERT Inc., (Contractor) for HQ NEPA Program
NOAA Fisheries Office of Policy
1315 East West Hwy
Silver Spring MD 20910
(O) 301.427.8059
(C) 571.239.1030

https://www.fisheries.noaa.gov/about/office-policy
https://www.ertcorp.com/

--
**Courtney Smith, Ph.D.**
Principal Scientist | Contractor with Ocean Associates, Inc.
*Supporting:*
NOAA Fisheries Service | Office of Protected Resources
1315 East-West Highway | Silver Spring, MD 20910
Ph: 301-427-8433 | http://www.nmfs.noaa.gov/pr/

| **From:** | Amy Sloan - NOAA Federal |
|---|---|
| **Sent:** | Wednesday, July 31, 2019 1:14 PM |
| **To:** | Kathleen Goggin - NOAA Federal |
| **Cc:** | Courtney Smith - NOAA Affiliate; Jennifer Skidmore |
| **Subject:** | Updated DTP roll out timelines |

Hi Kate,

Per our discussion at the Monday OD meeting, here are our projected updates for DTP rollouts:

**1) Mystic Aquarium FR Notice (RIN 0648-PR-A003)**
- Target date of FR publication September 2, 2019 (this may be delayed depending on clearance timing for draft EA).
- Target date for roll-out plan in clearance = August 19, 2019.
- Medium to high? interest with web page and congressional notification.

**2) SeaWorld LLC FR Notice** (RIN TBD)
- Target date of FR publication September 23 (this may be delayed depending on when the application is deemed complete).
- Target date for roll-out plan in clearance = September 9.
- Low to medium interest roll-out with web page, no congressional notification.

We'll keep you updated as things progress.
Thank you!
Amy

*Amy Sloan*
*Deputy Chief, Permits and Conservation Division*
*Office of Protected Resources*
*NOAA Fisheries*
Office: 301-427-8432
Mobile: 301-310-1062
Web: www.fisheries.noaa.gov



| | |
|---|---|
| **From:** | Amy Sloan - NOAA Federal |
| **Sent:** | Thursday, February 6, 2020 11:45 AM |
| **To:** | Susan Staehle - NOAA Affiliate |
| **Cc:** | Mary O'Brien; Courtney Smith - NOAA Affiliate; Jennifer Skidmore; cristi.reid |
| **Subject:** | Re: Mystic Aquarium - NEPA analysis |
| **Attachments:** | 22629 Public Comments NEPA.docx; 22629 Draft EA_Working_9.4.19.docx |

Attorney-Client Privilege
Pre-Decisional, Deliberative, Not for Release

Thanks, Susan. I rescheduled so all could attend. ████████████████████
████████████████████████████████████████████████████
████████████████████████████ *(b)(5)* ███████████████████

I've attached the last version we worked and sent to F NEPA and GC, prior to the recommendation for a CE as an initial
NEPA determination. Also attached is the summary of public comments regarding NEPA that we discussed previously.
Thanks,
Amy

On Thu, Feb 6, 2020 at 10:27 AM <susan.staehle@noaa.gov> wrote:

> Thanks for scheduling this Amy, although I will work with your schedule and still plan to attend, its better if
> we can have GC and HQ NEPA at the same time. ~Susan

> ## Mystic Aquarium - NEPA analysis
>
> When      Thu Feb 13, 2020 11:00 – 12:00 Eastern Time - New York
>
> Where     NMFS-HQ SSMC3 13409 Conf room, NMFS - HQ - PR1 Conference Line (map)
>
> Who       • amy.sloan@noaa.gov - organizer
>           • mary.obrien@noaa.gov
>           • jennifer.skidmore@noaa.gov
>           • susan.staehle@noaa.gov
>           • courtney.smith@noaa.gov
>           • cristi.reid@noaa.gov
>
> Attorney-Client Privilege, Pre-Decisional
>
> Hi all,
> ████████████████████████████████████████████████████████
> ███████████████████████ *(b)(5)* ████████████████████████
> ██████████████████████████████
>
> Mary and Cristi, it looks like you have a conflict at this time and we will plan to brief you and/or set up a follow-up
> meeting before moving forward. But if you think it important that you are at this meeting let me know so I can
> reschedule. This is the best time when the majority of us are in the office next week.
> Thanks,
> Amy

| | |
|---|---|
| **From:** | Susan Staehle - NOAA Affiliate |
| **Sent:** | Wednesday, February 12, 2020 11:32 AM |
| **To:** | Amy Sloan - NOAA Federal |
| **Cc:** | Mary O'Brien; Courtney Smith - NOAA Affiliate; Jennifer Skidmore; cristi.reid |
| **Subject:** | Re: Mystic Aquarium - NEPA analysis |
| **Attachments:** | 22629 Draft EA_Working_9.4.19 -- SS.docx |

ATTORNEY CLIENT PRIVILEGE INTERNAL/DELIBERATIVE – NOT FOR PUBLIC RELEASE

Amy thanks for resending the related information.

All, to facilitate some of the discussions today, I added some comments for some of the less complex issues for this action. I'll expand when we meet today, just wanted you to have this while we meet/talk. ~Susan

Susan Staehle (pronounced Stay Lee)

ERT Inc., (Contractor) for HQ NEPA Program
NOAA Fisheries Office of Policy
1315 East West Hwy
Silver Spring MD 20910
(O) 301.427.8059
(C) 571.239.1030
https://www.fisheries.noaa.gov/about/office-policy
https://www.ertcorp.com/

On Thu, Feb 6, 2020 at 11:46 AM Amy Sloan - NOAA Federal <amy.sloan@noaa.gov> wrote:
Attorney-Client Privilege
Pre-Decisional, Deliberative, Not for Release

Thanks, Susan. I rescheduled so all could attend. ████████████
███████████████████████████████████
██████████████ *(b)(5)* ████████████

I've attached the last version we worked and sent to F NEPA and GC, prior to the recommendation for a CE as an initial NEPA determination. Also attached is the summary of public comments regarding NEPA that we discussed previously.
Thanks,
Amy

On Thu, Feb 6, 2020 at 10:27 AM <susan.staehle@noaa.gov> wrote:

Thanks for scheduling this Amy, although I will work with your schedule and still plan to attend, its better

if we can have GC and HQ NEPA at the same time. ~Susan

## Mystic Aquarium - NEPA analysis

When    Thu Feb 13, 2020 11:00 – 12:00 Eastern Time - New York

Where   NMFS-HQ SSMC3 13409 Conf room, NMFS - HQ - PR1 Conference Line (map)

Who    
- amy.sloan@noaa.gov - organizer
- mary.obrien@noaa.gov
- jennifer.skidmore@noaa.gov
- susan.staehle@noaa.gov
- courtney.smith@noaa.gov
- cristi.reid@noaa.gov

Attorney-Client Privilege, Pre-Decisional

Hi all,

(b)(5)

Mary and Cristi, it looks like you have a conflict at this time and we will plan to brief you and/or set up a follow-up meeting before moving forward. But if you think it important that you are at this meeting let me know so I can reschedule. This is the best time when the majority of us are in the office next week.
Thanks,
Amy

| | |
|---|---|
| **From:** | Samantha Berkowitz - NOAA Federal |
| **Sent:** | Friday, February 28, 2020 5:24 PM |
| **To:** | Larissa Plants - NOAA Federal |
| **Cc:** | Donna Wieting - NOAA Federal; Catherine Marzin - NOAA Federal; _NMFS PR Taskers; Chi Wong-Chong - NOAA Affiliate; Amy Sloan - NOAA Federal |
| **Subject:** | Re: Briefing Request (early next week): Sen. Blumenthal/Rep. Courtney's offices - Beluga Import Permit Status |

Perfect, thank you!

On Fri, Feb 28, 2020 at 5:20 PM Larissa Plants - NOAA Federal <larissa.plants@noaa.gov> wrote:
> I think Amy Sloan would join, but we can confirm when we can talk to everyone on Monday. I
> wanted to get you some time options now with the quick turnaround on timing.
>
> On Fri, Feb 28, 2020 at 5:19 PM Samantha Berkowitz - NOAA Federal <samantha.berkowitz@noaa.gov>
> wrote:
> > Thank you! Anyone joining with Donna?
> >
> > On Fri, Feb 28, 2020 at 5:17 PM Larissa Plants - NOAA Federal <larissa.plants@noaa.gov> wrote:
> > > Hi Sam -- A few possible times:
> > >
> > > Monday, 3/2 at 1:00
> > > Tuesday, 3/3 at 11:30 or 3:00
> > >
> > > If one of these times doesn't work we can look for more options Monday morning.
> > > Thanks,
> > > Larissa
> > >
> > > On Fri, Feb 28, 2020 at 5:06 PM Samantha Berkowitz - NOAA Federal <samantha.berkowitz@noaa.gov>
> > > wrote:
> > > > Hi OPR,
> > > >
> > > > Staff for Sen. Richard Bluementhal (D-CT) and Rep. Joe Courtney (D-CT) have asked for a
> > > > phone call early next week with the relevant staff to "discuss Mystic Aquarium's application for
> > > > a research permit to import beluga whales from Marineland. Specifically, this would be a call to
> > > > inquire about the timeline and remaining processing steps for a final decision on the
> > > > application".
> > > >
> > > > Sam would like for Donna to take this one - can you please provide a few times? Flagging that
> > > > Dr. Jacobs has a meet and greet with Senator Blumenthal on Wednesday afternoon, so OLIA
> > > > has asked that we have a call prior to that if possible. Please let me know whenever you get a
> > > > chance.
> > > >
> > > > Thanks,
> > > > Sam B.

--

**Samantha Berkowitz** (Guidon)
Legislative Affairs Advisor; Rollout Coordinator
NOAA Fisheries, Office of the Assistant Administrator
Office: 301-427-8022
Cell: 301-580-7395
samantha.berkowitz@noaa.gov

--

**Larissa Plants**
*Protected Resources Strategic Planner*
*NOAA Fisheries*
*U.S. Department of Commerce*
Office: 301.427.8471
larissa.plants@noaa.gov
http://www.fisheries.noaa.gov/



--

**Samantha Berkowitz** (Guidon)
Legislative Affairs Advisor; Rollout Coordinator
NOAA Fisheries, Office of the Assistant Administrator
Office: 301-427-8022
Cell: 301-580-7395
samantha.berkowitz@noaa.gov

--

**Larissa Plants**
*Protected Resources Strategic Planner*
*NOAA Fisheries*
*U.S. Department of Commerce*
Office: 301.427.8471
larissa.plants@noaa.gov
http://www.fisheries.noaa.gov/



--

**Samantha Berkowitz** (Guidon)
Legislative Affairs Advisor; Rollout Coordinator
NOAA Fisheries, Office of the Assistant Administrator
Office: 301-427-8022
Cell: 301-580-7395
samantha.berkowitz@noaa.gov

# The Dilenschneider Group

March 16, 2020

The Honorable Wilbur Ross
Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Avenue, N.W.
Washington, D.C. 20230

Dear Secretary Ross:

I appreciate the support that you extended to Mystic Aquarium a few months back in their effort to secure a research permit to import five beluga whales from Marineland Canada.

Given that it has been some time since we last spoke on this issue, I am attaching a briefing paper on the permit.

The permit review process is nearing completion. Members of Congress, including Senator Rick Scott, have been advised that National Marine Fisheries Service expect to have a decision by early April. Given that this is the case, I would be grateful for your assistance and engagement before a public announcement is made.

Many thanks and all good wishes.

Best regards,

Robert L. Dilenschneider

RLD:afqr
Attachment

The Dilenschneider Group, Inc.
Chrysler Building, 405 Lexington Avenue, Snite 4901, New York, NY 10174
212 922 0900 (fax 212 922 0971)

**Mystic Aquarium Research Permit for Importation of Five Beluga Whales from Marineland Canada**

Mystic Aquarium is submitting a research permit request to NOAA, National Marine Fisheries Service, to import five captive born beluga whales from Marineland Canada which has an overcrowding issue with 55 Belugas under care. Mystic Aquarium is a center for global research in beluga whales with a core team of five full time scientists studying belugas within a larger, world renowned marine science research program. We operate state of the art laboratories dedicated to beluga research and our scientists all hold faculty appointments with the University of Connecticut.

Beluga research conducted at Mystic Aquarium is intended to increase general knowledge on beluga whales and produce favorable outcomes for endangered beluga populations such as belugas in Cook Inlet, Alaska and the Saint Lawrence Estuary beluga population.

Consistent with recommendations for research contained in the "Cook Inlet Beluga Recovery Plan", Mystic Aquarium's research includes the following investigations:

- Health and the physiological response to environmental and anthropogenic stressors
- Development of non-invasive techniques to assess health in wild beluga populations
- Beluga hearing and the potential impacts of marine sound on the wild populations
- Development of photogrammetry to more accurately measure the size, body condition and reproductive status of wild beluga populations
- Dive physiology of belugas to better understand how anthropogenic stressors that interrupt diving are impacting health of wild populations
- Baseline understanding of the microbiome of belugas so that bacterial infections and other diseases adversely impacting beluga populations can be understood
- Evaluating beluga behavior and reproduction patterns in a controlled setting to better understand optimal conditions for reproduction in the wild
- Testing deployment and viability of telemetry devices and cameras for deployment on wild populations

The five animals that would be imported are essential to building a baseline cohort of belugas for advancing knowledge of the species. None of the animals have been wild caught. As part of this arrangement we hope to gain access to the Marineland beluga population for additional research.

The five whales would join three other belugas at Mystic Aquarium and would live within the 750,000 gallon Arctic Coast habitat at Mystic Aquarium. This is the largest outdoor beluga habitat in the United States and was specifically designed for the research and care of beluga whales.

This project is being undertaken with financing from Georgia Aquarium which will hold ownership of three of the whales and lease them to Mystic Aquarium, a concept that is standard practice among accredited aquariums and zoos. The partnership allows for the transfer of animals between the institutions only when it is demonstrated to be for the good of the individual animals or the population as a whole.

**From:** Barranca, Steven (Federal)
**To:** DOCExecSec
**Subject:** Fwd: note for Secretary Ross
**Date:** Thursday, March 19, 2020 5:35:58 PM
**Attachments:** 20200316100626515.pdf
ATT00001.htm

Begin forwarded message:

> **From:** Joan Avagliano <JAvagliano@dgi-nyc.com>
> **Date:** March 16, 2020 at 10:08:18 AM EDT
> **To:** "'sbarranca1@doc.gov'" <sbarranca1@doc.gov>
> **Subject: note for Secretary Ross**
>
>
> Mr. Barranca    we recognize the challenges on Secretary Ross but wish to bring to his attention a matter outlined in the attached letter from Robert Dilenschneider.
> Thank you.
>
> Joan Avagliano
> The Dilenschneider Group