UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANMALS )<br>)<br>and )<br>)<br>LAST CHANCE FOR ANIMALS )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>WYNN COGGINS[1], et al., )<br>*Defendant*. )<br>and )<br>SEA RESEARCH FOUNDATION, INC. )<br>*Defendant-Intervenor* | No. 3:20-cv-1312-AWT<br><br>March 3, 2021 |

**DEFENDANT-INTERVENOR SEA RESEARCH
FOUNDATION, INC. d/b/a MYSTIC AQUARIUM'S CROSS-MOTION FOR
SUMMARY JUDGMENT**

Pursuant to Fed.R.Civ.P. 56 and D. Conn. L. R. Rule 56, defendant-intervenor Sea Research Foundation, Inc. d/b/a Mystic Aquarium ("Mystic") respectfully cross-moves for summary judgment on all claims asserted by plaintiffs, Friends of Animals and Last Chance for Animals, related to the National Marine Fisheries Service's ("NMFS") issuance of a permit to Mystic Aquarium to import five beluga whales from Marineland of Canada under the Marine Mammal Protection Act. Marine Mammals; File No. 22629, 85 Fed. Reg. 56219 (Sept. 11, 2020). This motion is supported by a memorandum of law of even date herewith; relevant parts of the administrative record lodged by NMFS, as amended and supplemented; by the

---
[1] Mr. Coggins is the Acting Secretary of the Department of Commerce, replacing Mr. Ross. *See* Fed.R.Civ.P. 25(d).

Declarations of James H. Lister, Esq. (Exhibit A hereto), Allison Tuttle (Exhibit B hereto), and Carmen Grimaldi (Exhibit C hereto); and Mystic's Rule 56(a)(2) Statement, which includes both a *Statement of Facts In Oppositions to Plaintiff's Motion for Summary Judgment* and *Additional Material Facts*.

For all of the reasons stated its memorandum of law, Mystic respectfully asks this Court to grant this cross-motion for summary judgment and deny plaintiffs' motion for summary judgment, dated February 19, 2021 [ECF 61], enter judgment against both plaintiffs and in favor of all defendants, including Mystic, and grant such other and further relief as is just and appropriate.

Dated March 3, 2021                     Respectfully submitted,

DEFENDANT-INTERVENOR
THE SEA RESEARCH FOUNDATION, INC.
d/b/a MYSTIC AQUARIUM

By:

| */s/ James H. Lister* | */s/ Lawrence S, Grossman* |
|---|---|
| James H. Lister (DC 447878) and | Jeffrey M. Sklarz (ct20938) |
| Nicole M. Bayne (CA 328392) | Lawrence S. Grossman (ct15790) |
| Birch Horton Bittner & Cherot, P.C. | Green & Sklarz, LLC |
| 1100 Connecticut Ave., NW, Suite 825 | One Audubon Street, Third Floor |
| Washington, D.C. 20036 | New Haven, CT 06511 |
| (202) 659-5800 | (203) 285-8545 |
| | Fax: (203) 823-4546 |
| jlister@dc.bhb.com | lgrossman@gs-lawfirm.com |
| nbayne@dc.bhb.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: March 3, 2021  /s/ Lawrence S. Grossman\_\_\_
Lawrence S. Grossman