# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRIENDS OF ANIMALS<br><br>and<br><br>LAST CHANCE FOR ANIMALS<br><br>        *Plaintiffs*,<br><br>   v.<br><br>WYNN COGGINS, et al.,<br>        *Defendant*.<br>  and<br><br>SEA RESEARCH FOUNDATION, INC.<br>     *Defendant-Intervenor* | ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-cv-1312-AWT<br><br>March 3, 2021 |

### DECLARATION OF JAMES H. LISTER

1. I, James H. Lister, am a lawyer and am admitted pro hac vice to represent Defendant-Intervenor Sea Research Foundation, Inc. d/b/a Mystic Aquarium.

2. I submit this declaration to authenticate documents.

3. Attached as Schedule 1 to this Declaration is a document printed directly from the State of Connecticut's website:

   *Governor Lamont and Mystic Aquarium Leaders Unveil Long-Term Restructure Plan (09/22/20)*

   https://portal.ct.gov/Office-of-the-Governor/News/Press-Releases/2020/09-2020/Governor-Lamont-and-Mystic-Aquarium-Leadership-Unveil-Long-Term-Restructure-Plan

4. Attached as Schedule 2 to this Declaration is an email dated February 22, 2021 that I received from retired attorney George Mannina. Plaintiffs allege Mr. Mannina represented Mystic in 2015 and made statements on behalf of Mystic, citing AR00074-75. See Pltf.Op.Br. at 4 (DE 61-1). I provided Mr. Mannina with AR 1074-1075 and Plaintiffs' brief. His reply email (attached as Schedule 2) confirms he did not represent Mystic. His email address is redacted for privacy as he is retired and it is his personal email address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. § 1746.

Executed this 3rd day of March, 2021 in the District of Columbia.

_James H. Lister_

James H. Lister

CT.gov Home   (/)   Governor Ned Lamont   (/Office-of-the-Governor)   News   (/Office-of-the-Governor/News)

Press Releases   (/Office-of-the-Governor/News/Press-Releases)

Governor Lamont and Mystic Aquarium Leadership Unveil Long-Term Restructure Plan

> Press Releases (/Office-of-the-Governor/News/Press-Releases)                                    >
>
> Speeches (/Office-of-the-Governor/News/Speeches)                                                >
>
> Subscribe to News Updates (/Office-of-the-Governor/News/Sign-Up-for-News-                        >
> Updates)
>
> **Search the Governor's Office**
>
> &#x1F50D;

## Press Releases



### STATE OF CONNECTICUT
# GOVERNOR NED LAMONT

**09/22/2020**

## Governor Lamont and Mystic Aquarium Leadership Unveil Long-Term Restructure Plan

(HARTFORD, CT) – Governor Ned Lamont announced today the completion of a $31.5 million public-private restructure and investment in Mystic Aquarium that will assist the popular southeastern Connecticut tourist destination to continue operations following the impact of the global COVID-19 pandemic. Under the restructure, Mystic Aquarium has raised more than $10 million from private donors and eliminated $14.5 million in long-term debt. The State of Connecticut will make available a $7 million line of credit for working capital, and the plan calls for Mystic Aquarium to replace the state funding with private capital following recovery from COVID-19.

"This is a great deal for Connecticut," **Governor Lamont said**. "This is an investment in one of our treasured assets, and which the state leveraged its support to get significant investment from the private sector, including debt forgiveness and incredible support from the philanthropic community. Like the hundreds of thousands who visit Mystic Aquarium each year, I am in awe every time I walk through the gates. It is not only a destination – it is an education and conservation center. This plan assures that Mystic Aquarium will prosper and continue to provide social and economic benefit to the citizens of Connecticut."

Mystic Aquarium, one of the largest tourist attractions in Connecticut and a centerpiece of the state's $18 billion annual tourism economy, had a yearly attendance of 800,000 people pre-COVID, and serves 100,000 students in the state with distance learning and other education programs. It is home to 5,000 animals, including endangered and threatened marine mammals. The facility closed to the public on March 17 and reopened on July 1.

"Mystic Aquarium worked diligently to raise an impressive amount of private donations from its board and other donors and to work with its banks on a global solution in which the state was one of many partners," **Economic and Community Development Commissioner David Lehman said**. "This is a model for economic development in COVID-19 and beyond with shared public-private investment."

"We are appreciative of Governor Lamont and Commissioner Lehman, state and federal leaders, board donors, and new donors for an incredibly collaborative approach to positioning Mystic Aquarium for the future," **Dr. Stephen M. Coan, president and CEO of Mystic Aquarium, said**.

Congressman Joe Courtney, Senator Richard Blumenthal, and Senator Chris Murphy assisted Aquarium officials in reaching agreement with key partners.

"Mystic Aquarium's future is absolutely key to the vitality of Southeastern Connecticut and the State," **Congressman Courtney said**.

"Marking this profoundly important achievement, I salute the state's lifeline financial assistance to the Mystic Aquarium – one of the nation's premier research and education institutions," **Senator Blumenthal said**. "This aid helps sustain a cultural treasure – a vital destination that drives jobs and economic vitality in the region and entire state. Having assisted in this team effort, I will continue to advocate more federal funding for our recreational and tourist attractions that have suffered financial distress because of the pandemic. I thank Governor Lamont and his team for their leadership, and Steve Coan and all the Mystic Aquarium staff, volunteers, and supporters."

Twitter: **@GovNedLamont (https://twitter.com/GovNedLamont )**
Facebook: **Office of Governor Ned Lamont (https://www.facebook.com/GovNedLamont)**

**James Lister**

| | |
|---|---|
| **From:** | George Mannina <████████@gmail.com> |
| **Sent:** | Monday, February 22, 2021 1:33 PM |
| **To:** | James Lister |
| **Subject:** | Re: AR cite page range |

***External Email Address***

JIm - thank you for sharing these pages from the AR. Conspicuously absent from the pages is any reference to Mystic Aquarium as my client, which it was not.  Any work I did regarding the import or other acquisition of beluga whales was on behalf of the Georgia Aquarium.

On Mon, Feb 22, 2021 at 1:23 PM James Lister <jlister@bhb.com> wrote:

Here are the cited AR pages.


James H. Lister, Esq.

Birch Horton Bittner & Cherot, P.C.

1100 Connecticut Avenue, NW, Ste. 825

Washington, D.C.  20036-4165

(202) 862-8368 - Direct

(202) 659-5800 - Phone

(202) 659-1027 - Fax


This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 659-5800 and immediately delete this message and all its attachments.

1

--
George Mannina