# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS<br><br>and<br><br>LAST CHANCE FOR ANIMALS<br>      *Plaintiffs*,<br><br>v.<br><br>WYNN COGGINS, et al.,<br>      *Defendant*.<br>and<br><br>SEA RESEARCH FOUNDATION, INC.<br>      *Defendant-Intervenor* | No. 3:20-cv-1312-AWT<br><br>March 3, 2021 |

## DECLARATION OF ALLISON TUTTLE

1. I, Allison D. Tuttle, am a veterinarian and the Senior Vice President of Zoological Operations at Mystic Aquarium.

2. I have read Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Material Facts (DE 61-1). In paragraph 12 of that Statement, Plaintiffs assert that I and my colleague Larry Rivarde of Mystic Aquarium met with NMFS official in October 2015 about importing belugas from Marineland. Plaintiffs cite AR 020437-P, a scheduling email that shows a meeting occurred among me, Mr. Rivarde, and NMFS permits staff.

3. The meeting alleged by Plaintiffs did in fact occur. I was at it. I recall Ms. Skidmore of NMFS was present. At the meeting, Mr. Rivarde and I discussed the possibility of importing belugas to Mystic from Marineland in Canada, including the possibility of doing so for scientific research.

I declare under the penalty of perjury that the foregoing is true.
Executed in Mystic, Connecticut on March 3, 2021.

                                                            Allison D. Tuttle

1