# EXHIBIT C

| | | |
|---|---|---|
| FRIENDS OF ANIMALS<br><br>and<br><br>LAST CHANCE FOR ANIMALS<br><br>       *Plaintiffs*,<br><br>    v.<br><br>WILBUR ROSS, et al.,<br>               *Defendant.*<br>    and<br><br>SEA RESEARCH FOUNDATION, INC.<br>       *Defendant-Intervenor* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:20-cv-1312-AWT |

## DECLARATION AND AFFIDAVIT OF CARMEN GRIMALDI

I, Carmen Grimaldi, am the Head of Operations at Marineland of Canada Inc. ("Marineland"), the transferor of the beluga whales that are the subject of this litigation. I make this Declaration and Affidavit ("Affidavit") in support of the briefing being submitted in this case by Defendant-Intervenor Sea Research Foundation, Inc., d/b/a Mystic Aquarium ("Mystic"), which will receive and care for these belugas.

### Introduction

1.      In this litigation, Plaintiffs Friends of Animals and Last Chance for Animals seek judicial review of the decision of the United States National Marine Fisheries Service ("NMFS") to grant Mystic a permit to import into the United States for scientific research five beluga whales that we now care for at Marineland: Kharabali, Sahara, Jetta, Havok, and Havana

(the "Belugas"). AR000746. Although we do not generally utilize the names of individual belugas at our park in front of patrons, our employees use the names in their work, when speaking among themselves.

2. I have worked for Marineland for 14 years and have been promoted to my present position and now report directly to the owner, Ms. Marie Holer. John Holer founded Marineland in Niagara Falls in the Province of Ontario, Canada in 1963. He was CEO and owner until his death in June, 2018. He developed the large animal collection that Marineland now has. Marineland is now owned by his widow, Marie Holer. As Head of Operations, I report directly to Ms. Holer. Because so much of Marineland's work as an aquarium and zoo involves caring for its animal collection, my work as head of operations over the last 14 years has resulted in me having a detailed knowledge of the animal collection, and the other matters discussed in this Declaration. Since its creation, I have served as a member of our statutory Animal Care Committee, which develops and oversees the plans for care of our animals (as head of operations, I am on the Committee – the remainder of the Committee are veterinarians and animal care personnel). In preparing this Declaration, I consulted with our veterinarian (Dr. June Mergl), our head of marine mammal operations (Kelly D'Intino), who supervises trainers, and our owner (Ms. Holer), to ensure accuracy.

3. The purpose of my Declaration is to provide information concerning: (a) Plaintiffs' claims that NMFS has caused Plaintiffs injuries that the Court can remedy, i.e. facts relevant to whether Plaintiffs have standing-to-sue, (b) certain aspects of Plaintiffs' claims that

NMFS did not adequately consider environmental impacts, and (c) Plaintiffs' claims of irreparable harm and matters concerning their demands for relief.[1]

### Information Regarding Plaintiffs' Claims of Injuries and Standing to Sue

4.      One of the Plaintiffs, Last Chance for Animals ("LCA"), has long been active in criticizing the care that Marineland provides to beluga whales. I do not recall the other Plaintiff (Friends of Animals) protesting at or filing complaints against Marineland or having any presence at our park. In the Amended Complaint, LCA alleges that it would be injured if the Belugas are moved from Marineland to Mystic because LCA's members and supporters would be deprived of the opportunity to see the five Belugas at Marineland. Amended Complaint, ¶¶ 17, 18. It is highly unlikely LCA supporters can really tell individual belugas apart as there are so many (about 50) at our park; they look alike; and we generally do not use individual beluga names in front of the public when the belugas are present. I have read the Declaration of Katherine Logan, who says she is "employed with [Plaintiff] Last Chance for Animals," and question how she could have "known Havok, Kharabali, Sahara, Havana and Jetta" for their entire lives, when they are five out of our many hard-to-distinguish belugas.[2]

---

[1]      Where needed to provide context, I also state related information that is in the Administrative Record, citing the AR page number. To provide context on undisputed matters, I also cite allegations in Plaintiffs' Amended Complaint.

[2]      Ms. Logan does not state the capacity in which she is employed by LCA or provide any expertise she might have in identifying specific belugas. From working at Marineland for 14 years, I know that only the trainers and veterinarians can tell the beluga whales apart from each other on a reliable basis – there are about 50 of these animals in our three pools, they look alike, and we do not use their given names in front of the public. We also regularly move belugas between our different beluga pools for husbandry reasons, which would make any effort to learn individual beluga names even harder. Even though I have worked at Marineland for 14 years, being at the park daily, I still cannot reliably identify individual belugas. We have a large number of young belugas, so they do not stand out from the crowd of belugas.

5. Even if LCA members and supporters could identify individual belugas in Marineland's pool, and so notice their absence after transfer to Mystic, LCA's assertion that it would be injured if the Belugas are moved from Marineland to Mystic is surprising to me because LCA has a well-documented history of making blistering attacks on the quality of care that we, at Marineland, provide to our belugas. LCA, on its webpage, claims that it conducted a "five-month undercover investigation into Marineland, during the summer and fall of 2015, with a primary focus on the park's beluga whale population and the conditions under which they are being held." *See* Schedule A. LCA further claims that it observed physical injuries to our beluga whales, which LCA purports to describe in graphic detail. *Id.* LCA states that, based on this investigation, it filed charges against Marineland with the Ontario Society for the Prevention of Cruelty of Animals ("OSPCA"), which at the time had a role in regulating Ontario zoos and aquariums. *Id.* The OSPCA thoroughly investigated LCA's complaint and did not pursue any charges relating to this LCA investigation and LCA's groundless claims. In addition, on the same webpage, LCA mistakenly asserts that we allow illegal interaction between cetaceans (in this case, our dolphins) and the public, and that in December, 2019 LCA filed another complaint with the Ontario Authorities (to date the Ontario Authorities have not issued any charges in response to that LCA complaint either.) [3]Schedule A. Of note in this regard: One of the conditions of the permit NMFS granted in this case is that Mystic not allow "interactive" contact with customers.[4] Thus, transfer of the Belugas to Mystic will provide LCA with reassurance that the visitor/beluga encounters that LCA opposes would not occur.

---

[3]    I add that the Ontario authorities (under the Province's Solicitor General) investigate every citizen complaint they receive and that they are also in regular communication with Marineland due to routine inspections. We have no reason to believe the authorities will open any proceeding against Marineland based on this most recent (December, 2019) complaint by LCA.

[4]    NMFS Permit, AR000008.

6. The top posting on the same LCA webpage (Schedule A) discusses LCA's involvement in the present lawsuit in the District of Connecticut and claims that "Transferring these intelligent and sentient animals from one aquarium to another only benefits the aquariums," … and that the "best, most humane course of action would be for the whales to have one final transfer to a sanctuary …." *Id.* LCA's true intentions are stated in the Declaration of Katherine Logan of LCA, which states that "when whales cannot be returned to their natural habitat they should be freed to a sanctuary …." Logan Declaration, ¶ 13. Having worked to defend Marineland from LCA's attacks for several years, and having read these materials, I believe that LCA opposes the transfer to Mystic, not because of any belief that Mystic will be a poor caretaker, but because LCA views *any* transfer of the Belugas to Mystic as diminishing the chance that they will ever go to a "sanctuary," which is what LCA truly wants.[5]

7. Marineland has not and is not considering transferring any belugas to "sanctuaries." No cetacean "sanctuaries" presently exist in Canada or the United States. There is one experimental "sanctuary" in Iceland, the only one in the world known to me. In addition, the Whale Sanctuary Project, which is attempting to organize a "sanctuary" in Canada, so far with little progress (no permits, not facilities, etc.), has written Marineland and stated: "I am also personally very familiarly with the Icelandic beluga sanctuary site in Klettsvik Bay. Although, we are not associated with the Icelandic sanctuary, my experience there, working with the orca Keiko more than 15 years ago, led us to recommend against selecting it as a viable sanctuary site.", Charles Vinick, Executive Director, The Whale Sanctuary Project, October 25, 2019. I would be very worried about sending a beluga to a "sanctuary." Sanctuaries and the effects on belugas of living in sanctuaries have not been studied, and I have concerns about risks of

---

[5] There is no legally-established definition of sanctuary that I know about.

pollution, spread of disease from wild animals, and other variables introduced in a "sanctuary" that can be readily controlled at an aquarium with an outdoor habitat like at Mystic. Further, as Plaintiffs acknowledge, Canada's 2019 law generally prohibits public display of cetaceans (including belugas) within Canada, but contains a grandfathering exception allowing Marineland, as a pre-existing park, to continue that revenue-producing activity. Amended Complaint, ¶ 74.

8.      In summary, if this Court upholds the NMFS permit, Marineland will transfer the Belugas to Mystic. If this Court, instead, sets aside the NMFS permit, Marineland will simply look for another qualified aquarium to receive the Belugas, in order to implement Marineland's continued efforts to reduce its beluga population; an action implemented so that Marineland can better care for its remaining belugas. If these efforts fail, Marineland would keep the Belugas at Marineland, where it can continue to lawfully exhibit them to the ticket-buying public. Marineland has no plans (contingent or otherwise) to send the Belugas to a "sanctuary."

### Information Concerning Environmental Analysis, Irreparable Harm, Public Interest, and Plaintiffs' Remedy Demands

9.      As described in the affidavit of Ms. Marie Holer that Mystic submitted to NMFS with its permit application, Marineland's Animal Care Committee conducted an evaluation of our beluga program. AR000500-501. At that time, we cared for approximately 55 belugas. The Committee recommended reducing the beluga population. *Id.* Ms. Holer accepted that recommendation. *See id.* To start implementing this effort, Marineland applied for permits to transfer two beluga whales to an aquarium in Valencia, Spain (Oceangrafic). *See* Amended Complaint, ¶77.[6] Canada's Fisheries Minister Jonathan Wilkinson approved the export in September, 2019, after enactment of Canada's new law limiting exports to exports for scientific

---

[6]      Although Marineland cared for these two belugas, they were owned by Ocean Wise, the parent company of Vancouver Aquarium.

research and exports in the bests interests of the animals. *See id.* ¶¶ 72, 77 (noting enactment of this law). Thus, the Minister approved the export to Spain under one or both exceptions. [7]

10. Marineland's agreement with Mystic for the transfer of the Belugas will allow for important scientific research and reduce Marineland's beluga population, and thereby improve care for the remaining belugas at Marineland. See Holer Affidavit, AR 000500-501.[8] Based upon experience at Marineland, and based on working with Mystic in preparation for the transfer, I believe the Belugas will receive more individualized care and more attention at Mystic than they can receive at Marineland. Marineland has veterinary resources – we contract with a local veterinary practice that serves the Niagara Falls community: Niagara Falls Animal Medical Clinic. Members of that practice (led by Dr. June Mergl) come to our park approximately three to five days per week. As they are generalist veterinarians who work with a wide variety of species (although Dr. Mergl has over time developed particular knowledge of marine mammals), we also from time to time engage specialists in marine mammals. During their regular visits to our campus, the contracted veterinary practice cares for our large beluga population, our orca, our dolphins, sea lions, seals, penguins and other marine wildlife, and our terrestrial wildlife, including bears and deer. However, Mystic has greater in-house veterinary and trainer resources, including three in-house veterinarians board certified by the American College of Zoological Medicine who specialize in marine mammals, and would be housing only eight

---

[7] Fisheries Minister Jonathan Wilkinson did not, to my knowledge, issue any formal opinion when he approved the export to Spain. However, he did provide the reasoning underlying his action granting the export permit in published interviews with the media, whose reports are attached as Schedule B to this Declaration. For reasons unrelated to the Canadian government export approvals, which were obtained, the transfer to Spain has not occurred.

[8] As Ms. Holer also notes in her Affidavit, Marineland will not be obtaining new beluga whales to replace those it is transferring to Mystic AR000501

belugas (the three it already cared for plus the five Belugas being transferred under the permit at issue).[9]

11.    Recent events have exacerbated the need to transfer the whales. Due to the large population of whales at Marineland it is difficult to spend a high amount of time focused on each beluga every day. Belugas often mask early signs of illness very well; these can be overlooked without individualized interaction. Thus, there is increased risk that minor conditions or infections will not be noted immediately, allowing them to become more serious conditions. Similarly, in larger populations (due to close proximity of numerous belugas) there would be a greater degree of infection spread from one whale to the other if a contagious disease occurred. Although that does not appear to be a major factor recently, the size of the population would make it difficult to control such infection should one become established. Young whales, such as the ones proposed to be moved to Mystic, are among the most vulnerable to most infectious diseases. Severe illness may lead to death. Thus, if a disease agent that can be passed whale to whale were to become established in the facility, illness of a single animal would pose a substantial risk to other animals. The transfer of five whales (10% of our population) to Mystic substantially relieves this concern. As noted below, three whales for export have been substituted as a consequence of health issues:

    a.  <u>Frankie</u> (conditions detailed at AR000712, including esophagitis and gastric ulcerations with ongoing active regurgitation, several blood testing parameters out of normal range, and fecal exam showed high growth of *Clostridium* bacteria.)

    b.  <u>Qila</u> (conditions detailed at AR000712, diagnosed with septic gastritis with ongoing active regurgitation, and several blood testing parameters out of normal range).

---

[9]    AR000204 (current beluga population at Mystic), AR000217 (listing two Mystic in-house veterinarians, Dr. Allison Tuttle and Dr. Jennifer Flower – I understand Mystic now has three in-house veterinarians).

c. <u>Mira</u> (conditions detailed at AR000712, high levels of *Candida* sp. from respiratory tract culture. Active *Candida* sp. lesions (fungal plaques) observed on blowhole. One blood testing parameter (globulins) out of normal range.

In place of these three belugas, Mystic agreed to accept three other belugas (Havok, Sahara, and Jetta) and NMFS approved that substitution in a minor permit amendment.[10] Frankie, Qila, and Mira have since all recovered, with the help of Mystic's veterinarians. All belugas will be tested to make sure they are healthy (including free of known diseases that can spread from whale to whale) before transport occurs – it was such pre-transport testing that caught the issues with Frankie, Qila, and Mira, resulting it this beluga substitution. AR000712. It is not uncommon for illness to develop among several whales, unbeknownst to staff, when a large social group is together. This has happened on several occasions and can and has on occasion lead to death. Transfer to decrease population size and disperse whales into a smaller group at Mystic is in the best interests of the Belugas in this instance.

12. As Mystic explained in its response to comments in the permit proceeding before NMFS, "All [belugas being transferred] have been in a social grouping together and will be grouped together prior to being imported, therefore, creating a familiar social group for these five animals." AR000658. Mystic also stated that the beluga whales being imported "[h]ave been managed in changing social groups since their birth." AR000658. Mystic provided these statements to NMFS during the permit proceeding, before the substitution, in late 2020, of Havok, Sahara, and Jetta for Frankie, Qila, and Mira. I have checked with our veterinary and trainer staff. Mystic's statement remains accurate, accounting for the recent substitutions that NMFS approved.

---

[10] AR00712, 000746. The names of the three substituted-in and three substituted-out belugas are all in the public record.

13.     In summary, Marineland is working hard under new ownership (Ms. Holer) to improve care for our belugas.  To achieve that objective, we need to reduce the number of belugas we care for, so that we can better focus our attention on the remaining belugas, as our Animal Care Committee has recommended.   AR000500-501.   Given the circumstances I have reviewed above, I believe the Belugas will be better off at Mystic than at Marineland.   In addition, Mystic's personnel (housed at Mystic) and equipment are located at its facility in Mystic, Connecticut, making it far more feasible for Mystic's research team to conduct research at Mystic than at Marineland, which also eliminates the need to transport samples from one aquarium to the other.[11]  I urge the Court to affirm the permit so that these five Belugas can go to Mystic and receive more individualized care there, while allowing Mystic to perform the important scientific research that NMFS has authorized it to conduct.

[Signature Page follows]

---

[11]     Testimony of Mystic chief scientist Dr. Romano at the NMFS public hearing, AR000869.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on February __, 2021 in Niagara Falls, Ontario, Canada.

_C. Grimaldi_
Carmen Grimaldi

SWORN BEFORE ME
at the City of Niagara Falls
in the Province of Ontario
this 26 day of February, 2021

A Commissioner, etc.

Amber Nicole Harwood,
a Commissioner, etc.,
Province of Ontario, while
a Student at law.
Expires January 27, 2024.

11

# THIS IS SCHEDULE A

as referred to in
the Affidavit of Carmen Grimaldi,
sworn before me at the City of Niagara Falls,
in the Province of Ontario,
this 26 day of February, 2021

_____
(A Commissioner for Taking Affidavits, etc.)

Amber Nicole Harwood,
a Commissioner, etc., Province
of Ontario, while a
Student-at-Law. Expires
January 27, 2024.

 **LAST CHANCE FOR ANIMALS**

Search this site    [ Search ]    [ **Donate Now** ]

| Home | **Investigations** | Campaigns | Donate | About LCA | Get Involved | Blog |



LCA JOINS LAWSUIT:

# Stop the Export of Beluga Whales

**Follow Us**

  
 



  



## UPDATE January 2021: LCA Joins Lawsuit to Stop the Transfer of 5 Beluga Whales from Marineland Canada to Mystic Aquarium in Connecticut

**February 1, 2021** - LCA joined a lawsuit launched by **Friends of Animals (FoA)**, an international animal advocacy organization, against the National Marine Fisheries Service (NMFS) to stop the transfer of five Beluga whales from Marineland Canada in Niagra Falls, Ontario to Mystic Aquarium in Mystic, Connecticut. LCA will be joining the lawsuit as co-plaintiff.

Mystic Aquarium in Connecticut was issued a permit by NMFS to import five Beluga whales from Marineland Canada. The permit is valid until August 31, 2025. Transferring the whales would require a difficult journey of over 10 hours by multiple means of transportation. Further, the transportation of the whales from Marineland to Mystic would create stress, and destroy the social bonds the whales have already formed at Marineland.

Under the five year term of the permit, breeding the Beluga whales is prohibited; however, these restrictions will only last five years. Breeding the Beluga whales in Canada would violate the *Criminal Code* which criminalizes the breeding of captive cetaceans. Moving the whales to Mystic would take them out of the important, hard-fought protections of Bill S-203 and leave them vulnerable to breeding and thereby perpetuating the cycle of captivity of these majestic creatures. The Canadian government has not announced a decision on whether it will allow Marineland to export the whales.

"Transferring these intelligent and sentient animals from one aquarium to another only benefit the aquariums," said Chris DeRose, President, and Founder of Last Chance for Animals. The best, most humane course of action would be for the whales to have one final transfer to a sanctuary, where they can live out their days free from discomfort, captive breeding, and research."

The suit, entitled *Friends of Animals and Last Chance for Animals v. Wilbur Ross and National Marine Fisheries Service* was filed at the United States District Court, District of Connecticut. Case file number: No. 3:20-cv-01312-AWT.

Mystic would be purchasing these whales with the Georgia Aquarium. The Georiga Aquarium did not have to complete an application for the permit to be issued.

LCA strongly believes whales should not be kept in captivity and is calling on the governments of both Canada and the United States to prevent this harmful transfer of Beluga whales from Marineland Canada to Mystic Aquarium. LCA believes the transfer would cause undue stress and prolong the suffering of captive whales by allowing breeding at the expiration date of the permit, which will thereby allow the suffering of captive cetaceans to perpetuate.

### CLICK HERE TO SIGN LCA'S CHANGE.ORG PETITION TO STOP THE TRANSFER OF BELUGA WHALES FROM MARINELAND TO MYSTIC AQUARIUM

## December 2019: LCA Files Complaint Against Marineland Canada Over Performances of Cetaceans

**Subscribe to LCA's Email Alerts**

\* indicates required
Email Address \*

First Name \*

Last Name \*

US State \*

Country \*

[ Subscribe ]

Did you know... ?

**The rate of colon cancer is highest in regions where meat consumption is higher.**

TO ENACT HUMANE LAWS WE NEED
TO ELECT HUMANE LAWMAKERS

**December 17, 2019** - LCA filed a complaint with the Ontario Ministry of the Solicitor General against Marineland Canada based on performances of cetaceans (i.e., whale, dolphin, or porpoise).

The complaint was filed after the **passage of Bill S-203 received Royal Assent** on June 21, 2019, which led to the creation of new animal cruelty provisions in the *Criminal Code of Canada*. These provisions impose restrictions on keeping whales, dolphins and other cetaceans in captivity. These sections allow organizatinos that had cetaceans before the bill came into effect to keep the cetaceans but impose restrictions on their handling. The new animal cruelty provisions at section 445.2(4) of the Criminal code set out that:

**(4) Every person commits an offence who promotes, arranges, conducts, assists in, receives money for or takes part in any meeting, competition, exhibition, pastime, practice, display or event at or in the course of which captive cetaceans are used, in Canada, for performance for entertainment purposes**, unless the performance is authorized under a license issued by the Lieutenant Governor in Council of a province or by an authorized authority.

LCA attended, observed, and took video recordings at the dolphin show at Marineland on August 6, 2019. The show took place in a stadium in front of an audience. Marineland sold tickets to patrons to allow them access to the park and to watch the dolphin show. Dolphins are seen numerous times throughout the show performing tricks in front of an audience. LCA followed up with the Lieutenant Governor in Council's office, the Attorney General's office and the Solicitor General's office with an aim to determining whether Marineland has been issued a special permit for these performances, but have been unable to confirm.

At the same time of LCA's attendance, tickets were also available for purchase for encounters with Beluga whales. LCA witnessed, at the Beluga whale encounter, that patrons were permitted to pet and touch Beluga whales.

## August 2019: Mystic Aquarium Connecticut Application (84 FR 52072) to Import 5 Beluga Whales from Marineland Canada is Pending

Mystic Aquarium in Connecticut filed a permit application to import five Beluga whales from Marineland Canada for scientific research. Under the US Marine Mammal Protection Act (MMPA) and the Canadian Wild Animal and Plant Protection and Regulation of International and Interprovincial Trade Act, the laws do not allow for this importation. The five Beluga whales proposed for import descend from the depleted Sakhallin Bay-Nikolaya Bay-Amur River population in the Russian Federation. The MMPA clearly states there should be no public display of marine mammals from depleted populations. Otherwise, the relevent MMPA exemption for importing depleted marine mammals for scientific research would be a massive loophole to get animals for public display and breeding. The June 2019 passage of Canadian Bill S-203 made displaying cetaceans for entertainment purposes illegal and placed restrictions on importing, exporting, and breeding.

LCA is calling on the Ontario Ministry of the Solicitor General to investigate LCA's complaint against Marineland Canada. Politicians, law makers, concerned citizens, and numerous animal organizations of Canada and the United States have fought long and hard to get protections for cetaceans.

As evidenced by this letter written by the Animal Welfare Institute to the National Marine Fisheries Service, many people and organizations also take issue with the proposed export of the Beluga whales.

LCA is urging the National Marine Fisheries Services (NMFS) to deny the permit application by Mystic Aquarium Connecticut to import five Beluga whales from Marineland Canada for scientific research. The NMFS is currently reviewing 9,532 public comments on the application that were submitted by midnight deadline on Dec 2, 2019. In addition, LCA is calling on the Minister of Environment and Climate Change, the Honourable Jonathan Wilkinson to deny the export permit.

## January 2019: VICTORY: Bill S-203, Ending the Captivity of Whales and Dolphins Act, Passes in Canada!

In a landmark victory for marine mammals—on June 10, 2019, Bill S-203 overwhelmingly passed its third reading in the Canadian House of Commons! The bill, which bans the breeding, capture, and confinement of cetaceans, was signed into law on June 21, 2019 after receiving Royal Assent.

Bill S-203, which was first introduced by now-retired Sen. Wilfred Moore in Dec. 2015 and later adopted by Green Party Leader Elizabeth May in 2016, faced years of opposition in the Senate by pro-captivity Conservative lawmakers. Thanks to your hard work, the bill cleared one of its biggest hurdles on April 2, 2019, when it advanced through the Standing Committee on Fisheries and Oceans unamended following Marineland's last-minute requests for amendments to the bill.

Back in Nov. 2018, LCA created a petition—E-1919 (Cruelty to Animals)—urging the Canadian House of Commons to pass the bill. Having reached the required number of signatures, the petition was certified on March 7, 2019, and was presented to the House for their review.

## 2016: LCA Investigation Reveals Cruelty to Whales at Marineland Canada

**SAD LOSS ON AUGUST 13, 2017** - Gia, a three-year-old beluga whale featured in LCA's investigation at Marineland Canada, suddenly died. Gia was one of five captive cetaceans (whales, dolphins & porpoises) in Canada who died between November 2016 and August 2017.



Last Chance for Animals Undercover Investigation of Marin...

Watch the video above to see LCA's undercover footage of Marineland Canada

(B-roll for Press: Email to Request Access)

## Summary of Investigative Findings:

LCA conducted a five-month undercover investigation into Marineland Canada, during the summer and fall of 2015, with a primary focus on the park's Beluga whale population and the conditions under which they are being held. The majority of the park's 46 belugas are confined to just three main pools with no breeding program in place to regulate births, allowing Marineland's population of belugas to continue to grow at an alarming and irresponsible rate.

The investigation uncovered disturbing inadequacies in the care of the whales, which include:

- Multiple beluga cows observed suffering for months from an undiagnosed condition reported by employees to park management as "genital rubbing" which caused the whales to rub themselves constantly against the concrete tank until blood was visible in the water.
- Gia, a juvenile beluga who was initially separated from her mother by accident, was left in a shallow isolation pool for three months while she became emaciated.
- A three-month-old beluga calf with a deep laceration near his fluke left untreated for two days before seen by a local small animal vet. The laceration reopened shortly thereafter.
- Belugas exhibiting signs of eye abnormalities, such as redness, irritation, and cataracts, and in some cases, young belugas appearing to develop cataracts prematurely.
- Numerous belugas with various medical conditions, such as hypersalivation, regurgitation, and raw, red throats, in some cases for prolonged periods of time.
- Routine deprivation of food for training purposes.
- The birth of 5 calves, one of which died.

The investigation also revealed that the whales were housed in enclosures that are not only barren in comparison to their natural environment but also unsafe and harmful in their very design and the interactions they promote, including:

- 46 belugas of both sexes ranging in age from newborns to mature adults confined in three main cement enclosures.
- Belugas, including newborn calves, covered in "rake marks", from being attacked and bitten by dominant whales.
- Enclosures that did not provide the whales with areas away from public view, nor any protection from the elements.
- Enclosures with inadequate barriers that promote unsupervised public contact with the whales as well as the accidental or deliberate introduction of foreign objects into the whales' enclosures.
- Kiska, Marineland's lone orca, constantly swimming in circles in the smaller of her two pools.
- More than 100 barrels of industrial strength bleach kept on site, and employees repeatedly complaining of burning eyes and a strong chlorine smell on certain days when next to the pools.

These findings formed the basis of LCA's complaint to the Ontario Society for the Prevention of Cruelty to Animals for violations of the *OSPCA Act* and its prescribed standards of care. The OSPCA investigated but declined to take action against Marineland. The results of the OSPCA's investigation are not publicly accessible, highlighting a disturbing lack of transparency despite the agency's role as the enforcement arm of provincial animal protection legislation.

Marineland Canada, located in Niagra Falls, Ontario, first opened in 1961 as little more than a roadside attraction. John Holer, whose background is in the circus industry, purchased three sea lions to put on display and charged $.25 cents for admission. From that point forward, the park began growing rapidly and by the 1970s, had expanded to include a 2,000 seat "aquatheatre", as well as acquiring its first captive orca, "Kandu", who quickly became the star attraction. Marineland is now not only Canada's largest amusement park but also confines more beluga whales than any other park in the world.

Marineland and Mr. Holer are no strangers to controversy, having become the subject of intense public scrutiny after allegations emerged of mass animal graves located inside the park, a claim which was later proven to be true. Since then, the park has been involved in a litany of scandals involving both the park itself and the often erratic behavior of its owner, John Holer. Persistent pressure and condemnation from the public, activists, and

particularly from former Marineland employees themselves have garnered widespread media coverage, including an in-depth investigation into the park by *The Toronto Star*.

Despite Marineland management and Mr. Holer's repeated attempts to silence critics with frivolous lawsuits and threats of litigation, the atrocities committed by Marineland and Mr. Holer are firmly established in the public's eye.

LCA's investigation reveals that no whales should be kept in captivity and that doing so causes suffering and distress to these sensitive social creatures. The Canadian parliament has before it Bill S-203, "Ending the Captivity of Whales and Dolphins Act" which would prevent this tragedy being inflicted upon future whales by banning their capture, confinement, breeding, and sale.



Beluga with eyes closed above water     Gia head bumping the gate in isolation pen     Beluga whale with visible wound on nose

  

Gia's body closeup, with ribs visible     Beluga with eyes closed at feeding     Rake marks on juvenile beluga whale

CLICK HERE **to read expert's statement about the beluga whales at Marineland Canada.**

## In the News:

VICE | Niagra Falls Review | The Dodo Article | Newstalk 610 | The Dodo Video | Animal Voices | Niagra This Week

**Donate**
- Make a Donation
- Planned Giving
- Monthly Donations
- Donate Your Vehicle
- Matching Gifts
- Other Ways to Give

**About LCA**
- Founder's Story
- Mission Statement
- LCA 1980's - Present
- Fighting Chance Newsletters
- Videos
- Contact
- Board of Directors/Financials/Form 990

**Get Involved**
- Volunteer/Intern
- Merchandise
- Events
- Links & Resources
- Kids & Teens
- United Seniors for Animals
- Action Alerts
- Print & PSA Ads
- Careers

Search this site     [Search]

LCA is a non-profit 501(c)(3) organization, incorporated in the State of California in 1985, EIN #95-4013155.

Privacy Policy & Opt-Out | Policies | Contact Us | Legal Info |

**THIS IS SCHEDULE B**

as referred to in
the Affidavit of Carmen Grimaldi,
sworn before me at the City of Niagara Falls,
in the Province of Ontario,
this 26 day of February, 2021

_____
(A Commissioner for Taking Affidavits, etc.)

Amber Nicole Harwood,
a Commissioner, etc., Province
of Ontario, while a
Student-at-Law. Expires
January 27, 2024.

 

 

Hamilton

# 2 Marineland belugas moving to Spain after Ottawa issues permits

Government says the Spanish facility is better equipped to look after them

Liam Casey · The Canadian Press · Posted: Sep 06, 2019 3:39 PM ET | Last Updated: September 6, 2019



Moving two belugas from Marineland in Niagara Falls, Ont., to an aquarium in Spain is 'in the best interest of the whales,' said federal Fisheries Minister Jonathan Wilkinson. (Tara Walton/The Canadian Press)

Two belugas at Marineland will be moved to a Spanish facility the federal government says can better look after them.

Fisheries Minister Jonathan Wilkinson approved the permits for the move under exceptions to a new law that bans the import and export of live whales, dolphins and porpoises.

"Marineland has a large number of animals there," Wilkinson said in an interview. "I would tell you that the Spanish facility is much better equipped to take care of these whales on an ongoing basis in a manner that many of us would be comfortable with."

The two belugas that will be sent to Oceanografic — an aquarium in the Spanish city of Valencia — are owned by Vancouver Aquarium's parent company, Ocean Wise, but housed at Marineland, an amusement park and zoo in Niagara Falls, Ont. There are about 50 belugas at Marineland, the company has previously said.

Under the new law that went into effect in June, Marineland is allowed to keep the animals they have now but are no longer allowed to import or export them. But there are two exceptions to the import/export ban: if it is in the best interest of the whales or if it is for conducting scientific research.

Wilkinson said the extensive application from Ocean Wise satisfied both exceptions.

- **'A more humane country': Canada to ban keeping whales, dolphins in captivity**

"Our view is, it is in the best interest of the whales," Wilkinson said. "It will be a better facility for these whales, and they have also committed there will be no captive breeding, which is important for us."

He also said the research at the Spanish facility will touch on a subject the ministry is keenly interested in: the impact of noise on belugas.

Marineland said in a statement that it "meets or exceeds the highest internationally recognized standards of care for its whales in the world."

# Co-operative achievement

"The relocation of two beluga whales to Spain is a significant international achievement, requiring close co-operation between Marineland, Ocean Wise, Oceanografic and experts within the Canadian government, and was only approved by the minister following a comprehensive and lengthy science-based review," Marineland said in a statement.

"Marineland will continue to work closely with the government of Canada and internationally accredited, experienced research facilities to provide for the future relocation of some of its whales, to aid in critical international research efforts in support of endangered whale populations worldwide."

- **Beluga whales may have their own culture, study shows**

Ocean Wise said the belugas will be "part of a smaller social grouping under excellent animal care." Studies will include examining the whales' physiology and vocalization.

Just before the import/export ban came into effect, Marineland had also applied to move five belugas to an unidentified facility in the United States. Wilkinson said Marineland has not yet reapplied for approval on those animals.

Marineland did not respond to questions about the fate of those five belugas.

## POPULAR NOW IN NEWS

**1**    LIVE
    **Canada could start producing COVID-19 vaccines domestically by summer: sources**
    2449 reading now

**2**    **5th-generation farm owner in Ontario fights city plan to take her property for industrial park**
    1058 reading now

**3**    **Inside an isolation hotel: What to expect in quarantine**
    1028 reading now

**4**    **Vancouver man charged for allegedly running makeshift nightclub released on bail**
    797 reading now

**5**    **'Ray of hope' Regina woman who faced 9 cancer diagnoses dies at 55**
    683 reading now

## RECOMMENDED FOR YOU 



**5th-generation farm owner in Ontario fights city plan to take her property for industrial park**

Christine Rankin

News  -  Canada  -  Hamilton



**Inside an isolation hotel: What to expect in quarantine**

David Common

News  -  Marketplace



LIVE

**Canada could start producing COVID-19 vaccines domestically by summer: sources**

News  -  Politics



**Vancouver man charged for allegedly running makeshift nightclub released on bail**

Jason Proctor

News  -  Canada  -  British Columbia



**'Ray of hope' Regina woman who faced 9 cancer diagnoses dies at 55**

Bonnie Allen

News  -  Canada  -  Saskatchewan

©2021 CBC/Radio-Canada. All rights reserved.

Visitez Radio-Canada.ca



# Two Marineland belugas moving to Spain after Ottawa issues permits

September 6, 2019   UPDATED

CHEK

Two belugas at Marineland will be moved to a Spanish facility that the federal government says is better equipped to look after them.

Fisheries Minister Jonathan Wilkinson approved the permits for the move under a new law that bans the imports and exports of live whales, dolphins and porpoises.

"Marineland has a large number of animals there," Wilkinson said in an interview. "I would tell you that the Spanish facility is much better equipped to take care of these whales on an ongoing basis in a manner that many of us would be comfortable with."

There are about 50 belugas at Marineland, the company has previously said. The two belugas that will be sent to Oceanografic — an aquarium in the Spanish city of Valencia — are owned by Vancouver Aquarium's parent company, Ocean Wise, but housed at Marineland.

Under the new law that went into effect in June, there are two exceptions to the import and export ban — if it is in the best interest of the whales or to conduct scientific research.

Wilkinson said the extensive application from Ocean Wise satisfied both exceptions.

"Our view is it is in the best interest of the whales," Wilkinson said. "It will be a better facility for these whales and they have also committed there will be no captive breeding, which is important

for us."

He also said the research at the Spanish facility will touch on a subject the ministry is keenly interested in: the impact of noise on belugas.

Marineland said in a statement that it "meets or exceeds the highest internationally recognized standards of care for its whales in the world."

"The relocation of two beluga whales to Spain is a significant international achievement, requiring close co-operation between Marineland, Ocean Wise, Oceanografic, and experts within the Canadian government, and was only approved by the minister following a comprehensive and lengthy science-based review," Marineland said in a statement.

"Marineland will continue to work closely with the Government of Canada and internationally accredited, experienced research facilities to provide for the future relocation of some of its whales to aid in critical international research efforts in support of endangered whale populations worldwide."

Ocean Wise said the belugas will be "part of a smaller social grouping under excellent animal care." Studies will include examining the whales' physiology and vocalization.

Just before the new export laws came into effect, Marineland had also applied to move five belugas to an unidentified facility in the United States. Wilkinson said Marineland has not yet reapplied for his approval on those animals.

Marineland did not respond to questions about the fate of those five belugas.

Liam Casey, The Canadian Press



**The Canadian Press**

PREVIOUS                              NEXT

## RELATED STORIES