UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| FRIENDS OF ANIMALS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> GINA RAIMONDO, *et al.* <br><br> *Defendants*. | No. 3:20-cv-01312-AWT <br><br> **DECLARATION OF STEPHEN R. HERNICK IN SUPPORT OF PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS ALL CLAIMS WITH PREJUDICE** <br><br> June 4, 2021 |
|---|---|

I, Stephen R. Hernick, declare as follows:

    1.    The facts set forth in this declaration are based upon my personal knowledge and if called as a witness in these proceedings, I could and would testify competently thereto under oath.

    2.    I am Senior Attorney in the Wildlife Law Program of Friends of Animals. I am an attorney of record for Friends of Animals in the above-captioned case.

    3.    On May 17, 2021, after the belugas had been transported to Mystic Aquarium, I reached out to counsel for the Defendants to inquire if their clients would be willing to enter into a stipulation of dismissal.

    4.    I exchanged several emails between May 17, 2021 and May 21, 2021 with counsel for Defendants about the possibility of a stipulation of dismissal or whether Plaintiffs would need to file a motion to dismiss. Ultimately, Mystic did not agree to a stipulation of dismissal, leading to Plaintiffs filing a Motion to Dismiss.

    5.    Attached as Exhibit A to my Declaration is a true and correct copy of an email thread that contains correspondence between me and counsel for the Defendants about their clients' positions on a potential stipulation of dismissal.

2

6. Attached as Exhibit B to my Declaration is a true and correct copy of an email thread that contains additional correspondence between me and counsel for the Defendants about their clients' positions on a potential stipulation of dismissal.

7. Exhibits A and B contain the complete correspondence between the parties about a potential stipulation of dismissal.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on June 2, 2021 in Centennial, Colorado

Stephen R. Hernick