# Stephen Hernick

| | |
|---|---|
| **From:** | James Lister <jlister@bhb.com> |
| **Sent:** | Wednesday, May 19, 2021 3:07 PM |
| **To:** | Elicker, Natalie (USACT); Stephen Hernick; Stevens, Clifford (ENRD); Nicole Bayne; Lawrence Grossman |
| **Cc:** | Rubin, Jessica; Ball, David A. |
| **Subject:** | RE: Dismissal |

Mystic also requests to have until Friday to respond.    Jim

---

**From:** Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>
**Sent:** Wednesday, May 19, 2021 4:51 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; James Lister <jlister@bhb.com>; Nicole Bayne <nbayne@bhb.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

Hi Stephen,

The government would like until Friday to determine its position with respect to your proposal.  We need the time to discuss the issue with the agency and to adjust for some people being out of work some days this week.

Regards,

Natalie

---

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Wednesday, May 19, 2021 4:33 PM
**To:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <nelicker@usa.doj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

Counsel,

We have not heard anything in the 48 hours since we sent the email below asking about a stipulation of dismissal. Please let us know by the end of the day or we will file a motion to dismiss.

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

---

**From:** Stephen Hernick
**Sent:** Monday, May 17, 2021 2:40 PM
**To:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>

**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** Dismissal

Counsel,

With the belugas having arrived at Mystic over the weekend, Plaintiffs believe this case is moot. As such, please let us know whether your clients are willing to stipulate to a dismissal of all claims with prejudice. If so, we will circulate a draft stipulation for your review and signature.

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)