# Stephen Hernick

| | |
|---|---|
| **From:** | Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov> |
| **Sent:** | Friday, May 21, 2021 2:23 PM |
| **To:** | Lawrence Grossman; Stephen Hernick; James Lister; Nicole Bayne; Rubin, Jessica; Ball, David A. |
| **Cc:** | Elicker, Natalie (USACT); Crawford, Scott (ENRD) |
| **Subject:** | RE: Dismissal |

All - Given that Plaintiffs and Mystic have not reached agreement on a stipulated dismissal, the government reserves its position until Plaintiffs file a motion to dismiss or such an agreement is reached.  Have a nice weekend, all.

Cliff Stevens, USDOJ

---

**From:** Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Sent:** Friday, May 21, 2021 4:02 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <nelicker@usa.doj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

Steve

At this point, I don't see us reaching an agreement today regarding your proposed stipulation, so I would suggest that you file your motion, if that's what you choose to do.  If you do file that motion, perhaps you can make clear how the action could possibly be deemed dismissed, *with prejudice*, if the action is already moot.

Have a nice weekend.

Larry



| | **Lawrence S. Grossman** |
|---|---|
| | Phone: (203) 285-8545 x112 |
| | Direct Dial: (203) 745-0086 |
| | Fax: (203) 306-3391 |
| www.gs-lawfirm.com | lgrossman@gs-lawfirm.com |
| | New Haven Office |
| | One Audubon Street, 3rd Floor, New Haven, CT 06511 |
| | Stamford Office |
| | 243 Tresser Boulevard, Stamford, CT 06901 \| P: (203) 428-4907 \| F: (203) 286-1311 |

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above.  Any disclosure, distribution, copying or use of the information by others is strictly prohibited.  If you have received this message in error, please notify the sender by immediate reply and delete the original message.  Thank you.

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Friday, May 21, 2021 3:41 PM
**To:** Lawrence Grossman <lgrossman@gs-lawfirm.com>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

**CAUTION - EXTERNAL EMAIL**
**This email originated from outside of Green & Sklarz. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Larry,

What you are proposing is in fact an effort to obtain relief that Judge Thompson could not grant in a decision in this case. Plaintiffs are willing to dismiss their claims with prejudice, which would afford defendants the same relief as a written decision on the merits. No decision would prevent Plaintiffs from making arguments about a future permit renewal based on new facts. Plaintiffs are not going to relinquish future rights to challenge a permit renewal based on facts that will occur in the future.

Plaintiffs want to dismiss this case because it is unquestionably moot—no court can provide Plaintiffs with any effective relief. This would conserve judicial resources and save the parties from briefing a wholly unnecessary motion, opposition to which would lack any legal basis. Please let us know by the end of the day whether Mystic is willing to sign a stipulation of dismissal with prejudice or whether it intends to oppose a motion to dismiss all claims with prejudice.

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

**From:** Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Sent:** Friday, May 21, 2021 12:55 PM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

Steve

Perhaps I should been more clear: Mystic is *not* trying to obtain any relief by way of a stipulation that it could not expect to receive in a decision authored by Judge Thompson. However, in the same regard, Mystic will not consent to a dismissal that simply allows plaintiffs to prevent Judge Thompson from issuing a written decision, on the merits, so that plaintiffs can raise the same issues and arguments during the permit renewal process. So, to the extent that Mystic seeks permit renewal with conditions other than those imposed as part of the initial permit, e.g., removal of any breeding restrictions, plaintiffs would be free to challenge permit renewal on *those* grounds. By contrast, however, I want to know whether plaintiffs are willing to stipulate that they would be precluded from attacking permit renewal on any basis that has already been briefed and argued by plaintiffs, e.g., incidental display. Unless plaintiffs are willing to agree to such a limitation, the only conclusion we can draw is that plaintiffs are simply trying to take advantage of the dismissal process *in order to avoid a decision on fully briefed existing issue*s. Please advise.

Larry



**Lawrence S. Grossman**
Phone: (203) 285-8545 x112
Direct Dial: (203) 745-0086
Fax: (203) 306-3391
lgrossman@gs-lawfirm.com

www.gs-lawfirm.com

New Haven Office
One Audubon Street, 3rd Floor, New Haven, CT 06511

Stamford Office
243 Tresser Boulevard, Stamford, CT 06901 | P: (203) 428-4907 | F: (203) 286-1311

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above.  Any disclosure, distribution, copying or use of the information by others is strictly prohibited.  If you have received this message in error, please notify the sender by immediate reply and delete the original message.  Thank you.

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Friday, May 21, 2021 12:59 PM
**To:** Lawrence Grossman <lgrossman@gs-lawfirm.com>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

**CAUTION - EXTERNAL EMAIL**
**This email originated from outside of Green & Sklarz.  DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Larry,

Plaintiffs will not agree to your proposed stipulation and we do not see how it relates in any way to the mootness of this case. Plaintiffs challenged the issuance of this permit and asked that it be vacated so that the whales could remain at Marineland. Plaintiffs did not argue that Mystic could import the belugas under different conditions. Any permit renewal would be a separate federal action that would have different facts. Plaintiffs are not willing to agree that we will not challenge unknown conditions of a permit renewal approved (which may or may not happen) on the basis of facts that we cannot know at this time. Unsurprisingly, Mystic's CEO has already said that he hopes to persuade the government to remove the breeding restrictions in five years. Plaintiffs are absolutely unwilling to agree not to challenge a permit renewal that would allow breeding, which of course is not a condition that we challenged in this action since the permit prohibits breeding. Plaintiffs are offering to dismiss our claims with prejudice, which would prohibit us from bringing "these same claims" again. Plaintiffs are also willing to stipulate that we will not argue that the whales should be returned to Marineland.

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385

Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

**From:** Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Sent:** Friday, May 21, 2021 10:11 AM
**To:** Stephen Hernick <SHernick@friendsofanimals.org>; Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

Steve

Your Amended Complaint contains allegations regarding the terms for incidental public display and other permit conditions that are separate and distinct from the permit provision allowing import of the whales. These issues have not been mooted. Will Plaintiffs stipulate and agree that they will not raise these same claims at the time of permit renewal in 4.5 years or at the time of any subsequent permit renewal, which is the only way to effectuate a dismissal, with prejudice?

Larry

**GREEN & SKLARZ LLC**

www.gs-lawfirm.com

**Lawrence S. Grossman**
Phone: (203) 285-8545 x112
Direct Dial: (203) 745-0086
Fax: (203) 306-3391
lgrossman@gs-lawfirm.com

New Haven Office
One Audubon Street, 3rd Floor, New Haven, CT 06511

Stamford Office
243 Tresser Boulevard, Stamford, CT 06901 | P: (203) 428-4907 | F: (203) 286-1311

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

**From:** Stephen Hernick <SHernick@friendsofanimals.org>
**Sent:** Wednesday, May 19, 2021 4:33 PM
**To:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** RE: Dismissal

**CAUTION - EXTERNAL EMAIL**
This email originated from outside of Green & Sklarz.  DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

We have not heard anything in the 48 hours since we sent the email below asking about a stipulation of dismissal. Please let us know by the end of the day or we will file a motion to dismiss.

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)

---

**From:** Stephen Hernick
**Sent:** Monday, May 17, 2021 2:40 PM
**To:** Stevens, Clifford (ENRD) <Clifford.Stevens@usdoj.gov>; Elicker, Natalie (USACT) <Natalie.Elicker@usdoj.gov>; James Lister <jlister@dc.bhb.com>; Nicole Bayne <nbayne@dc.bhb.com>; Lawrence Grossman <lgrossman@gs-lawfirm.com>
**Cc:** Rubin, Jessica <jessica.rubin@uconn.edu>; Ball, David A. <DBall@cohenandwolf.com>
**Subject:** Dismissal

Counsel,

With the belugas having arrived at Mystic over the weekend, Plaintiffs believe this case is moot. As such, please let us know whether your clients are willing to stipulate to a dismissal of all claims with prejudice. If so, we will circulate a draft stipulation for your review and signature.

Stephen Hernick
Senior Attorney, Wildlife Law Program
Friends of Animals
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791 (office)
513-319-8427 (cell)