UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BORN FREE USA**, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>**GALE NORTON**, *et al.*,  )<br>  )<br>  Defendants.  )<br>_____ ) | Civ. No. 03-1497 (JDB) |

## PARTIES' JOINT STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate to the following:

1. Pursuant to Rule 41(a), this case is voluntarily dismissed, with prejudice, except this dismissal does not bar plaintiffs from pursuing future and distinct claims concerning the care and treatment of the same animals that arise out of future federal agency actions or private actions;

2. Nothing in this Joint Stipulation and Order of Dismissal shall be construed to be an admission or concession of liability on the part of either plaintiffs, defendants, or defendant-intervenors; and

3. All parties shall bear their own costs and fees.

| | |
|---|---|
| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |

_____  
Katherine A. Meyer  
(D.C. Bar No. 244301)  
Tanya M. Sanerib  
MEYER & GLITZENSTEIN  
1601 Connecticut Ave., N.W.  
Suite 700  
Washington, D.C. 20009  
(202) 588-5206

_____  
Keith W. Rizzardi  
Wildlife & Marine Resources Section  
Environment and Natural Resources  
    Division  
Department of Justice  
950 Pennsylvania Ave., N.W.  
Washington, D.C. 20530  
(202) 305-0209

FOR THE INTERVENOR-DEFENDANTS  
Zoological Society of San Diego and  
Lowry Park Zoological Society

_____  
Gary C. Adler  
(D.C. Bar No. 416640)  
O'CONNOR & HANNAN, L.L.P.  
Suite 500  
1666 K Street, N.W.  
Washington, D.C. 20006-2803  
(202) 887-1400

SO ORDERED, this _____ day of _____, 2004

_____  
United States District Judge

-2-