FILED
AUG 11 2015
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELEPHANT JUSTICE PROJECT,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>WOODLAND PARK ZOOLOGICAL SOCIETY, INC. and OKLAHOMA CITY ZOOLOGICAL TRUST,<br><br>　　　　Defendants - Appellees. | No. 15-35272<br><br>D.C. No. 2:15-cv-00451-JCC<br>Western District of Washington, Seattle<br><br>ORDER |

Before: HAWKINS, WARDLAW, and HURWITZ, Circuit Judges.

Appellant's motion to supplement the record on appeal is denied.

Appellees' motion to dismiss this appeal is granted. *See Friends of The Earth, Inc. v. Bergland*, 576 F.2d 1377, 1379 (9th Cir. 1978) ("Where the activities sought to be enjoined have already occurred, and the appellate courts cannot undo what has already been done, the action is moot.").

**DISMISSED.**

ELF/MOATT