# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDS OF ANIMALS, et al., ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | NO. 3:20-cv-1312-AWT |
| ) | |
| GINA RAIMONDO, et al., ) | JUNE 25, 2021 |
| *Defendants*, ) | |
| and ) | |
| ) | |
| SEA RESEARCH FOUNDATION, INC., ) | |
| *Defendant-Intervenor* ) | |
| ) | |
| ) | |

## FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS

Defendants Gina Raimondo, in her official capacity of Secretary of Commerce, and the National Marine Fisheries Service (collectively, "Federal Defendants") file this response to the Plaintiffs Friends of Animals' and Last Chance for Animals' (collectively, "Plaintiffs") Motion to Voluntarily Dismiss All Claims with Prejudice. ECF No. 82. Federal Defendants do not object to the Court's dismissal of Plaintiffs' claims in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Respectfully submitted,

LEONARD C BOYLE
Acting United States Attorney

By: */s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney

1

United States Attorney's Office – District
of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov

JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Clifford E. Stevens, Jr.*
CLIFFORD E. STEVENS, JR.
Senior Trial Attorney, D.C. Bar Number 463906
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 353-0368
Fax: (202) 305-0275
Email: clifford.stevens@usdoj.gov

*Attorneys for Federal Defendants*